UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| INLINE CONNECTION CORPORATION,<br>4017 Davis PL NW #1<br>Washington, D.C. 20007,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON INTERNET SERVICES, INC.<br>1880 Campus Commons Drive<br>Reston, VA 20191;<br><br>GTE.NET LLC, d/b/a VERIZON<br>   INTERNET SOLUTIONS<br>600 Hidden Ridge<br>Irving, TX 75038;<br><br>VERIZON SERVICES CORP.<br>1310 N. Court House Road<br>Arlington, VA 22201;<br><br>TELESECTOR RESOURCES GROUP, INC.<br>   d/b/a VERIZON SERVICES GROUP<br>1095 Avenue of the Americas<br>New York, NY 10036;<br><br>VERIZON CORPORATE SERVICES<br>   GROUP INC. d/b/a VERIZON SERVICES<br>   GROUP<br>750 Canyon Drive<br>Coppell, TX 75019;<br><br>VERIZON ADVANCED DATA INC.<br>1320 N. Court House Road<br>Arlington, VA 22201;<br><br>VERIZON AVENUE CORP.<br>12901 Worldgate Drive<br>Herndon, VA 20170; | CIVIL ACTION NO. 2:05CV205 |

FILED
DEC 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



| | |
|---|---|
| VERIZON CALIFORNIA INC.<br>750 Canyon Drive<br>Coppell, TX 75019; | )<br>)<br>)<br>) |
| VERIZON FLORIDA INC.<br>201 N. Franklin Street<br>Tampa, FL 33602; | )<br>)<br>)<br>) |
| VERIZON HAWAII INC.<br>1095 Avenue of the Americas<br>Room 3868<br>New York, NY 10036; | )<br>)<br>)<br>)<br>) |
| VERIZON NORTH INC.<br>8001 W. Jefferson Boulevard<br>Fort Wayne, IN 46804; | )<br>)<br>)<br>) |
| VERIZON NORTHWEST INC.<br>1800 41st Street<br>Everett, WA 98201; | )<br>)<br>)<br>) |
| VERIZON SOUTH INC.<br>600 Hidden Ridge<br>Irving, TX 75038; | )<br>)<br>)<br>) |
| VERIZON WEST COAST INC.<br>750 Canyon Drive<br>Coppell, TX 75019; | )<br>)<br>)<br>) |
| GTE SOUTHWEST INC. d/b/a<br>    VERIZON SOUTHWEST<br>600 Hidden Ridge<br>Irving, TX 75038; | )<br>)<br>)<br>)<br>) |
| CONTEL OF THE SOUTH INC. d/b/a<br>    VERIZON MID-STATES<br>750 Canyon Drive<br>Income Tax Dept<br>Coppell, TX 75019-3834; | )<br>)<br>)<br>)<br>)<br>) |
| VERIZON DELAWARE INC.<br>901 Tatnall Street<br>Wilmington, DE 19801; | )<br>)<br>)<br>) |

| | |
|---|---|
| VERIZON MARYLAND INC.<br>One E. Pratt Street<br>Baltimore, MD 21202; | )<br>)<br>)<br>) |
| VERIZON NEW ENGLAND INC.<br>185 Franklin Street<br>Boston, MA 02110; | )<br>)<br>)<br>) |
| VERIZON NEW JERSEY INC.<br>540 Broad Street<br>Newark, NJ 07102-3178; | )<br>)<br>)<br>) |
| VERIZON NEW YORK INC.<br>1095 Avenue of the Americas<br>New York, NY 10036; | )<br>)<br>)<br>) |
| VERIZON PENNSYLVANIA INC.<br>1717 Arch Street<br>Philadelphia, PA 19103; | )<br>)<br>)<br>) |
| VERIZON VIRGINIA INC.<br>600 E. Main Street<br>Richmond, VA 23219; | )<br>)<br>)<br>) |
| VERIZON WASHINGTON, D.C. INC.<br>1710 H Street, NW<br>Washington, DC 20006; and | )<br>)<br>)<br>) |
| VERIZON WEST VIRGINIA INC.<br>1500 MacCorkle Avenue, SE<br>Charleston, WV 25314, | )<br>)<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF INLINE CONNECTION CORPORATION'S FINANCIAL
DISCLOSURE PURSUANT TO LOCAL CIVIL RULE 7.1**

Pursuant to Local Civil Rule 7.1 for the United States District Court for the Eastern District of Virginia (Alexandria Division), Plaintiff Inline Connection Corporation ("Inline"), by and through its undersigned counsel, states that Inline has nothing to report under Local Civil Rule 7.1(A)(1)(a) and that David D. Goodman is the principal owner, president, and sole director

of Inline, a non-publicly traded and closely-held entity, and no other single person owns more than 10% of Inline.

Respectfully Submitted,

*[signature]*

Ralph A. Mittelberger
Va. Bar No. 15098
Heller Ehrman White & McAuliffe LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Telephone: 202.912.2000
Facsimile: 202.912.2020

Alexander L. Brainerd
Michael K. Plimack
Heller Ehrman White & McAuliffe LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: 415-772-6000
Facsimile: 415-772-6268

Robert C. Bertin
Va. Bar No. 41278
C. Joël Van Over
Swidler Berlin LLP
3000 K Street, NW, Suite 300
Washington, DC 20007-5116
Telephone: 202-424-7581
Facsimile: 202-424-7643

Attorneys for Inline Connection Corporation

Dated: April 6, 2005