OAO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

RECEIVED APR 28 2005 CLERK, U.S. DISTRICT COURT NORFOLK, VA

FILED MAILROOM APR 26 2005 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

FILED DEC 14 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

# UNITED STATES DISTRICT COURT

__Eastern__ District of __Virginia__

Norfolk Division

## SUMMONS IN A CIVIL ACTION

INLINE CONNECTION CORPORATION

Plaintiff,

V.

VERIZON INTERNET SERVICES, INC.,
et al.,    (see attached)

Defendants.

CASE NUMBER: 2:05CV205

5 - 86

TO:   GTE.Net LLC, d/b/a Verizon Internet Solutions

SERVE: Judy K. Verses
Manager
1880 Campus Commons Drive
Reston, VA 20191

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ralph A. Mittelberger
Heller Ehrman White & McAuliffe LLP
1717 Rhode Island Avenue, N.W.
Washington, D.C. 20036

Alexander L. Brainerd
Michael K. Plimack
Heller Ehrman White & McAuliffe LLP
333 Bush Street
San Francisco, CA 94104

C. Joel Van Over
Robert C. Bertin
Swidler Berlin LLP
3000 K Street, N.W., Suite 300
Washington, D.C. 20007

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Elizabeth H. Paret, Clerk        4/11/05
CLERK                            DATE

Valerie A. Ward
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Inline Connection Corporation

vs.

Verizon Internet Services, Inc., et al.
                            No. 2:05CV205

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Complaint for Patent Infringement and Demand for Jury Trial; Exhibits A-D; Procedure for Civil Pre-Trial Motions (Local Rule 7) and Consents; Order; Notice; and Plaintiff Inline Connection Corporation's Financial Disclosure Pursuant to Local Civil Rule 7.1 in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1955.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 12:50 pm on April 13, 2005, I served GTE.Net LLC d/b/a Verizon Internet Solutions c/o Judy K. Verses, Manager at 1880 Campus Commons Drive, Reston, VA 20191 by serving Oleathea Slaughter, Executive Assistant, authorized to accept.   Described herein:

```
    SEX-    FEMALE
    AGE-    49
 HEIGHT-    5'6"
   HAIR-    BLACK
 WEIGHT-    155
  COLOR-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  04-15-05
             Date

ROBERT PROFFITT
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 150854