

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

INLINE CONNECTION CORPORATION,

    **Plaintiff,**

v.    Civil Action No. 2:05cv205

VERIZON INTERNET SERVICES, INC., *et al.*,

    **Defendants.**

### NOTICE OF APPEARANCE
### FOR PLAINTIFF, INLINE CONNECTION CORPORATION

Plaintiff, Inline Connection Corporation ("Inline"), by counsel, files this Notice of Appearance notifying the Court that Stephen E. Noona of the law firm of Kaufman & Canoles, P.C. will serve as local counsel for Inline in this matter.

                      INLINE CONNECTION CORPORATION

                      By _____
                              Of Counsel

Stephen E. Noona
VSB No. 25367
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23514-3037
(757) 624-3000
(757) 624-3169 Facsimile

Ralph A. Mittelberger
VSB No. 15098
Heller Ehrman White & McAuliffe LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
(202) 912-2000
(202) 912-2020 Facsimile

Alexander L. Brainerd
Michael K. Plimack
Heller Ehrman White & McAuliffe LLP
333 Bush Street
San Francisco, CA 94104-2878
(415) 772-6000
(415) 772-6268 Facsimile

Robert C. Bertin
VSB No. 41278
C. Joël Van Over
Swidler Berlin, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7581
(202) 424-7634 Facsimile

*Counsel for Plaintiff*
*Inline Connection Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the __28th__ day of April, 2005, a true copy of the foregoing was sent

*via* U.S. Mail, first-class, postage prepaid to:

| | | |
|---|---|---|
| Verizon Internet Services, Inc.<br>1880 Campus Commons Drive<br>Reston, VA 20191 | GTE.NET LLC,<br>d/b/a Verizon Internet Solutions<br>600 Hidden Ridge<br>Irving, TX 75083 | Verizon Services Corp.<br>1310 N. Court House Rd.<br>Arlington, VA 22201 |
| Telesector Resources Group, Inc.<br>d/b/a Verizon Services Group<br>1095 Avenue of the Americas<br>New York, NY 10036 | Verizon Corporate Services Group, Inc.<br>d/b/a Verizon Services Group<br>750 Canyon Drive<br>Coppell, TX 75019 | Verizon Advances Data, Inc.<br>1320 N. Court House Road<br>Arlington, VA 22201 |
| Verizon Avenue Corp.<br>12901 Worldgate Drive<br>Herndon, VA 20170 | Verizon California, Inc.<br>750 Canyon Drive<br>Coppell, TX 75019 | Verizon Florida, Inc.<br>201 N. Franklin Street'<br>Tampa, FL 33603 |
| Verizon Hawaii, Inc.<br>1095 Avenue of the Americas<br>Room 3868<br>New York, NY 10036 | Verizon North, Inc.<br>8001 W. Jefferson Boulevard<br>Fort Wayne, NY 46804 | Verizon Northwest, Inc.<br>1800 41st Street<br>Everett, WA 98201 |
| Verizon South, Inc.<br>600 Hidden Ridge<br>Irving, TX 75038 | Verizon West Coast, Inc.<br>750 Canyon Drive<br>Coppell, TX 75019 | GTE Southwest, Inc.<br>d/b/a Verizon Southwest<br>600 Hidden Ridge<br>Irving, TX 75038 |
| Contel of the South, Inc.<br>d/b/a Verizon Mid-States<br>750 Canyon Drive<br>Income Tax Department<br>Coppell, TX 75019-3834 | Verizon Delaware, Inc.<br>901 Tatnall Street<br>Wilmington, DE 19801 | Verizon Maryland, Inc.<br>One E. Pratt Street<br>Baltimore, MD 21202 |
| Verizon New England, Inc.<br>185 Franklin Street<br>Boston, MA 02110 | Verizon New Jersey, Inc.<br>540 Broad Street<br>Newark, NJ 07102-3178 | Verizon New York, Inc.<br>1095 Avenue of the Americas<br>New York, NY 10036 |
| Verizon Pennsylvania, Inc.<br>1717 Arch Street<br>Philadelphia, PA 19103 | Verizon Virginia, Inc.<br>600 E. Main Street<br>Richmond, VA 23219 | Verizon Washington ,D.C. Inc.<br>1710 H Street, NW<br>Washington, DC 20006 |

Verizon West Virginia. Inc.
1500 MacCorkle Avenue, SE
Charleston, WV 25314

DOCSNFK-#977953-v1-inline_verizon_notice_appearance_sen_cms.DOC