FILED
APR 28 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 2:05 CV 205 , Case Name Inline Connection v. Verizon, et al.
Party Represented by Applicant: Inline Connection Corporation

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

8 6 9

PERSONAL STATEMENT

FULL NAME (no initials, please) Alyssa Tze-Jen Koo
Bar Identification Number 183248    State California
Firm Name Heller Ehrman
Firm Phone # (415) 772-6000    Direct Dial # (415) 772-6565    FAX # (Direct) (415) 772-2065
E-Mail Address alyssa.koo@hellerehrman.com
Office Mailing Address 333 Bush Street, San Francisco, California 94104-2878

Name(s) of federal court(s) in which I have been admitted Please see Attachment A

FILED
DEC    2005
U.S. DISTRICT COURT

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not ✔ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    4/27/2005 (Date)
Stephen E. Noona
(Typed or Printed Name)

FILED
MAY 3 2005
U.S. DISTRICT COURT
E.D. VA

Court Use Only:
Clerk's Fee Paid ✔ or Exemption Granted ____
The motion for admission is GRANTED ✔ or DENIED ____

Henry Coke Morgan    5/2/05
(Judge's Signature)    (Date)

5-4-05- copies mailed. of

#9

Attachment A to Application of Alyssa Tze-Jen Koo
For Admission Pro Hac Vice

| Federal Courts of Admission | Date of Admission |
| --- | --- |
| U. S. Court of Appeals — Ninth Circuit | June 27, 1996 |
| U. S. District Court — Northern District of California | July 17, 1998 |
| U. S. District Court — Central District of California | June 15, 2004 |
| Court of Appeals — Federal Circuit | July 2004 |