

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __2:05 CV 205__, Case Name __Inline Connection v. Verizon, et al.__
Party Represented by Applicant: __Inline Connection Corporation__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Jennifer Rose Conners__
Bar Identification Number __228553__   State __California__
Firm Name __Heller Ehrman LLP__
Firm Phone # __(415) 772-6000__   Direct Dial # __(415) 772-6203__   FAX # __(415) 772-6268__
E-Mail Address __jennifer.conners@hellerehrman.com__
Office Mailing Address __333 Bush Street, San Francisco, CA 94104-2878__

Name(s) of federal court(s) in which I have been admitted __Northern District of California__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not _✓_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   4/29/2005 (Date)
Stephen E. Noona
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

(Judge's Signature)   5/2/05 (Date)

5-4-05- copies mailed. af                                                                #10