IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



| | | |
|---|---|---|
| INLINE CONNECTION CORPORATION, | ) ) ) | Civil Action |
| | ) | No. 2:05CV205 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| VERIZON INTERNET SERVICES, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**STIPULATION AND ORDER**

WHEREAS, Plaintiff Inline Connection Corporation ("Inline") filed a Complaint on April 6, 2005 against Verizon Internet Services, Inc. and twenty-four (24) other Verizon entities (collectively, the "Verizon Defendants");

WHEREAS, for purposes of cooperation and efficiency, the parties have agreed that the date of service on all of the Verizon Defendants will be deemed to be April 21, 2005, thus requiring the Verizon Defendants to answer or otherwise respond to the Complaint on or before May 11, 2005;

WHEREAS, the Verizon Defendants have requested, and Inline has agreed, to a twenty (20) day extension, until May 31, 2005, of the time by which the Verizon Defendants must answer or otherwise respond to the Complaint;

THEREFORE, IT IS ORDERED that the Verizon Defendants shall have until May 31, 2005 to answer or otherwise respond to the Complaint.

The Clerk is directed to send a conformed copy of the Order to counsel of record for each of the parties.

DATE: 5/6/05

*[signature]*
United States District Judge

We ask for this:

*[signature: Robert W McFarland]*

Robert W. McFarland
McGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510
Phone: (757) 640-3716
Fax: (757) 640-3966

Brian C. Riopelle
McGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Phone: (804) 775-1084
Fax: (804) 698-2150

Andrew G. McBride
John B. Wyss
Kevin P. Anderson
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, D.C. 20006
Phone: (202) 719-7000
Fax: (202) 719-7049

Attorneys for Verizon Defendants

*[signature]*

Stephen E. Noona
KAUFMAN & CANOLES
150 West Main Street, Suite 2100
Norfolk, Virginia 23514
Phone: (757) 624-3000
Fax: (757) 624-3169

Ralph A. Mittelberger
HELLER EHRMAN WHITE & McAULIFFE LLP
1717 Rhode Island Avenue NW
Washington, D.C. 20036
Phone: (202) 912-2000
Fax: (202) 912-2020

Alexander L. Brainerd
Michael K. Plimack
HELLER EHRMAN WHITE & McAULIFFE LLP
333 Bush Street
San Francisco, CA 94104
Phone: (415) 772-6000
Fax: (415) 772-6268

Robert C. Bertin
C. Joël Van Over
SWIDLER BERLIN LLP
3000 K Street, NW, Suite 300
Wasshington, D.C. 20007
Phone: (202) 424-7581

Fax: (202) 424-7643

Attorneys for Plaintiff Inline Connection Corporation