IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED
MAY 12 2005
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 2:05 CV 205, Case Name Inline Connection v. Verizon, et al.
Party Represented by Applicant: Inline Connection Corporation

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Cheryl Joel Van Over
Bar Identification Number 383525    State D.C.
Firm Name Swidler Berlin LLP
Firm Phone # 202-424-7500    Direct Dial # 202-424-7581    FAX # 202-424-7643
E-Mail Address cjvanover@swidlaw.com
Office Mailing Address 3000 K Street, NW, Suite 300, Washington, DC 20007-5116

Name(s) of federal court(s) in which I have been admitted See Attached

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not ✓ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    5/12/2005 (Date)
Stephen E. Noona
(Typed or Printed Name)

FILED
MAY 17 2005
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Court Use Only:

Clerk's Fee Paid ✓ or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

(Judge's Signature)    5/17/05 (Date)

5-18-05- Copies mailed. ay

Attachment to Application of Cheryl Joel Van Over
for Admission Pro Hac Vice

Name(s) of federal court(s) in which I have been admitted:

    U.S. Court of Appeals for the Federal Circuit

    U.S. District Court for The District of Columbia

    U.S. Court of Appeals for The Ninth Circuit

    U.S. Supreme Court

    U.S. Court of Appeals for The Fourth Circuit

    U.S. District Court for The District of Arizona

    U.S. Court of Appeals for The District of Columbia

    U.S. District Court for the District of Delaware

    U.S. District Court for the Southern District of New York

    U.S. District Court of the Eastern District of Pennsylvania

9219370v1