IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



INLINE CONNECTION CORPORATION,

    Plaintiff,

v.                                                                                              Civil Action No. 2:05cv205

VERIZON INTERNET SERVICES, INC., *et al.*,

    Defendants.

0 5 - 8 6 6

### NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT, Heller Ehrman White & McAuliffe LLP, counsel for plaintiff, has changed its name to Heller Ehrman LLP. All future reference to the firm in this matter should be Heller Ehrman LLP. This name change has not affected the addresses, telephone numbers, or facsimile numbers for the firm or its lawyers.

                                    INLINE CONNECTION CORPORATION

                                    By _____
                                        Of Counsel



Stephen E. Noona
VSB No. 25367
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23514-3037
(757) 624-3000
(757) 624-3169 Facsimile

Ralph A. Mittelberger
VSB No. 15098
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
(202) 912-2000
(202) 912-2020 Facsimile

Alexander L. Brainerd
Michael K. Plimack
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
(415) 772-6000
(415) 772-6268 Facsimile

C. Joël Van Over
Robert C. Bertin
VSB No. 41278
Swidler Berlin, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7581
(202) 424-7634 Facsimile

*Counsel for Plaintiff*
*Inline Connection Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May 2005, a true copy of the foregoing was sent

by hand and via e-mail to:

>Robert W. McFarland, Esq.
>McGuire Woods LLP
>900 World Trade Center
>101 W. Main Street
>Norfolk, VA 23510-1655

And *via* e-mail and U.S. Mail, first-class, postage prepaid to:

Brian C. Riopelle, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Andrew G. McBride, Esq.
John B. Wyss, Esq.
Kevin P. Anderson, Esq.
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006

DOCSNFK-#983972-v1-inline_verizon_not_name_change_mmt.DOC