

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**



| | |
|---|---|
| Inline Connection Corporation, | |
| Plaintiff, | |
| v. | Civil Action No. 2:05CV205 (HCM) |
| Verizon Internet Services, Inc., et al., | |
| Defendants. | |

## CERTAIN DEFENDANT OPERATING TELEPHONE COMPANIES' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendants Verizon California Inc., Verizon Florida Inc., Verizon Hawaii Inc. (now Hawaiian Telecom Inc.), Verizon Delaware Inc., Verizon Maryland Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Pennsylvania Inc., Verizon Washington, D.C. Inc., Verizon West Virginia Inc., Verizon New England Inc., Verizon North Inc., Verizon Northwest Inc., Verizon West Coast Inc., GTE Southwest Inc. d/b/a Verizon Southwest, and Contel of the South Inc. d/b/a Verizon Mid-States (collectively the "Operating Telephone Company movants" or "OTC movants") hereby move this Court, pursuant to Fed. R. Civ. P. 12(b)(2), to dismiss the claims of plaintiff Inline Connection Corporation ("Inline") for lack of personal jurisdiction.

In support of this Motion, the Operating Telephone Company movants provide the accompanying Memorandum and Declarations.



Respectfully submitted,

By: _____

    Robert W. McFarland
    McGuire Woods LLP
    World Trade Center
    101 West main Street, Suite 9000
    Norfolk, Virginia 23510
    Telephone:  757.640.3716
    Facsimile:  757.640.3966

    Brian C. Riopelle
    McGuire Woods LLP
    One James Center
    901 E. Cary Street
    Richmond, Virginia 23219
    Telephone:  804.775.1084
    Facsimile:  804.698.2150

    Andrew G. McBride
    John B. Wyss
    Kevin P. Anderson
    Wiley Rein & Fielding LLP
    1776 K Street NW
    Washington, DC  20006
    Telephone: 202.719.7000
    Facsimile : 202.719.7049

Dated: May 31, 2005          Counsel for Verizon Defendants

CERTIFICATE OF SERVICE

I hereby certify that on the $3^{1st}$ of May, 2005, a true copy of the foregoing was sent to plaintiff's counsel, in the manner indicated, upon:

Michael K. Plimack, Esq.     (served by e-mail and overnight delivery)
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104

C. Joel Van Over, Esq.     (served by e-mail and overnight delivery)
Swidler Berlin LLP
3000 K. Street, NW, #300
Washington, DC 20007 5116

Stephen E. Noona, Esq.     (served by hand delivery)
Kaufman & Canoles, PC
150 West Main Street #2100
Norfolk, VA 23510

Robert W. McFarland