IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



| | |
|---|---|
| Inline Connection Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>Verizon Internet Services, Inc., et al.,<br><br>   Defendants. | Civil Action No. 2:05CV205<br>(HCM)<br><br>8 6 6 |

## VERIZON DEFENDANTS' MOTION
## TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404

Defendants Verizon Internet Services, Inc., GTE.net LLC d/b/a Verizon Internet Solutions, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group, Inc., Verizon Advanced Data, Inc., Verizon Avenue Corp., Verizon Delaware Inc. and GTE Southwest Inc. d/b/a Verizon Southwest hereby move this Court, pursuant to 28 U.S.C. § 1404(a), to transfer the present action to Delaware and to sever and administratively dismiss the claims of infringement against the two local Operating Telephone Companies in Virginia, Verizon Virginia Inc. and Verizon South Inc., pending resolution of the action in Delaware.

In support of this Motion, the Verizon Defendants provide the accompanying Memorandum.



                      Respectfully submitted,

By: *Robert W. McFarland*
Robert W. McFarland
MCGUIRE WOODS LLP
World Trade Center
101 West main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: 757.640.3716
Facsimile: 757.640.3966

Brian C. Riopelle
MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Telephone: 804.775.1084
Facsimile: 804.698.2150

Andrew G. McBride
John B. Wyss
Kevin P. Anderson
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC 20006
Telephone: 202.719.7000
Facsimile : 202.719.7049

Dated: May 31, 2005                    Counsel for Verizon Defendants

CERTIFICATE OF SERVICE

I hereby certify that on the 31st of May, 2005, a true copy of the foregoing was sent to plaintiff's counsel, in the manner indicated, upon:

Michael K. Plimack, Esq.         (served by e-mail and overnight delivery)
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104

C. Joel Van Over, Esq.           (served by e-mail and overnight delivery)
Swidler Berlin LLP
3000 K. Street, NW, #300
Washington, DC 20007 5116

Stephen E. Noona, Esq.           (served by hand delivery)
Kaufman & Canoles, PC
150 West Main Street #2100
Norfolk, VA 23510

_____
Robert W. McFarland