STAYED

# U.S. District Court
## Eastern District of Virginia (Norfolk)
## CIVIL DOCKET FOR CASE #: 2:05-cv-00205-HCM-TEM
### Internal Use Only

6

Inline Connection v. Verizon Internet, et al
Assigned to: Judge Henry C. Morgan, Jr
Referred to: Mag Judge Tommy E. Miller
Demand: $0
Cause: 35:271 Patent Infringement

Date Filed: 04/06/2005
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Inline Connection Corporation**



FILED

DEC 1 4 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

represented by **Alexander Lamb Brainerd**
Heller Ehrman LLP
333 Bush St
San Francisco, CA 94104-2878
**NA*
(415) 772-6000
Email: alexander.brainerd@hewm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alyssa Tze-Jen Koo**
Heller Ehrman LLP
333 Bush St
San Francisco, CA 94104-2878
**NA*
(415) 772-6000
Fax: (415) 772-2065
Email: alyssa.koo@hellerehrman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cheryl Joel Van Over**
Swidler Berlin LLP
3000 K St NW
Suite 300
Washington, DC 20007-5116
**NA*
(202) 424-7581
Fax: (202) 424-7643
Email: cjvanover@swidlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Rose Conners**

Heller Ehrman LLP
333 Bush St
San Francisco, CA 94104-2878
**NA*
(415) 772-6000
Email:
jennifer.conners@hellerehrman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kenneth Plimack**
Heller Ehrman LLP
333 Bush St
San Francisco, CA 94104-2878
**NA*
(415) 772-6000
Fax: (415) 772-2021
Email: mplimack@hewm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ralph Anthony Mittelberger**
Heller Ehrman White & McAuliffe LLP

1717 Rhode Island Ave NW
Washington, DC 20036
)202) 912-2000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Christian Bertin**
Swidler Berlin LLP
3000 K St NW
Suite 300
Washington, DC 20007-5116
(202) 424-7500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Magnus Hansen**
Heller Ehrmnan LLP
1717 Rhode Island Ave NW
Washington, DC 20036-3001
US
(202) 912-2000
Fax: (202) 912-2020
Email:
robert.hansen@hellerehrman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Stephen Edward Noona
Kaufman & Canoles PC
150 W Main St
PO Box 3037
Norfolk, VA 23510
(757) 624-3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verison Internet Services, Inc.**
*TERMINATED: 12/05/2005*

represented by **Andrew Gerald McBride**
Wiley Rein & Fielding LLP
1776 K St NW
Washington, DC 20006
**N/A
(202) 719-7135
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Michael Mills**
Wiley Rein & Fielding LLP
7925 Jones Branch Dr
Suite 6200
McLean, VA 22102
(703) 905-2800
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
Wiley Rein & Fielding LLP
1776 K St NW
Washington, DC 20006
**NA*
(202) 429-7000
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
Wiley Rein & Fielding LLP
1776 K St NW
Washington, DC 20006
**N/A
(202) 719-7000
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
McGuireWoods LLP
101 W Main St
Suite 9000
Norfolk, VA 23510-1655
(757) 640-3700
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GTE.Net LLC**
*TERMINATED: 12/05/2005*
*doing business as*
Verizon Internet Solutions

represented by **Andrew Gerald McBride**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Services Corp.**
*TERMINATED: 12/05/2005*

represented by **Andrew Gerald McBride**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**

(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Telesector Resources Group, Inc.**
*TERMINATED: 12/05/2005*
*doing business as*
Verizon Services Group

represented by **Andrew Gerald McBride**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Corporate Services Group Inc.**
*TERMINATED: 12/05/2005*
*doing business as*
Verizon Services Group

represented by **Andrew Gerald McBride**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**

(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Advanced Data Inc.**
*TERMINATED: 12/05/2005*

represented by **Andrew Gerald McBride**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Avenue Corp.**
*TERMINATED: 12/05/2005*

represented by **Andrew Gerald McBride**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**

