IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __2:05cv205__, Case Name _Inline Connection v. Verizon, et al._
Party Represented by Applicant: __Verizon, et al.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __James H. Wallace, Jr.__
Bar Identification Number __0016113__   State __District of Columbia__
Firm Name __Wiley Rein & Fielding LLP__
Firm Phone # __202.719.7000__   Direct Dial # __202.719.7240__   FAX # __202.719.7207 / 202.719.7049__
E-Mail Address __jwallace@wrf.com__
Office Mailing Address __1776 K Street, NW, Washington, DC 20006__

Name(s) of federal court(s) in which I have been admitted __Please see following Attachment A.__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)   James H. Wallace, Jr.

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   6/13/05 (Date)
CHRISTOPHER MILLS (VA. 44358)
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

(Judge's Signature)   7/1/05 (Date)

Attachment A to Application of James H. Wallace Jr.
For Admission *Pro Hac Vice*

*Bar Information*:

   Supreme Court: 10/12/71
   District of Columbia Court of Appeals – 01/06/67
   U.S. Dist. Court for the Dist of Columbia: 01/21/67
   U.S. Court of Appeals - DC: 10/12/67
   U.S. Court of Claims – 11/24/70
   U.S. District Court for Weswtern District of Michigan – 10/01/92
   U.S. District Court for Eastern District of Wisconsin – 04/14/94
   U.S. District Court for the Eastern/Western District of Arkansas – 09/18/91
   U.S. District Court for the Northern District of California – 04/28/92
   U.S. Court of International Trade – 06/06/81
   U.S. Court of Appeals for Fed. Cir.: 10/01/82
                 $4^{nd}$ Cir.: 10/19/67
                 5th Cir.: 05/28/71
                 8th Cir.: 11/13/85
                 9th Cir.: 12/16/76
                 11th Cir.: 03/02/88

D.C. Bar No.: 016113 – 01/06/67
U.S. Court of Appeals Bar No.: 17325
ABA No.: 91221000WU