IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



| | |
|---|---|
| Inline Connection Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Verizon Internet Services, Inc., et al.,<br><br>    Defendants. | Civil Action No. 2:05CV205<br>(HCM) |

### DEFENDANTS' MOTION TO STAY SUBSTANTIVE DISCOVERY PENDING RESOLUTION OF THRESHOLD MOTIONS TO TRANSFER THE CASE TO ITS ORIGINAL DELAWARE VENUE AND TO DISMISS SOME DEFENDANTS FOR LACK OF PERSONAL JURISDICTION

Defendants hereby move this Court, pursuant to Fed. R. Civ. P. 26(c) to stay substantive discovery pending resolution of threshold motions to transfer the case to its original Delaware venue and to dismiss certain Defendants for lack of personal jurisdiction.

In support of this Motion, the Verizon Defendants provide the accompanying Memorandum.



#31

Respectfully submitted,

By: _____
Robert W. McFarland
MCGUIRE WOODS LLP
World Trade Center
101 West main Street, Suite 9000
Norfolk, Virginia 23510
Telephone: 757.640.3716
Facsimile: 757.640.3966

Brian C. Riopelle
MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Telephone: 804.775.1084
Facsimile: 804.698.2150

Andrew G. McBride
John B. Wyss
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC 20006
Telephone: 202.719.7000
Facsimile : 202.719.7049

Dated: June 21, 2005

Counsel for Verizon Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2005, a true copy of the foregoing DEFENDANTS' MOTION TO STAY SUBSTANTIVE DISCOVERY PENDING RESOLUTION OF THRESHOLD MOTIONS TO TRANSFER THE CASE TO ITS ORIGINAL DELAWARE VENUE AND TO DISMISS SOME DEFENDANTS FOR LACK OF PERSONAL JURISDICTION and the accompanying MEMORANDUM OF LAW was sent to plaintiff's counsel, in the manner indicated, upon:

Michael K. Plimack, Esq.          (Served electronically and by overnight delivery)
Alexander L. Brainerd, Esq.
Alyssa T. Koo
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Alexander.Brianerd@hellerehrman.com
Michael.Plimack@hellerhrman.com
Alyssa.Koo@hellerehrman.com

C. Joël Van Over, Esq.            (Served electronically and by overnight delivery)
Robert C. Bertin, Esq.
SWIDLER BERLIN LLP
3000 K Street, NW
Suite 300
Washington, DC 20007-5116
cjvanover@swidlaw.com
rcbertin@swidlaw.com

Stephen E. Noona, Esq.            (Served via hand delivery)
Kaufman & Canoles, PC
150 W. Main Street
Suite 2100
Norfolk, Virginia 23510
senoona@kaufcan.com

_____
Steven R. Zahn

## CERTIFICATE OF COMPLIANCE

    I certify that counsel for the movant complied with Local Rule 37 by speaking with counsel for the plaintiff prior to the filing of the instant motion in a good faith effort to resolve the discovery matters addressed herein.

Steven R. Zahn