# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division



Inline Connection Corporation,

    Plaintiff,

v.

Verizon Internet Services, Inc., et al.,

    Defendants.

Civil Action No. 2:05CV205

## ORDER REGARDING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1)

On motion of the Defendants, by counsel, and with the consent of counsel for Plaintiff, it is ORDERED that the time within which the parties make their Rule 26(a)(1) disclosures in the foregoing matter be extended up to and including July 8, 2005.

Entered this 13th day of July, 2005.

_____
Magistrate Judge Tommy E. Miller

We ask for this:

_____

Robert W. McFarland
Steven R. Zahn
MCGUIRE WOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510
*Attorneys for Defendants*
*Verizon Internet Services, Inc. et al.*

Seen and agreed:

_____

Stephen E. Noona, Esq.
KAUFMAN & CANOLES, PC
150 W. Main Street
Suite 2100
Norfolk, Virginia 23510
*Attorneys for Plaintiff*
*Inline Connection Corp.*

37

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th of July, 2005, a true copy of the foregoing was sent to plaintiff's counsel, in the manner indicated, upon:

Michael K. Plimack, Esq.     (served by e-mail and overnight delivery)
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104

C. Joel Van Over, Esq.     (served by e-mail and overnight delivery)
Swidler Berlin LLP
3000 K. Street, NW, #300
Washington, DC 20007 5116

Stephen E. Noona, Esq.     (served by hand delivery)
Kaufman & Canoles, PC
150 West Main Street #2100
Norfolk, VA 23510

_____
Robert W. McFarland