IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED JUL 19 2005

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 2:05CV205 HCM, Case Name Inline Connection v. Verizon Internet Services
Party Represented by Applicant: Inline Connection

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

FILED DEC 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PERSONAL STATEMENT

FULL NAME (no initials, please) Andrew Carl Byrnes
Bar Identification Number 191516    State California
Firm Name Heller Ehrman LLP
Firm Phone # 650.324.7000    Direct Dial # 650.324.7021    FAX #650.324.6078
E-Mail Address Andrew.Byrnes@ hellerehrman.com
Office Mailing Address 275 Middlefield Road, Menlo Park, CA 94025

Name(s) of federal court(s) in which I have been admitted See Attached List

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not _x_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    7/19/2005 (Date)
Stephen E. Noona
(Typed or Printed Name)    38

Court Use Only:

Clerk's Fee Paid ✓ or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

FILED JUL 29 2005
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

(Judge's Signature)    7/26/05 (Date)

7/10/— copies mailed ___

## ANDREW C. BYRNES
## FEDERAL COURT ADMISSIONS

| Court | Date Admitted | Documentation* |
|---|---|---|
| United States District Court, Central District of California | 6/6/02 | 2/23/04 letter from court |
| United States Court of Appeals for the Federal Circuit | 10/30/00 | Certificate |
| United States District Court, Northern District of California | 12/9/97 | Certificate |
| United States Court of Appeals for the Ninth Circuit | 12/16/97 | Certificate |