IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL RULE 83.1(D)

In Case Number __2:05 CU205 HCM__, Case Name __InLine Connection Corp. v. Verizon Internet Svs., Inc.__

Party Represented by Applicant: __InLine Connection Corp.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Carl S. Nadler__
Bar Identification Number __395729__  State __Washington, D.C.__
Firm Name __Heller Ehrman LLP__
Firm Phone # __202-912-2575__  Direct Dial # __202-912-2000__  FAX # __202-912-2020__
E-Mail Address __Carl.Nadler@hewm.com__
Office Mailing Address __1717 Rhode Island Ave., N.W., Suite 200, Wash. DC 20036__
Name(s) of federal court(s) in which I have been admitted __See attached list__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __x__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                              July 15, 2005
                                         (Date)

Robert Hansen
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid __√__ or Exemption Granted _____

The motion for admission is GRANTED __√__ or DENIED _____

                                        7/26/05

7/29/05 copies mailed

*Carl S. Nadler*
*DC Bar No. 395729 (Admitted 12/31/85)*

| | |
|---|---|
| U.S. District Court, N.D. Illinois | 1983 |
| U.S. District Court, District of Columbia | 1986 |
| U.S. Court of Appeals, Seventh Circuit | 1984 |
| U.S. Court of Appeals, D.C. Circuit | 1987 |
| U.S. Supreme Court | 1988 |
| U.S. Court of Appeals, Third Circuit | 1992 |
| U.S. Court of Appeals, Fourth Circuit | 1992 |