IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| INLINE CONNECTION CORPORATION, )  )  Plaintiff,  )  )  v.  )  )  VERIZON INTERNET SERVICES, INC. et al., )  )  Defendants.  ) | Civil Action No. 05-CV-00205-HCM |

## MOTION TO COMPEL DEFENDANT OPERATING TELEPHONE COMPANIES' PRODUCTION OF DOCUMENTS

Plaintiff Inline Connection Corporation ("Inline") moves, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and Rule 37(A) of the Local Rules, for an Order compelling certain defendant operating telephone companies ("OTC Movants" or "moving OTCs") to produce certain documents requested in Inline's Second Request for Production of Documents and Things.

The attached Memorandum is submitted in support of this Motion.

Pursuant to Local Rule 37(E), Inline certifies that it conferred through counsel in good faith to resolve the discovery matters at issue.

INLINE CONNECTION CORPORATION

By _____
   Of Counsel

Stephen E. Noona
Va. Bar No. 25367
150 West Main Street
Kaufman & Canoles, P.C.
Norfolk, Virginia 23514-3037
Telephone: 757.624-3239
Facsimile: 757.624.3169

Robert M. Hansen
Va. Bar No. 44136
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Telephone: 202.912.2000
Facsimile: 202.912.2020

Alexander L. Brainerd
Michael K. Plimack
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: 415-772-6000
Facsimile: 415-772-6268

Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: 650-324-7000
Facsimile: 650-324-0638

C. Joël Van Over
Robert C. Bertin
Va. Bar No. 41278
Swidler Berlin LLP
3000 K Street, NW, Suite 300
Washington, DC 20007-5116
Telephone: 202-424-7581
Facsimile: 202-424-7643

Attorneys for Inline Connection Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August 2005, a true copy of the foregoing was sent by hand and via e-mail to:

> Robert W. McFarland, Esq.
> McGuire Woods LLP
> 900 World Trade Center
> 101 W. Main Street
> Norfolk, VA 23510-1655

And *via* e-mail and Federal Express to:

> Brian C. Riopelle, Esq.
> McGuireWoods LLP
> One James Center
> 901 E. Cary Street
> Richmond, VA 23219
>
> John B. Wyss, Esq.
> Andrew G. McBride, Esq.
> Kevin P. Anderson, Esq.
> Wiley Rein & Fielding LLP
> 1776 K Street NW
> Washington, DC 20006

::ODMA\PCDOCS\DOCSNFK\1003138\1