**Byrnes, Andrew C.**

| | |
|---|---|
| From: | Plimack, Michael K. |
| Sent: | Tuesday, August 09, 2005 9:27 AM |
| To: | 'Wyss, John' |
| Cc: | Nadler, Carl S.; Stephen E. Noona (E-mail) |
| Subject: | RE: Inline v Verizon Protective Order (Delaware Format) |



Inline - Redlined protective o...

John - attached are our comments to the protective order. We will provide the names of counsel for the Highly Confidential category shortly.

We understand that the Court does not typically enter two-tiered protective orders. However, we will not object to Verizon's proposing such an order to the Court, and therefore have followed the form you have provided.

I look forward to hearing from you. Thanks.

-----Original Message-----
From: Wyss, John [mailto:JWyss@wrf.com]
Sent: Friday, August 05, 2005 12:23 PM
To: Plimack, Michael K.
Cc: Inline WRF
Subject: FW: Inline v Verizon Protective Order (Delaware Format)


Mike -- per your request, attached is the Word version of the draft Protective Order we sent to Carl Nadler on July 15, 2005.
 <<WRFMAIN-12355597-v3-Inline_v_Verizon_Protective_Order_(Delaware_Format).DOC>>


NOTICE: This message (including any attachments) from Wiley Rein & Fielding LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by reply email or by calling our Administrative Office at 202.719.7201. Thank You.

**Byrnes, Andrew C.**

From: Plimack, Michael K.
Sent: Wednesday, August 10, 2005 3:04 PM
To: 'Wyss, John'
Cc: Nadler, Carl S.; Stephen E. Noona (E-mail)
Subject: RE: Inline v Verizon Protective Order (Delaware Format)


Inline - Clean protective orde...

John - here is a nonredlined version.

-----Original Message-----
From: Wyss, John [mailto:JWyss@wrf.com]
Sent: Wednesday, August 10, 2005 2:01 PM
To: Plimack, Michael K.
Cc: Nadler, Carl S.; Stephen E. Noona (E-mail)
Subject: RE: Inline v Verizon Protective Order (Delaware Format)


Mike -- I am having a little difficulty following the numbering on the redlined version. Could you please send a clean versions as well.

Thanks.

John B. Wyss
Wiley, Rein & Fielding LLP
1776 K Street, NW
Washington, DC  20006
Phone:   202.719.7038
Fax:       202.719.7049
Email:    jwyss@wrf.com


-----Original Message-----
From: Plimack, Michael K. [mailto:Michael.Plimack@hellerehrman.com]
Sent: Tuesday, August 09, 2005 12:27 PM
To: Wyss, John
Cc: Nadler, Carl S.; Stephen E. Noona (E-mail)
Subject: RE: Inline v Verizon Protective Order (Delaware Format)


John - attached are our comments to the protective order. We will provide the names of counsel for the Highly Confidential category shortly.

We understand that the Court does not typically enter two-tiered protective orders. However, we will not object to Verizon's proposing such an order to the Court, and therefore have followed the form you have provided.

I look forward to hearing from you. Thanks.

-----Original Message-----
From: Wyss, John [mailto:JWyss@wrf.com]
Sent: Friday, August 05, 2005 12:23 PM
To: Plimack, Michael K.
Cc: Inline WRF
Subject: FW: Inline v Verizon Protective Order (Delaware Format)

Mike -- per your request, attached is the Word version of the draft Protective Order we sent to Carl Nadler on July 15, 2005.
<<WRFMAIN-12355597-v3-Inline_v_Verizon_Protective_Order_(Delaware_Format).DOC>>

NOTICE: This message (including any attachments) from Wiley Rein & Fielding LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by reply email or by calling our Administrative Office at 202.719.7201. Thank You.


The information contained in this email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please notify the sender by reply email and delete the message and any attachments.