01/06/95                                                      T1E1.4/95/068

---

**Title: Report on measurements of a 1.568 Mbps single pair HDSL system**

---

**Source:**    Metalink Transmission Devices

---

**Contact:**  Avi Kliger                  Tel: + (972) 3 6420006
              Metalink                    Fax: + (972) 3 6420070
              8 Elkahi St.                Email: avi@metalink.co.il
              Tel Aviv,
              ISRAEL

---

### ABSTRACT

This contribution presents performance results of an existing single pair HDSL system operating at a data rate of 1.568 Mbps. The tests were carried out on five different CSA loops (loops #1,4,6,7,8). The results show that, on four of the loops, 86-93% of the CSA length, is reached by a single pair HDSL system, while maintaining the required 6 dB margin over near end cross talk generated by 49 single pair disturbers. In particular, with 6 dB NEXT margin, the reach over a 24 AWG wire is 10600 feet and over a 26 AWG wire is 7800 feet.

## 1.  Introduction

Recently, following the need for lower-cost copper-saving 1-Pair HDSL technology, and the availability of such technologies, a single pair HDSL system has been suggested. Two main issues must be investigated in order to evaluate such systems. Performance in terms of copper reach and compatibility with other metallic access technologies.

This report summarizes performance test results of an existing single pair HDSL system, operating at data rates of 1.568 Mbps. The spectrum compatibility issue is considered in [1,2].

The performance was measured in the presence of Near End Cross Talk (NEXT) generated by 49 disturbers. The margin performance achieved with several loop lengths, as well as the maximum reach where 6 dB margin is available were measured.

## 2.  Transmitted signal

The transmitted signal is a conventional baseband 2B1Q modulated signal. The measured power spectral density is depicted in Figure 2. The transmitted power is 13.5 dbm measured on a 135 ohm termination



**FIGURE 1. Power Spectral density of the transmitted signal**

## 3. Test Set-Up

The tests were carried out using the Consultronics DLS-400 line simulator, as well as a real 0.4 mm and 0.5 mm real cables. The test setup is shown in Figure 2. Simulated near end crosstalk was generated by an arbitrary signal generator (OR-X) and was applied to the Remote unit (HTU-R), using the circuitry shown in Figure 3.



**FIGURE 2. Test Configuration**



FIGURE 3. NEXT Injection circuitry

## 3.1. Test Loops

 The performance of the single pair HDSL was tested on loops, as close as possible to CSA loops #1,4,6,7,8, but with one section made to be of variable length. In each loop the variable length section was chosen to be the longest section.

The implemented loops are shown in Figure 4. Whenever possible, the loops sections were implemented using the DLS-400. Sections that were not available in the DLS-400 were implemented using real cable. Those sections are marked by (*).

01/06/95                                                    T1E1.4/95/068



FIGURE 4. Simulated Test Loops

## 3.2.   Simulated Crosstalk

The simulated Near End Crosstalk (NEXT) was generated and calibrated  according to the
ANSI recommendation, using the following equation:

$$P_{NEXT} = K \times \left[ \sin c \left( \frac{\pi \times f}{f_0} \right) \right]^2 \times \frac{f^{\frac{3}{2}}}{1.134 \times 10^{13}}$$

where:

$$K = \frac{5}{9} \times \frac{V_p^2}{135}$$

f = frequency in Hz
$f_0$ = 784000 Hz
$V_p$ = 2.4 Volts.

. This noise simulates 1% worst case self near end cross talk from forty nine single pair HDSL disturbers. The injected NEXT Power Spectral Density (PSD) was measured on a 67 ohm termination and is depicted in Figure 5. The output sampling rate of the arbitrary signal generator was equal to eight times the baud rate.



FIGURE 5. 1-Pair NEXT PSD (Measured.vs. specified)

## 4. Test Results

### 4.1. Reach on various CSA loops

In order to evaluate the reach of the single pair HDSL system, the variable length section on each loop was adjusted to have the required 6 dB margin. The adjusted length, the total loop length (not including bridge taps) and the total CSA loop lengths (not including bridge taps) are depicted in Table 1.
The tests were carried out on forward (from station A to station B) and reversed (from station B to station A) directions of the asymmetrical loops.

01/06/95                                                                T1E1.4/95/068

### Table 1: Reach of a Single Pair HDSL system

| LOOP | variable length (feet) | total loop length (feet) | total CSA loop length (feet) | % reach of the CSA loop |
|------|------|------|------|------|
| #1 | 5000 | 6900 | 7700 | 89 |
| #1 - rev. | 5000 | 6900 | 7700 | 89 |
| #4 | 4550 | 5860 | 7600 | 77 |
| #4 - rev. | 4500 | 5810 | 7600 | 76 |
| #6 | 7800 | 7800 | 9000 | 86 |
| #7 | 10000 | 10000 | 10700 | 93 |
| #7 - rev. | 9200 | 9150 | 10700 | 86 |
| #8 | 10600 | 10600 | 12000 | 88 |

### 4.2. Margin performance on 24 AWG and 26 AWG wires

the margin performance as a function of loop length for the simulated 24 AWG, and 26 AWG wires is depicted in Figure 6, and Figure 7, respectively.



FIGURE 6. Margin performance over 24 AWG wire



FIGURE 7. Margin performance over 26 AWG wire

## 5.  Reference

[1] A. Kliger,  " 1-Pair HDSL spectrum compatibility with 2-Pair HDSLand ISDN-BA analysis", T1E1.4/95/071
[2] A. Kliger, "1-Pair HDSL spectrum compatibility with DMT-ADSL analysis", T1E1.4/95/070