T1E1.4/96-237

Working Group T1E1.4 - DSL Access
Chairperson: Tom Starr

Preliminary interim WG AGENDA
Sept. 4 & 5, 1996  Chicago, IL.

0. 8:00 AM Wednesday, deliver 120 copies of contributions to meeting

Wednesday 8:30 AM

1. Call to order, local arrangements, sign-in book
2. Introductions/attendance
3. Distribution of new contributions: no presentations
4. Review/approval of agenda
5. Liaison/meeting reports
     very little time will be spent on this item
6. VDSL
     service characteristics:

     RFI & Spectral aspects:

     System Requirements:

     Transmission methods:

Wednesday 1:30 PM

     VDSL other:

7. ADSL standard project

     Issue2:

Thursday 8:30 AM
continue ADSL
     POTS aspects:

     alternative ADSL spec.:

     other:

Thursday 1:30 PM

8. HDSL Study Project

     HDSL2:

     Issue 2 HDSL TR:

9. HDSL Standard Project

10. Spectral Compatibility study project

11. Basic access interface on the network side of the NT1

12. Basic access interface at reference points S/T

13. Baseband digital data at 64 kb/s and below

14. V-interface

15. CSDC Network Interface

16. Review reports and liaisons to other groups

17. Other business

18. Announcement of next meeting
(deadline for input to next mailing-five weeks prior to meeting)

19. Adjournment

    (no T1E1 plenary will be held this week)
*NOTE: Meeting events may alter the times given above.