IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

INLINE CONNECTION CORPORATION,

    Plaintiff,

v.                          CIVIL ACTION NO. 2:05cv205

VERIZON INTERNET SERVICES, INC., et al,

    Defendants.

FILED
SEP 2 0 2005
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on October 4, 2005, at 10:30 a.m., or as soon thereafter as counsel may be heard, the moving defendants in the Verizon Defendant's Motion to Transfer Venue will, by counsel, bring on for a hearing their motion to transfer venue and move this Court for entry of an order granting defendants' motion to transfer venue of their action to the District of Delaware.

                                  Respectfully submitted.

                                  VERIZON INTERNET SERVICES, INC., et al

                                  By Counsel

Counsel:

Robert W. McFarland, VSB #24021
McGuireWoods LLP
9000 World Trade Center
Norfolk, VA 23510
757/640-3716

Brian C. Riopelle
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
804/775-1084



FILED
DEC 1 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

50

Andrew G. McBride
Kevin P. Anderson
John B. Wyss
Wiley, Rein & Fielding LLP
1776 K. Street NW
Washington, DC 20006
202/719-7000

_____
Robert W. McFarland
Counsel for the Verizon Defendants

CERTIFICATE OF SERVICE

I hereby certify that on the 19th of September, 2005, a true copy of the foregoing was sent to plaintiff's counsel, in the manner indicated, upon:

Michael K. Plimack, Esq.  (served by e-mail and regular mail)
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104

C. Joel Van Over, Esq.  (served by e-mail and regular mail)
Swidler Berlin LLP
3000 K. Street, NW, #300
Washington, DC 20007 5116

Stephen E. Noona, Esq.  (served by e-mail and regular mail)
Kaufman & Canoles, PC
150 West Main Street #2100
Norfolk, VA 23510

_____
Robert W. McFarland

\\COM\539592.1