05- 866

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | |
|---|---|
| INLINE CONNECTION CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV205 HCM |
| | ) |
| VERIZON INTERNET SERVICES, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

FILED SEP 21 2005 CLERK, U.S. DISTRICT COURT NORFOLK, VA

FILED DEC 14 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## JOINT MOTION FOR EXTENSION OF TIME

The parties, Inline Connection Corporation and the Verizon Defendants, move this Court for a brief an extension of time in which to identify experts pursuant to the Rule 16(b) scheduling order ("Scheduling Order") entered by this Court, and, in support thereof, state as follows:

1. The Scheduling Order requires the party with the burden of proof to identify experts on or before September 23, 2005. The time for the parties to identify such experts has not passed.

2. The parties have both requested and both agreed to a brief extension of that deadline until October 7, 2005 to accommodate counsel's schedule and pending motions. An Agreed Order to this effect endorsed by counsel is attached.

WHEREFORE, the parties jointly request that this Court enter the attached Agreed Order granting it an extension of time to identify experts under the Scheduling Order.

51

INLINE CONNECTION CORPORATION

By /s/ _____
             Of Counsel

Stephen E. Noona
Va. Bar No. 25367
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23514-3037
Telephone: (757) 624-3239
Facsimile: (757) 624-3169

Carl Nadler
Robert M. Hansen
Va. Bar No. 44136
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Telephone: (202) 912.2000
Facsimile: (202) 912.2020

Alexander L. Brainerd
Michael K. Plimack
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

C. Joël Van Over
Robert C. Bertin
Va. Bar No. 41278
Swidler Berlin LLP
3000 K Street, NW, Suite 300
Washington, DC 20007-5116
Telephone: (202) 424-7581
Facsimile: (202) 424-7643

*Attorneys for Inline Connection Corporation*

THE VERIZON DEFENDANTS

By /s/ Robert W. McFarland
       Of Counsel

Robert W. McFarland, Esq.
McGuire Woods LLP
900 World Trade Center
101 W. Main Street
Norfolk, VA 23510-1655


Brian C. Riopelle, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

John B. Wyss, Esq.
Andrew G. McBride, Esq.
Kevin P. Anderson, Esq.
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006

*Attorneys for The Verizon Defendants*

::ODMA\PCDOCS\DOCSNFK\1011858\1