0 5 -    8 6 6



# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

INLINE CONNECTION CORPORATION,   )
   )
      Plaintiff,   )
   )
      v.   ) CIVIL ACTION NO. 2:05CV205 HCM
   )
VERIZON INTERNET SERVICES,   )
INC., et al.,   )
   )
      Defendants.   

FILED
DEC 1 4 2005
U S. DISTRICT COURT
DISTRICT OF DELAWARE

## AGREED ORDER

On this day came the parties, by counsel, upon the joint motion of the parties, Inline

Connection Corporation and the Verizon Defendants, for an extension of time ("Motion for

Extension of Time") in which to identify burden of proof experts pursuant to the Rule 16(b)

scheduling order ("Scheduling Order") entered by the Court in the referenced matter and upon

good cause shown, and joint representation and agreement of the parties; it is

ADJUDGED, ORDERED, and DECREED that the Motion for Extension of Time is

granted and the parties shall have through and including October 7, 2005 to identify burden of

proof experts pursuant to the Scheduling Order.

ENTER: *September 23, 2005*

U.S. Magistrate JUDGE: _____
                        Tommy E. Miller
                        United States District Court
                        Eastern District of Virginia

57

C. Joël Van Over, Esq.
Robert C. Bertin, Esq.
Va. Bar No. 41278
Swidler Berlin LLP
3000 K Street, NW, Suite 300
Washington, DC 20007-5116
Telephone: (202) 424-7581
Facsimile: (202) 424-7643

*Attorneys for Inline Connection Corporation*


**THE VERIZON DEFENDANTS**

By _____
             Of Counsel

Robert W. McFarland, Esq.
McGuire Woods LLP
900 World Trade Center
101 W. Main Street
 Norfolk, VA 23510-1655


Brian C. Riopelle, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

John B. Wyss, Esq.
Andrew G. McBride, Esq.
Kevin P. Anderson, Esq.
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006

*Attorneys for The Verizon Defendants*

::ODMA\PCDOCS\DOCSNFK\1011857\1

3