# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK
Walter E. Hoffman U.S. Courthouse
600 Granby Street, Room 193-B
Norfolk, Virginia  23510
www.vaed.uscourts.gov

Elizabeth H. Paret
Clerk of Court

Telephone
(757) 222-7201

December 13, 2005

Clerk of the Court
United States District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

· 6 ··

Re:   Civil Action No. 2:05cv205 Inline Connection Corporation v. Verizon Internet
        Services, Inc., et al



FILED

DEC 1 4 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk of the Court,

        Pursuant to order of the Honorable Henry C. Morgan, Jr., the above-referenced case
is transferred to your district.  The enclosed papers constitute the entire original file in this
case, with the exception of a certified copy of the transfer order which is enclosed in lieu of
the original.  Also enclosed is a certified copy of the docket sheet in this matter.

        Please acknowledge receipt and provide your case number on the enclosed copy of this
letter.  Thank you for your assistance.

                                        Very truly yours,

                                        ELIZABETH H. PARET, CLERK

                                        By:
                                        M. J. Cowart, Deputy Clerk

Enclosures

-------------------------------------------------------------------------------------------------------------------------------

Receipt Acknowledged this _____ day of _____, 2005:

By:_____    Case No. _____