UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED
AUG -1 2005
CLERK, US DISTRICT COURT
NORFOLK, VA

INLINE CONNECTION CORPORATION,   )
                                 )
        Plaintiff,                )
                                 )
    v.                           ) CIVIL ACTION NO. 02:05 CV 205 HCM
                                 )
VERIZON INTERNET SERVICES,       )
INC., et al.                     )
                                 )
        Defendants.              )

FILED
DEC 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PLAINTIFF INLINE CONNECTION CORPORATION'S MOTION TO COMPEL RESPONSES TO INLINE'S FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES**

Plaintiff Inline Connection Corporation ("Inline"), by counsel, hereby moves this Court, pursuant to Federal Rules of Civil Procedure 26(b)(1) and 37(a)(2)(B), and Local Civil Rule 37(A), to (1) overrule Defendants GTE.NET LLP, Verizon Internet Services, Inc., Verizon California Inc., Verizon Florida Inc., Verizon Hawaii Inc., Verizon North Inc., Verizon Northwest Inc., Verizon West Coast Inc., GTE Southwest Inc. d/b/a Verizon Southwest, Contel of the South d/b/a Verizon Mid-States, Verizon Delaware Inc., Verizon Maryland Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Pennsylvania Inc., Verizon Washington, D.C. Inc., Verizon West Virginia, Inc., Telesector Resources Group, Inc. d/b/a Verizon Services Group, Verizon Corporate Services Group Inc. d/b/a Verizon Services Group, Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon South Inc., Verizon Virginia, Inc., and Verizon Services Corp.'s objections to Inline's First Set of Requests for Production of Documents and Things (RFPs), and Interrogatories (Rogs); (2) compel each and

every Defendant to respond in full to Inline's RFPs 1-8, 10-13, 15-41, and 43-84 within 14 days of the Court's Order on this Motion; and (3) compel each and every Defendant to provide full answers to Inline's Rogs 1-12 within 14 days of this Court's Order on this Motion.

This Motion is based upon and supported by the accompanying Memorandum and the Declaration of Andrew C. Byrnes, and any oral argument or further briefing the Court may permit.

Pursuant to Local Rule 37(E), Inline certifies that it conferred through counsel in good faith to resolve the discovery matters at issue.

INLINE CONNECTION CORPORATION

By_____
Of Counsel

Stephen E. Noona
Va. Bar No. 25367
150 West Main Street
Kaufman & Canoles, P.C.
Norfolk, Virginia 23514-3037
Telephone: 757.624.3239
Facsimile: 757.624.3169

Carl Nadler
Robert M. Hansen
Va. Bar No. 44136
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Telephone: 202.912.2000
Facsimile: 202.912.2020

Alexander L. Brainerd
Michael K. Plimack
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: 415-772-6000
Facsimile: 415-772-6268

Andrew C. Byrnes
Heller Ehrman LLP
275 Middlefield Road
Menlo Park, CA 94025
Telephone: 650-324-7000
Facsimile: 650-324-0638

C. Joël Van Over
Robert C. Bertin
Va. Bar No. 41278
Swidler Berlin LLP
3000 K Street, NW, Suite 300
Washington, DC 20007-5116
Telephone: 202-424-7581
Facsimile: 202-424-7643

Attorneys for Inline Connection Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August 2005, a true copy of the foregoing was sent by hand and via e-mail to:

> Robert W. McFarland, Esq.
> McGuire Woods LLP
> 900 World Trade Center
> 101 W. Main Street
> Norfolk, VA 23510-1655

And *via* e-mail and Federal Express to:

> Brian C. Riopelle, Esq.
> McGuireWoods LLP
> One James Center
> 901 E. Cary Street
> Richmond, VA 23219

John B. Wyss, Esq.
Andrew G. McBride, Esq.
Kevin P. Anderson, Esq.
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006

8/1/05 3:33 PM (::ODMA\PCDOCS\DOCSNFK\1003075\1)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| INLINE CONNECTION CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON INTERNET SERVICES, )<br>INC., et al. )<br>)<br>Defendants. ) | CIVIL ACTION NO. 02:05 CV 205 HCM |

**(PROPOSED) ORDER GRANTING PLAINTIFF INLINE CONNECTION CORPORATION'S MOTION TO COMPEL RESPONSES TO INLINE'S FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES**

The Court, having considered the parties' submissions regarding Plaintiff Inline Connection Corporation's ("Inline") Motion to Compel Responses to Inline's First Sets of Requests for Production and Interrogatories, hereby ORDERS as follows:

1. Defendants' objections to responding to Inline's requests for production and interrogatories are overruled.

2. Each Defendant must respond in full to Inline's RFPs 1-8, 10-13, 15-41, 43-84 no later than 14 days after the date of this Order.

3. Each Defendant must provide full answers to each and every one of Inline's interrogatories 1-12 no later than 14 days after the date of this order.

SO ORDERED this ____ day of _____, 2005.

_____
United States Magistrate Judge
Tommy E. Miller

8/1/05 3:35 PM (:::ODMA\PCDOCS\DOCSNFK\1003068\1)