# HellerEhrman LLP

August 11, 2005

Andrew C. Byrnes
andrew.byrnes@hellerehrman.com
Direct (650) 324-7021
Direct Fax 6078
Main +1.650.324.7000

*Via Email & Federal Express*

42102.0001

John B. Wyss, Esq.
Wiley Rein & Fielding LP
1776 K Street, NW
Washington, DC  20006-2304

Re:    **Inline Connection Corp. v. Verizon Internet Services Inc. et al.,**
       **Case No. 2:05 CV 205 HCM (E.D. Va.) -- Document Production and Privilege**
       **Log**

Dear John:

Please find enclosed six (6) CDs containing Inline's first production of documents pursuant to GTE.NET LLC and Verizon Internet Services, Inc.'s Protective First Set of Requests for Production of Documents and Things from Co-Pending Delaware Actions (Nos. 1-20). These CDs contain documents numbered ICC/VZ 000001 through ICC/VZ 060162. Per your request, the CDs also contain standard Concordance and Summation loadfile formats. Please be advised that there are small numbering gaps in this production because we have removed several documents for redaction; these will be produced in our next production during the week of August 22.

In addition, please find enclosed Inline's privilege log. Inline also incorporates by reference its privilege logs from the Delaware cases, which can be found at ICC/VZ 040178 through ICC/VZ 040233; ICC/VZ 043687 through ICC/VZ 043752; and ICC/VZ 043869 through ICC/VZ 043903. We will provide a supplemental privilege log with our next production.

Sincerely yours,

Andrew C. Byrnes                /KR

Andrew C. Byrnes

Enclosures (via Federal Express only)

cc:    Robert W. McFarland, Esq. (via email; w/o enclosures)
      Brian C. Riopelle, Esq. (via email; w/o enclosures)

Heller Ehrman LLP   275 Middlefield Road   Menlo Park, CA  94025-3506   www.hellerehrman.com

Anchorage      Beijing      Hong Kong      Los Angeles      Madison, WI      New York      San Diego      San Francisco      Seattle
Silicon Valley      Singapore      Washington, D.C.