

# Wiley Rein & Fielding LLP

1776 K STREET NW
WASHINGTON, DC 20006
PHONE   202.719.7000
FAX     202.719.7049

Virginia Office
7925 JONES BRANCH DRIVE
SUITE 6200
McLEAN, VA 22102
PHONE   703.905.2800
FAX     703.905.2820

www.wrf.com

August 3, 2005

John B. Wyss
202.719.7038
jwyss@wrf.com

*Via Email*

C. Joël Van Over, Esq.
Swidler Berlin LLP
The Washington Harbour
3000 K Street, NW, Suite 300
Washington, DC 20007-5116

Michael K. Plimack, Esq.
HellerEhrman LLP
333 Bush Street
San Francisco, California 94104-2878

Re:  *Inline Connection Corp. v. Verizon Internet Services, Inc. et al.*
     Case No. 2:05CV205 HCM

Dear Joël and Mike:

Following up my meet and confer discussions yesterday with Carl Nadler, we request that Joël, as counsel of record for Inline in the co-pending Delaware Actions against AOL and Earthlink, promptly fax a letter to AOL's and Earthlink's counsel along the lines of the attached draft. In the letter, Joël would authorize AOL and Earthlink counsel to release to us, as counsel of record for the Verizon Defendants, on an attorneys-eyes-only basis all deposition transcripts and Inline interrogatory answers designated by Inline as either CONFIDENTIAL or HIGHLY CONFIDENTIAL material in the Delaware Actions. With such authorization, AOL and Earthlink counsel could then release these materials to us immediately, rather than wait until August 22-26 as Carl indicated during our meet and confer discussions.

I will call Joël later today. We would like the authorization letter to go out today so that we can finally get access to the Inline depositions (including inventors and prosecuting attorneys) and interrogatory answers generated over the last three years in the co-pending Delaware Actions.

Sincerely yours,

John B. Wyss

cc:  Stephen E. Noona, Esq. (via email)
     Robert McFarland (via email)

# DRAFT

**Swidler Berlin LLP - Letterhead**

August 3, 2005

*Via U.S Mail*
*and Facsimile*

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger
One Rodney Square
Post Office Box 551
Wilmington, Delaware 19899

Philip A. Rovner, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, Delaware 19899-0951

Chad Michael Shandler, Esq.
Richards, Layton & Finger
One Rodney Square
Post Office Box 551
Wilmington, Delaware 19899

Re:   *Inline Connection Corp. v. AOL Time Warner, Inc., et al.*
      Civil Action No. 02-272-MPT

      *Inline Connection Corp. v. Earthlink, Inc.*
      Civil Action No. 02-477-MPT

Dear Gentlemen:

As you know, I am counsel of record for Inline Connection Corporation ("Inline") in the above-referenced actions (the "Delaware Actions"). I am also counsel of record for Inline in a lawsuit filed earlier this year against various Verizon entities for infringement of the same patents asserted in Inline's litigation matters against AOL and Earthlink. You were previously notified about the Verizon lawsuit by letter dated July 12, 2005 from Carl S. Nadler.

Inline hereby authorizes counsel for AOL and Earthlink to release to the Verizon defendants' counsel (John B. Wyss of Wiley Rein & Fielding LLP) all deposition transcripts in the Delaware Actions and all Inline interrogatory answers (and supplements thereto) designated by Inline as containing CONFIDENTIAL or HIGHLY CONFIDENTIAL information. Wiley Rein & Fielding will hold the deposition transcripts and interrogatory answers on a confidential "attorneys-eyes-only" basis pending entry of a protective order in the co-pending Verizon

## DRAFT

lawsuit. Wiley Rein & Fielding has agreed to notify me as they receive copies of such deposition transcripts and interrogatory answers.

Sincerely yours,


C. Joël Van Over

cc:   Michael K. Plimack, Esq. (via email)
      Carl S. Nadler, Esq. (via email)
      John B. Wyss, Esq. (via email)
      Robert McFarland, Esq. (via email)
      Brian C. Riopelle, Esq. (via email)