# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INLINE CONNECTION CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-866 |
| | ) | |
| VERIZON FLORIDA INC., | ) | |
| VERIZON HAWAII, INC., | ) | |
| VERIZON NORTH, INC., | ) | |
| VERIZON NORTHWEST, INC., | ) | |
| VERIZON WEST COAST, INC., | ) | |
| CONTEL OF THE SOUTH, INC., | ) | |
| VERIZON MARYLAND, INC., | ) | |
| VERIZON NEW ENGLAND, INC., | ) | |
| VERIZON NEW JERSEY, INC., | ) | |
| VERIZON NEW YORK, INC., | ) | |
| VERIZON PENNSYLVANIA, INC., | ) | |
| VERIZON WASHINGTON, D.C., INC., | ) | |
| VERIZON WEST VIRGINIA, INC., | ) | |
| VERIZON CALIFORNIA, INC., | ) | |
| VERIZON VIRGINIA, INC., AND | ) | |
| VERIZON SOUTH, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey B. Bove and Kevin M. Baird of the firm of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, Delaware 19899-2207, hereby enter their appearance in this action on behalf of defendants Verizon Florida Inc., Verizon Hawaii, Inc., Verizon North, Inc., Verizon Northwest, Inc., Verizon West Coast, Inc., Contel of the South, Inc., Verizon Maryland, Inc., Verizon New England, Inc., Verizon New Jersey, Inc., Verizon New York, Inc., Verizon Pennsylvania, Inc., Verizon Washington, D.C., Inc., Verizon West Virginia, Inc., Verizon California, Inc., Verizon Virginia, Inc., and Verizon South, Inc. (the "Verizon Defendants").

Dated: December 21, 2005   CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jeffrey B. Bove
Jeffrey B. Bove, Esq. (#998)
Kevin M. Baird, Esq. (#4219)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
jbove@cblh.com
*Attorneys for the Verizon Defendants*

OF COUNSEL:

WILEY REIN & FIELDING LLP
John B. Wyss, Esq.
1776 K Street, NW
Washington, DC 20006
Phone: (202) 719-7038

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2005, I electronically filed an Entry of Appearance with the Clerk of Court using CM/ECF.

I hereby certify that on December 21, 2005, I have mailed by First Class Mail, the document to the following non-registered participant:

>Alexander Lamb Brainerd, Esquire
>HELLER EHRMAN LLP
>333 Bush Street
>San Francisco, CA 94104-2878

>/s/ Jeffrey B. Bove
>Jeffrey B. Bove (#998)
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899-2207
>(302) 658-9141
>*Attorney for the Defendants*