# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

January 3, 2006

<u>BY E-FILING</u>

Peter T. Dalleo
Clerk of the Court
United States District Court
844 King Street
Wilmington, DE 19801

    Re: <u>Inline Connection Corporation v.</u>
       <u>Verizon Internet Services, Inc., et al, C.A. No. 05-866-JJF</u>

Dear Dr. Dalleo:

  Enclosed for filing is a Notice of Appearance for myself and Mary Graham on behalf of plaintiff in the above-referenced case, which was transferred from the U.S. District Court for the Eastern District of Virginia.

  In the enclosed notice, we have listed the defendants according to the Opinion and Order granting Motion to Transfer from the E.D. Virginia (D.I. 55 from the E.D. Virginia docket, listed under D.I. 57 in the Delaware docket). It appears that an incorrect set of defendants is currently listed on the Delaware docket, and should be corrected in accordance with D.I. 55 from E.D. Virginia. I have conferred with defendants' counsel, and they join in the request to correct the list of defendants.

  Thank you for your attention to this matter.

                Respectfully,

                *Julia Heaney*
                Bar No. 3052

JH/cbn
Enclosure
cc: Kevin M. Baird, Esquire (By Hand)