IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON INTERNET SERVICES, INC., GTE.NET LLC D/B/A VERIZON INTERNET SOLUTIONS, VERIZON SERVICES CORP., TELESECTOR RESOURCES GROUP, INC., VERIZON CORPORATE SERVICES GROUP, INC., VERIZON ADVANCED DATA, INC., VERIZON AVENUE CORP., VERIZON DELAWARE, INC. AND GTE SOUTHWEST, INC., D/B/A VERIZON SOUTHWEST,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-866-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that Mary B. Graham and Julia Heaney enter their appearance as attorneys for plaintiff Inline Connection Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

/s/ Julia Heaney
Mary B. Graham (#2256)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
jheaney@mnat.com
  Attorneys for Plaintiff
  Inline Connection Corporation

Alexander L. Brainerd
Michael K. Plimack
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
(415) 772-6000

John R. Ferguson
C. Joël Van Over
SWIDLER BERLIN LLP
3000 K Street, N.W., Suite 300
Washington, DC  20007
(202) 424-7500

January 3, 2006