**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INLINE CONNECTION CORP.,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON INTERNET SERVICES, INC.,<br>GTE.NET LLC D/B/A VERIZON INTERNET SOLUTIONS,<br>VERIZON SERVICES CORP.,<br>TELESECTOR RESOURCES GROUP, INC.,<br>VERIZON CORPORATE SERVICES GROUP, INC.,<br>VERIZON ADVANCED DATA INC.,<br>VERIZON AVENUE GROUP,<br>VERIZON DELAWARE, INC.,<br>GTE SOUTHWEST, INC. D/B/A VERIZON SOUTHWEST,<br><br>Defendants. | C.A. No. 05-866-JJF |

**AMENDED NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Jeffrey B. Bove and Kevin M. Baird of the firm of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, Delaware 19899-2207, hereby enter their appearance in this action on behalf of defendants Verizon Internet Services, Inc., GTE.Net LLC d/b/a Verizon Internet Solutions, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group, Inc., Verizon Advanced Data Inc., Verizon Avenue Group, Verizon Delaware, Inc., GTE Southwest, Inc. d/b/a Verizon Southwest (the "Verizon Defendants").

Dated: January 6, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jeffrey B. Bove
Jeffrey B. Bove, Esq. (#998)
Kevin M. Baird, Esq. (#4219)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
jbove@cblh.com
kbaird@cblh.com
*Attorneys for the Verizon Defendants*

OF COUNSEL:

WILEY REIN & FIELDING LLP
John B. Wyss, Esq.
1776 K Street, NW
Washington, DC 20006
Phone: (202) 719-7038

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2006, I electronically filed an **Amended Notice of Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
jheaney@mnat.com

I hereby certify that on January 6, 2006, I have mailed by First Class Mail, the document to the following non-registered participant:

Alexander L. Brainerd, Esquire
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878

/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorney for the Defendants*