IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INLINE CONNECTION CORP., <br><br> Plaintiff, <br><br> v. <br><br> VERIZON INTERNET SERVICES, INC., <br> GTE.NET LLC D/B/A VERIZON INTERNET SOLUTIONS, <br> VERIZON SERVICES CORP., <br> TELESECTOR RESOURCES GROUP, INC., <br> VERIZON CORPORATE SERVICES GROUP, INC., <br> VERIZON ADVANCED DATA INC., <br> VERIZON AVENUE GROUP, <br> VERIZON DELAWARE, INC., <br> GTE SOUTHWEST, INC. D/B/A VERIZON SOUTHWEST <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-866-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 16, 2005, a true and correct copy of the following documents: **Verizon Internet Services, Inc. and GTE.net LLC's Second Set of Interrogatories (Nos. 10-14) and Second Set of Requests for Production of Document and Things (Nos. 15-70)** were served upon the following attorneys of record in the manner indicated below.

**VIA HAND DELIVERY:**

Carl S. Nadler, Esq.
Heller Ehrman White & McAuliffe LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036

**VIA HAND DELIVERY:**

C. Joël Van Over, Esq.
Robert C. Bertin, Esq.
Swidler Berlin LLP
3000 K Street, NW
Suite 300
Washington, DC 20007-5116
cjvanover@swidlaw.com
rcbertin@weidlaw.com

**VIA ELECTRONICALLY AND OVERNIGHT DELIVERY:**

Michael K. Plimack, Esq.
Alexander L. Brainerd, Esq.
Alyssa T. Koo
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Alexander.Brianerd@hellerehrman.com
Michael.Plimack@hellerehrman.com
Alyssa.Koo@hellerehrman.com

| | |
|---|---|
| Dated: January 6, 2006 | /s/ Jeffrey B. Bove<br>Jeffrey B. Bove, Esquire (#998)<br>Kevin M. Baird, Esquire (#4219)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building |
| OF COUNSEL:<br><br>WILEY REIN & FIELDING LLP<br>John B. Wyss, Esq.<br>1776 K Street, NW<br>Washington, DC 20006<br>Phone: (202) 719-7038 | 1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>Tel: (302) 658-9141<br>Fax: (302) 658-5614<br>jbove@cblh.com<br>kbaird@cblh.com<br>*Attorneys for the Verizon Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, I electronically filed a **Notice of Service of Verizon Internet Services, Inc. and GTE.net LLC's Second Set of Interrogatories (Nos. 10-14) and Second Set of Requests for Production of Document and Things (Nos. 15-70)** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Mary B. Graham, Esquire
> Julia Heaney, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
> mgraham@mnat.com
> jheaney@mnat.com

I hereby certify that on January 6, 2006, I have mailed by First Class Mail, the document to the following non-registered participant:

> Alexander L. Brainerd, Esquire
> HELLER EHRMAN LLP
> 333 Bush Street
> San Francisco, CA 94104-2878

/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorney for the Defendants*