IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INLINE CONNECTION CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-866-JJF |
| | ) | |
| VERIZON INTERNET SERVICES, INC., | ) | |
| GTE.NET LLC D/B/A VERIZON INTERNET | ) | |
| SOLUTIONS, | ) | |
| VERIZON SERVICES CORP., | ) | |
| TELESECTOR RESOURCES GROUP, INC., | ) | |
| VERIZON CORPORATE SERVICES GROUP, INC., | ) | |
| VERIZON ADVANCED DATA INC., | ) | |
| VERIZON AVENUE GROUP, | ) | |
| VERIZON DELAWARE, INC., | ) | |
| GTE SOUTHWEST, INC. D/B/A VERIZON | ) | |
| SOUTHWEST | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 18, 2006, a true and correct copy of the following document: **ISP Defendants' Supplemental Response To Plaintiff's First Set of Interrogatories (No. 10)** was served upon the following attorneys of record in the manner indicated below.

> **Served electronically and by U.S. Mail:**
> Michael K. Plimack, Esq.
> Alexander L. Brainerd, Esq.
> Heller Ehrman LLP
> 333 Bush Street
> San Francisco, CA 94104-2878
> Alexander.Brianerd@hellerehrman.com
> Michael.Plimack@hellerehrman.com

**Served electronically and by U.S. Mail:**

C. Joël Van Over, Esq.
Robert C. Bertin, Esq.
Swidler Berlin LLP
3000 K Street, NW
Suite 300
Washington, DC 20007-5116
cjvanover@swidlaw.com
rcbertin@weidlaw.com

**Served electronically and by U.S. Mail:**

Mary B. Graham, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
jheaney@mnat.com

| | |
|---|---|
| Dated: January 19, 2006 | /s/ Jeffrey B. Bove<br>Jeffrey B. Bove, Esquire (#998)<br>Kevin M. Baird, Esquire (#4219)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building |
| OF COUNSEL: | 1007 N. Orange Street<br>P.O. Box 2207 |
| WILEY REIN & FIELDING LLP<br>John B. Wyss, Esq.<br>1776 K Street, NW<br>Washington, DC 20006<br>Phone: (202) 719-7038 | Wilmington, DE 19899<br>Tel: (302) 658-9141<br>Fax: (302) 658-5614<br>jbove@cblh.com<br>kbaird@cblh.com<br>*Attorneys for the Verizon Defendants* |

2

# CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2006, I electronically filed a **Notice of Service of ISP Defendants' Supplemental Response To Plaintiff's First Set of Interrogatories (No. 10)** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Mary B. Graham, Esquire
>Julia Heaney, Esquire
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>mgraham@mnat.com
>jheaney@mnat.com

I hereby certify that on January 19, 2006, I have mailed by First Class Mail, the document to the following non-registered participant:

>Alexander L. Brainerd, Esquire
>HELLER EHRMAN LLP
>333 Bush Street
>San Francisco, CA 94104-2878

>/s/ Jeffrey B. Bove
>Jeffrey B. Bove (#998)
>CONNOLLY BOVE LODGE & HUTZ LLP
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899-2207
>(302) 658-9141
>*Attorney for the Defendants*