(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon California Inc.**                    represented by **Andrew Gerald McBride**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Florida Inc.**                    represented by **Andrew Gerald McBride**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Hawaii Inc.**                      represented by   **Andrew Gerald McBride**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon North Inc.**                       represented by   **Andrew Gerald McBride**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Northwest Inc.**                   represented by   **Andrew Gerald McBride**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon South Inc.**                    represented by   **Andrew Gerald McBride**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon West Coast Inc.**               represented by   **Andrew Gerald McBride**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GTE Southwest Inc.**
*TERMINATED: 12/05/2005*
*doing business as*
Verizon Southwest

represented by **Andrew Gerald McBride**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Contel of the South Inc.**
*doing business as*
Verizon Mid-States

represented by **Andrew Gerald McBride**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Delaware Inc.**      represented by    **Andrew Gerald McBride**
*TERMINATED: 12/05/2005*                          (See above for address)
                                                       *TERMINATED: 12/05/2005*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*TERMINATED: 12/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Maryland Inc.**      represented by    **Andrew Gerald McBride**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon New England Inc.**                    represented by **Andrew Gerald McBride**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **James Harold Wallace, Jr.**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **John Benedict Wyss**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Robert William McFarland**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon New Jersey Inc.**                     represented by **Andrew Gerald McBride**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **James Harold Wallace, Jr.**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **John Benedict Wyss**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Robert William McFarland**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon New York Inc.**                       represented by **Andrew Gerald McBride**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **James Harold Wallace, Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Pennsylvania Inc.**                 represented by **Andrew Gerald McBride**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Virginia Inc.**                 represented by **Andrew Gerald McBride**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon Washington, D.C. Inc.**          represented by **Andrew Gerald McBride**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Verizon West Virginia Inc.**          represented by **Andrew Gerald McBride**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Harold Wallace, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Benedict Wyss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 04/06/2005 | 1 | COMPLAINT Filing Fee $250.00; Receipt #179613; jury demand (vwar) (Entered: 04/11/2005) |
|---|---|---|
| 04/06/2005 | | CASE REFERRED to Mag Judge Tommy E. Miller (vwar) (Entered: 04/11/2005) |
| 04/06/2005 | 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by Inline Connection (vwar) (Entered: 04/11/2005) |
| 04/11/2005 | | SUMMONS(ES), with 25 copies, issued for Verizon Internet, GTE.Net LLC, Verizon Services, Telesector Resources, Verizon Corporate, Verizon Advanced, Verizon Avenue Corp., Verizon California, Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest, Verizon South Inc., Verizon West Coast, GTE Southwest Inc., Contel of the South, Verizon Delaware, Verizon Maryland, Verizon New England, Verizon Jersey, Verizon New York, Verizon Pennsylvania, Verizon Virginia, Verizon Washington, Verizon West VA, with Mag./Fin. Discl. info and judge's info and delivered to counsel. (vwar) (Entered: 04/11/2005) |
| 04/11/2005 | | **Suspense 8/8/05 for 120 day show cause order. (vwar) (Entered: 04/11/2005) |
| 04/11/2005 | | Report on the Filing or Determination of an Action Regarding a Patent or Trademark, with a copy of the complaint was mailed. (vwar) (Entered: 04/11/2005) |
| 04/18/2005 | 3 | SUMMONS Returned Executed as to GTE.Net LLC 4/13/05 Answer due on 5/3/05 for GTE.Net LLC, filed in Alexandria Division 4/26/05, received in Norfolk Division 4/28/05. (ariv) (Entered: 04/29/2005) |
| 04/28/2005 | 4 | NOTICE of appearance of Stephen E. Noona as counsel for Inline Connection (ariv) (Entered: 04/29/2005) |
| 04/28/2005 | | **Added for Inline Connection attorney Stephen Edward Noona (ariv) (Entered: 04/29/2005) |
| 04/28/2005 | 5 | MOTION by Inline Connection for Alyssa Tze-Jen Koo to appear pro hac vice Filing Fee Paid $ 50.00 Receipt # 47640 (ariv) (Entered: 04/29/2005) |
| 04/28/2005 | 6 | MOTION by Inline Connection for Jennifer Rose Conners to appear pro hac vice Filing Fee Paid $ 50.00 Receipt # 47639 (ariv) (Entered: 04/29/2005) |
| 04/28/2005 | 7 | MOTION by Inline Connection for Alexander Lamb Brainerd to appear pro hac vice Filing Fee Paid $ 50.00 Receipt # 47638 (ariv) (Entered: 04/29/2005) |
| 04/28/2005 | 8 | MOTION by Inline Connection for Michael Kenneth Plimack to appear pro hac vice Filing Fee Paid $ 50.00 Receipt # 47637 (ariv) (Entered: 04/29/2005) |
| 05/02/2005 | | ***Attorney Robert William McFarland for Verizon North Inc.; Verizon |

| | | |
|---|---|---|
| | | Northwest Inc.; Verizon South Inc.; Verizon West Coast Inc.; GTE Southwest Inc.; Contel of the South Inc.; Verizon Delaware Inc.; Verizon Maryland Inc.; Verizon New England Inc.; Verizon New Jersey Inc.; Verizon New York Inc.; Verizon Pennsylvania Inc.; Verizon Virginia Inc.; Verizon Washington, D.C. Inc.; Verizon West Virginia Inc.; Verizon Internet Services Inc.; GTE.Net LLC; Verizon Services Corp.; Telesector Resources Group, Inc.; Verizon Corporate Services Group Inc.; Verizon Advanced Data Inc.; Verizon Avenue Corp.; Verizon California Inc.; Verizon Florida Inc. and Verizon Hawaii Inc. added. (ariv, ) (Entered: 05/03/2005) |
| 05/02/2005 | ☉10 | ORDER granting [6] Motion for admission of Jennifer Rose Conners Pro hac vice, Signed by Judge Henry C. Morgan Jr. on 05/02/05, and filed 5/3/05. Copies mailed: 5/4/05. (ariv, ) (Entered: 05/04/2005) |
| 05/03/2005 | ☉9 | ORDER granting [5] Motion for Alyssa Tse-Jen Koo to appear Pro hac vice Signed by Judge Henry C. Morgan Jr. on 05/02/05, and filed 5/3/05. Copies mailed: May 4, 2005. (ariv, ) (Entered: 05/04/2005) |
| 05/03/2005 | ☉11 | ORDER granting [7] Motion for admission of Alexander Lamb Brainerd Pro hac vice, Signed by Judge Henry C. Morgan Jr. on 05/02/05, and filed 5/3/05. Copies mailed: 5/4/05. (ariv, ) (Entered: 05/04/2005) |
| 05/03/2005 | ☉12 | ORDER granting [8] Motion for admission of Michael Kenneth Plimack Pro hac vice, Signed by Judge Henry C. Morgan Jr. on 05/02/05, and filed 5/3/05. Copies mailed: 05/04/05. (ariv, ) (Entered: 05/04/2005) |
| 05/03/2005 | | ***Attorney Michael Kenneth Plimack for Inline Connection Corporation, Jennifer Rose Conners for Inline Connection Corporation, Alexander Lamb Brainerd for Inline Connection Corporation, Alyssa Tse-Jen Koo for Inline Connection Corporation added. (ariv, ) (Entered: 05/06/2005) |
| 05/09/2005 | | ***Deadlines terminated. (jcow, ) (Entered: 05/11/2005) |
| 05/09/2005 | ☉13 | AGREED STIPULATION AND ORDER that the Verizon defendants shall have until 5/31/05 to answer or otherwise respond to the complaint, entered 5/6/05 and filed 5/9/05. Signed by Judge Henry C. Morgan Jr. on 5/6/05. Copies mailed: 5/11/05(jcow, ) (Entered: 05/11/2005) |
| 05/09/2005 | ☉ | Set/Reset Deadlines: answer due 5/31/2005 for all Verizon defendants. (jcow, ) (Entered: 05/11/2005) |
| 05/12/2005 | ☉14 | MOTION for Cheryl Joel Van Over to appear Pro hac vice, by Inline Connection Corporation. $50.00 fee paid. Receipt #47822. (ariv, ) (Entered: 05/16/2005) |
| 05/17/2005 | ☉15 | ORDER granting [14] Motion for Cheryl Joel Van Over to appear Pro hac vice for plaintiff, Signed by Judge Henry C. Morgan Jr. and filed on 5/17/05. Copies mailed 5/18/05. (ariv, ) (Entered: 05/18/2005) |
| 05/17/2005 | | ***Attorney Cheryl Joel Van Over for Inline Connection Corporation added. (ariv, ) (Entered: 05/18/2005) |
| | | |

| 05/19/2005 | ●16 | NOTICE of change of firm name, by Inline Connection Corporation (ariv, ) (Entered: 05/20/2005) |
|---|---|---|
| 05/31/2005 | | ***Deadlines terminated. (ariv, ) (Entered: 06/02/2005) |
| 05/31/2005 | ●17 | ANSWER to Complaint by Verizon South Inc., Verizon Virginia Inc., Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp..(ariv, ) (Entered: 06/02/2005) |
| 05/31/2005 | ●18 | MOTION to Dismiss for Lack of Personal Jurisdiction by Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest Inc., Verizon West Coast Inc., GTE Southwest Inc., Contel of the South Inc., Verizon Delaware Inc., Verizon Maryland Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Pennsylvania Inc., Verizon Washington, D.C. Inc., Verizon West Virginia Inc., Verizon California Inc.. Responses due by 6/14/2005 (ariv, ) (Entered: 06/02/2005) |
| 05/31/2005 | ●19 | Memorandum in Support re [18] MOTION to Dismiss for Lack of Jurisdiction by Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest Inc., Verizon West Coast Inc., GTE Southwest Inc., Contel of the South Inc., Verizon Delaware Inc., Verizon Maryland Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Pennsylvania Inc., Verizon Washington, D.C. Inc., Verizon West Virginia Inc., Verizon California Inc., with Affidavits of Steven M. Banta, Alan M. Oshima, Timothy J. McCallion, and H. Stanley Cavendish in support, received. (ariv, ) (Entered: 06/02/2005) |
| 05/31/2005 | ●20 | MOTION to Transfer Case by GTE Southwest Inc., Verizon Delaware Inc., Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp. (ariv, ) (Entered: 06/02/2005) |
| 05/31/2005 | ● | Set/Reset Deadlines as to [20] MOTION to Transfer Case. Responses due by 6/14/2005 (ariv, ) (Entered: 06/02/2005) |
| 05/31/2005 | ●21 | Memorandum in Support re [20] MOTION to Transfer Case, by GTE Southwest Inc., Verizon Delaware Inc., Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp, received. (ariv, ) (Entered: 06/02/2005) |
| 06/01/2005 | ●22 | AFFIDAVITS of William R. Allan, James V. O'Rourke, Donna C. Cupelo, Paul A. Crotty, Bruce D. Cohen, Alan F. Ciamporcero, Gale Y. Given, Narasimhan Surinder, William R. Roberts, and J. Henry Ambrose in Support of [18] MOTION to Dismiss for Lack of Jurisdiction filed by Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest Inc., Verizon West Coast Inc., GTE Southwest Inc., Contel of the South Inc., Verizon Delaware Inc., Verizon Maryland Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon New York Inc., |

| | | Verizon Pennsylvania Inc., Verizon Washington, D.C. Inc., Verizon West Virginia Inc., Verizon California Inc.. (ariv, ) (Entered: 06/02/2005) |
|---|---|---|
| 06/02/2005 | 🌑 | Refered for 16(b) (ariv, ) (Entered: 06/02/2005) |
| 06/03/2005 | 🌑23 | SCHEDULING ORDER: Initial Pretrial Conference set for 6/23/2005 10:00 AM before Honorable Magistrate Judge Tommy E. Miller. Signed by Judge Tommy E. Miller on 6/3/05. Copies mailed: 6/3/05(jcow, ) (Entered: 06/06/2005) |
| 06/10/2005 | | ***Deadlines terminated. (ariv, ) (Entered: 06/10/2005) |
| 06/13/2005 | 🌑24 | Memorandum in Opposition to [20] MOTION to Transfer Case, with Affidavit of Michael K. Plimack and Affidavit of David Goodman in support, by Inline Connection Corporation, received. (ariv, ) (Entered: 06/16/2005) |
| 06/13/2005 | 🌑25 | Memorandum in Opposition to [18] MOTION to Dismiss for Lack of Jurisdiction, with Affidavit of John C. Donovan in support, by Inline Connection Corporation, received. (ariv, ) (Entered: 06/16/2005) |
| 06/13/2005 | | ***Deadlines terminated. (ariv, ) (Entered: 06/16/2005) |
| 06/16/2005 | 🌑26 | MOTION for John Benedict Wyss to appear Pro hac vice by Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest Inc., Verizon South Inc., Verizon West Coast Inc., GTE Southwest Inc., Contel of the South Inc., Verizon Delaware Inc., Verizon Maryland Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Pennsylvania Inc., Verizon Virginia Inc., Verizon Washington, D.C. Inc., Verizon West Virginia Inc., Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon California Inc. $50.00 fee paid. Receipt #48251. (ariv, ) Modified on 6/16/2005 to add fee and receipt info.(ariv, ). (Entered: 06/16/2005) |
| 06/16/2005 | 🌑27 | MOTION for James H. Wallace, Jr. to appear Pro hac vice by Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest Inc., Verizon South Inc., Verizon West Coast Inc., GTE Southwest Inc., Contel of the South Inc., Verizon Delaware Inc., Verizon Maryland Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Pennsylvania Inc., Verizon Virginia Inc., Verizon Washington, D.C. Inc., Verizon West Virginia Inc., Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon California Inc. $50.00 fee paid. Receipt #48251. (ariv, ) Modified on 6/16/2005 to add fee and receipt info.(ariv, ). (Entered: 06/16/2005) |
| 06/16/2005 | 🌑28 | MOTION for Andrew Gerald McBride to appear Pro hac vice by Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest Inc., Verizon South Inc., Verizon West Coast Inc., GTE Southwest Inc., Contel of the South Inc., Verizon Delaware Inc., Verizon Maryland Inc., |

| | | |
|---|---|---|
| | | Verizon New England Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Pennsylvania Inc., Verizon Virginia Inc., Verizon Washington, D.C. Inc., Verizon West Virginia Inc., Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon California Inc. $50.00 fee paid. Receipt #48251. (ariv, ) Modified on 6/16/2005 to add fee and receipt info.(ariv, ). (Entered: 06/16/2005) |
| 06/16/2005 | ⭕29 | REPLY BRIEF to plaintiff's Response to [18] MOTION to Dismiss for Lack of Jurisdiction, by Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest Inc., Verizon West Coast Inc., GTE Southwest Inc., Contel of the South Inc., Verizon Delaware Inc., Verizon Maryland Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Pennsylvania Inc., Verizon Washington, D.C. Inc., Verizon West Virginia Inc., Verizon California Inc., received. (ariv, ) (Entered: 06/17/2005) |
| 06/16/2005 | ⭕30 | REPLY BRIEF to plaintiff's Response to [20] MOTION to Transfer Case, by GTE Southwest Inc., Verizon Delaware Inc., Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., received. (ariv, ) (Entered: 06/17/2005) |
| 06/17/2005 | ⭕ | Set/Reset Scheduling Order Deadlines: Initial Pretrial Conference reset for 6/23/2005 09:00 AM. (ariv, ) (Entered: 06/22/2005) |
| 06/21/2005 | ⭕31 | MOTION to Stay Discovery pending resolution of threshold motions, by Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest Inc., Verizon South Inc., Verizon West Coast Inc., GTE Southwest Inc., Contel of the South Inc., Verizon Delaware Inc., Verizon Maryland Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Pennsylvania Inc., Verizon Virginia Inc., Verizon Washington, D.C. Inc., Verizon West Virginia Inc., Verison Internet Services, Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon California Inc. (ariv, ) (Entered: 06/22/2005) |
| 06/21/2005 | ⭕32 | Memorandum in Support re [31] MOTION to Stay Discovery pending resolution of threshold motions, by Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest Inc., Verizon South Inc., Verizon West Coast Inc., GTE Southwest Inc., Contel of the South Inc., Verizon Delaware Inc., Verizon Maryland Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Pennsylvania Inc., Verizon Virginia Inc., Verizon Washington, D.C. Inc., Verizon West Virginia Inc., Verison Internet Services, Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon California Inc., received. (ariv, ) (Entered: 06/22/2005) |

| 06/24/2005 | 33 | Order Rule 16(b) Scheduling Order - Pursuant to the Rule 16(b) Conference it is ordered that Final Pretrial Conference set for 1/6/2006 11:00 AM before Honorable Henry C. Morgan, Jr.. Jury Trial set for 1/17/2006 10:00 AM before Honorable District Henry C. Morgan Jr... Signed by Judge Tommy E. Miller on 06/23/05 and filed 6/24/05. Copies mailed 6/24/05. (ecav, ) Modified on 6/30/2005 to change Judge's name for FPTC. (ecav, ). (Entered: 06/24/2005) |
|---|---|---|
| 07/05/2005 | 35 | Memorandum in Opposition to Verizon re [31] MOTION to Stay discovery filed by Inline Connection Corporation. (they, ) (Entered: 07/14/2005) |
| 07/05/2005 |  | ORDER granting [26] Motion for Pro hac vice Appointed John Benedict Wyss for Verizon North Inc.; Verizon Northwest Inc.; Verizon South Inc.; Verizon West Coast Inc.; GTE Southwest Inc.; Contel of the South Inc.; Verizon Delaware Inc.; Verizon Maryland Inc.; Verizon New England Inc.; Verizon New Jersey Inc.; Verizon New York Inc.; Verizon Pennsylvania Inc.; Verizon Virginia Inc.; Verizon Washington, D.C. Inc.; Verizon West Virginia Inc.; Verison Internet Services, Inc.; GTE.Net LLC; Verizon Services Corp.; Telesector Resources Group, Inc.; Verizon Corporate Services Group Inc.; Verizon Advanced Data Inc.; Verizon Avenue Corp.; Verizon California Inc.; Verizon Florida Inc. and Verizon Hawaii Inc. . Signed by Judge Henry C. Morgan Jr. on 7/1/05. (jcow, ) (Entered: 08/22/2005) |
| 07/05/2005 |  | ORDER granting [27] Motion for Pro hac vice Appointed James Harold Wallace, Jr for Verizon North Inc.; Verizon Northwest Inc.; Verizon South Inc.; Verizon West Coast Inc.; GTE Southwest Inc.; Contel of the South Inc.; Verizon Delaware Inc.; Verizon Maryland Inc.; Verizon New England Inc.; Verizon New Jersey Inc.; Verizon New York Inc.; Verizon Pennsylvania Inc.; Verizon Virginia Inc.; Verizon Washington, D.C. Inc.; Verizon West Virginia Inc.; Verison Internet Services, Inc.; GTE.Net LLC; Verizon Services Corp.; Telesector Resources Group, Inc.; Verizon Corporate Services Group Inc.; Verizon Advanced Data Inc.; Verizon Avenue Corp.; Verizon California Inc.; Verizon Florida Inc. and Verizon Hawaii Inc. . Signed by Judge Henry C. Morgan Jr. on 7/1/05. (jcow, ) (Entered: 08/22/2005) |
| 07/05/2005 |  | ORDER granting [28] Motion for Pro hac vice Appointed Andrew Gerald McBride for Verizon North Inc.; Verizon Northwest Inc.; Verizon South Inc.; Verizon West Coast Inc.; GTE Southwest Inc.; Contel of the South Inc.; Verizon Delaware Inc.; Verizon Maryland Inc.; Verizon New England Inc.; Verizon New Jersey Inc.; Verizon New York Inc.; Verizon Pennsylvania Inc.; Verizon Virginia Inc.; Verizon Washington, D.C. Inc.; Verizon West Virginia Inc.; Verison Internet Services, Inc.; GTE.Net LLC; Verizon Services Corp.; Telesector Resources Group, Inc.; Verizon Corporate Services Group Inc.; Verizon Advanced Data Inc.; Verizon Avenue Corp.; Verizon California Inc.; Verizon Florida Inc. and Verizon Hawaii Inc. . Signed by Judge Henry C. Morgan Jr. on 7/1/05. (jcow, ) (Entered: 08/22/2005) |
| 07/07/2005 | 34 | MOTION for one-day extension of time to file initial disclosures |

| | | |
|---|---|---|
| | | pursuant to Fed.R.Civ.P. 26(A)(1) by Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest Inc., Verizon South Inc., Verizon West Coast Inc., Verizon Delaware Inc., Verizon Maryland Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Pennsylvania Inc., Verizon Virginia Inc., Verizon Washington, D.C. Inc., Verizon West Virginia Inc., Verison Internet Services, Inc., Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon California Inc. (lbax) (Entered: 07/13/2005) |
| 07/08/2005 | 36 | REPLY to Response to [31] MOTION to Stay substantive discovery filed by Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest Inc., Verizon South Inc., Verizon West Coast Inc., GTE Southwest Inc., Contel of the South Inc., Verizon Delaware Inc., Verizon Maryland Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Pennsylvania Inc., Verizon Virginia Inc., Verizon Washington, D.C. Inc., Verizon West Virginia Inc., Verison Internet Services, Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon California Inc.., received. (they, ) (Entered: 07/14/2005) |
| 07/13/2005 | 37 | ORDER granting [34] Motion for Extension of Time to File initial disclosures pursuant to Fed. R. Civ. P 26(A)(1) ent. and filed 7/13/05. Signed by Judge Tommy E. Miller on 7/13/05. Copies mailed 7/14/05 (they, ) (Entered: 07/14/2005) |
| 07/19/2005 | 38 | MOTION for Andrew Carl Byrnes to Appear Pro hac vice by Inline Connection Corporation, Fee: $50.00; Receipt #48565. (vwar, ) (Entered: 07/22/2005) |
| 07/21/2005 | 39 | MOTION for Carl S. Nadler to Appear Pro hac vice by Inline Connection Corporation, Fee: $50.00; Receipt #48589. (vwar, ) (Entered: 07/22/2005) |
| 07/29/2005 | | ORDER granting [38] Motion for Andrew Carl Byrnes to Appear Pro hac vice, granting [39] Motion for Carl S. Nadler to Appear Pro hac vice, Signed by Judge Henry C. Morgan Jr. on 7/26/05, filed 7/29/05, Copies Mailed: 7/29/05. (vwar, ) (Entered: 07/29/2005) |
| 08/01/2005 | 40 | MOTION to Compel by Inline Connection Corporation. (ecav, ) (Entered: 08/05/2005) |
| 08/01/2005 | 41 | Memorandum in Support re [40] MOTION to Compel by Inline Connection Corporation, received. (ecav, ) (Entered: 08/05/2005) |
| 08/01/2005 | 42 | MOTION to Compel Responses to Inline's First Set of Requests for Production and Interrogatories, by Inline Connection Corporation. (ecav, ) (Entered: 08/05/2005) |
| 08/01/2005 | 43 | Memorandum in Support re [42] MOTION to Compel by Inline Connection Corporation with original Declaration of Andrew C. Byrnes, |

| | | received. (ecav, ) (Entered: 08/05/2005) |
|---|---|---|
| 08/01/2005 | | Suspense due by 8/15/2005 (response to motions to compel). (ecav, ) (Entered: 08/05/2005) |
| 08/02/2005 | | ***Deadlines terminated. (ecav, ) (Entered: 08/02/2005) |
| 08/12/2005 | 44 | Memorandum in Opposition, with Declaration of John B. Wyss in support, re [42] MOTION to Compel by Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest Inc., Verizon West Coast Inc., GTE Southwest Inc., Verizon Delaware Inc., Verizon Maryland Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Pennsylvania Inc., Verizon Washington, D.C. Inc., Verizon West Virginia Inc., Verizon California Inc., received. (ecav, ) (Entered: 08/16/2005) |
| 08/12/2005 | 45 | Memorandum in Opposition, with Declaration of Robert J. Scheffel, re [40] MOTION to Compel by Verizon South Inc., Verizon Virginia Inc., Verison Internet Services, Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., received. (ecav, ) (Entered: 08/16/2005) |
| 08/12/2005 | | Suspense due by 8/17/2005 (reply to memo in opposition to motions to compel). (ecav, ) (Entered: 08/16/2005) |
| 08/17/2005 | 46 | REPLY to Response to Motion re [42] MOTION to Compel the Production of Documents, by Inline Connection Corporation, received. (ecav, ) (Entered: 08/19/2005) |
| 08/17/2005 | 47 | REPLY to Response to Motion re [42] MOTION to Compel Responses to Inline's First Sets of Requests for Production and Interrogatories, by Inline Connection Corporation, received. (ecav, ) (Entered: 08/22/2005) |
| 08/17/2005 | 48 | AFFIDAVIT of Andrew C. Byrnes in Support of [47] Reply to Response to Motion to Compel Responses to Inline's First Sets of Requests for Production and Interrogatories, by Inline Connection Corporation. (ecav, ) (Entered: 08/22/2005) |
| 08/22/2005 | | ***Deadlines terminated (reply to Memo in Opp. to Motions to Compel). (ecav, ) (Entered: 08/22/2005) |
| 08/24/2005 | 49 | NOTICE of Hearing on Motion [31] MOTION to Stay: for 9/2/05 at 10:00 filed by defendants (jcow, ) (Entered: 08/30/2005) |
| 09/07/2005 | | Suspense, hearing on motion to transfer case set for 11:00 10/4/2005. (jcow, ) (Entered: 09/07/2005) |
| 09/20/2005 | 50 | NOTICE of Hearing on Motion re: [20] MOTION to Transfer Case set for 10/4/05 at 10:30 filed by defendants. (jcow, ) (Entered: 09/22/2005) |
| 09/21/2005 | 51 | JOINT MOTION for Extension of time to identify experts by plaintiff and defendants . (jcow, ) (Entered: 09/22/2005) |
| 09/22/2005 | 52 | AGREED ORDER granting [51] Joint Motion for Extension of Time to |

| | | |
|---|---|---|
| | | identify burden of prood experts extended to 10/7/05. Signed by Judge Tommy E. Miller and filed on 9/22/05. Copies mailed: 9/22/05 (jcow, ) (Entered: 09/22/2005) |
| 10/04/2005 | | Hearing held on motion to transfer case. (jcow, ) (Entered: 10/05/2005) |
| 10/04/2005 | 53 | Minute Entry for proceedings held before Judge Henry C. Morgan Jr.: S. Noona & M. Plimack app. on behalf of ptf. R. McFarland & J. Wyss app. on behalf of dfts.Motion Hearing held on 10/4/2005 re [20] MOTION to Transfer Case filed by Verizon Services Corp., Verizon Delaware Inc., GTE.Net LLC, Telesector Resources Group, Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., GTE Southwest Inc., Verison Internet Services, Inc. Motion argued. Rulings read into record. Motion granted. Court stays case as to all OTC dfts., takes issue under advisement & grants parties until Oct. 11, 2005, to submit brief. Joint motion to stay discovery & not comply with deadlines in Rule 16(b) Scheduling Order; granted. Court to prepare opinion. (Court Reporter Jody Stewart, OCR.) (sdan, ) (Entered: 10/06/2005) |
| 10/05/2005 | | ***Deadlines terminated. (jcow, ) (Entered: 10/05/2005) |
| 10/07/2005 | 54 | TRANSCRIPT of Proceedings held on 10/4/05 before Judge Henry C. Morgan, Jr.. Court Reporter: Jody Stewart. (jcow, ) (Entered: 10/11/2005) |
| 12/05/2005 | 55 | OPINION AND ORDER granting [20] nine moving defendants' Motion to Transfer Case, granting [31] Motion to Stay proceedings; transferring the nine severed defendants (see order for defendants) to the District of Delaware; staying this action against the remaining sixteen defendants. Signed by Judge Henry C. Morgan Jr. on 11/10/05 and filed 12/5/05. Copies mailed: 12/7/05 (jcow, ) (Entered: 12/07/2005) |
| 12/07/2005 | | ***Deadlines terminated. (jcow, ) (Entered: 12/07/2005) |
| 12/13/2005 | | ***Motions terminated: [42] MOTION to Compel filed by Inline Connection Corporation, [18] MOTION to Dismiss for Lack of Jurisdiction filed by Verizon Washington, D.C. Inc., Verizon West Virginia Inc., Verizon Delaware Inc., Verizon Maryland Inc., Verizon New Jersey Inc., Verizon Pennsylvania Inc., Verizon New York Inc., Verizon New England Inc., Verizon California Inc., Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest Inc., Verizon West Coast Inc., GTE Southwest Inc., Contel of the South Inc., [40] MOTION to Compel filed by Inline Connection Corporation. (jcow, ) (Entered: 12/13/2005) |
| 12/13/2005 | | Interdistrict transfer to District of Delaware, entire case file transferred to District of Delaware with a certified copy of transfer order and a certified copy of docket entries, transferring only the severed nine defendants in this matter. (jcow, ) (Entered: 12/13/2005) |

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____
DEPUTY CLERK