# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORPORATION, )<br><br>*Plaintiff,* )<br><br>v. )<br><br>VERIZON INTERNET SERVICES, INC., )<br>GTE.NET LLC D/B/A VERIZON )<br>INTERNET SOLUTIONS, VERIZON )<br>SERVICES CORP., TELESECTOR )<br>RESOURCES GROUP, INC., VERIZON )<br>CORPORATE SERVICES GROUP, INC., )<br>VERIZON ADVANCED DATA INC., )<br>VERIZON AVENUE GROUP, VERIZON )<br>DELAWARE, INC., GTE SOUTHWEST, )<br>INC., D/B/A VERIZON SOUTHWEST, )<br><br>*Defendants.* )<br> ) | C.A. No. 05-866 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Inline's Response to GTE.NET LLC and Verizon Internet Services, Inc.'s Second Set of Requests for Production of Documents and Things (Nos. 15-70) and Inline's Response to GTE.NET LLC and Verizon Internet Services, Inc.'s Second Set of Interrogatories (Nos. 10-14) were caused to be served upon the following counsel in the manner indicated:

### BY HAND and EMAIL on January 24, 2006:

John B. Wyss, Esquire
Wiley Rein & Fielding LLP
1776 K Street, NW
Washington, DC 20006
*Jwyss@wrf.com*

Robert W. McFarland, Esquire
McGuire Woods LLP
900 World Trade Center
101 W. Main Street
Norfolk, VA 23510-1655
*Rmcfarland@mcguirewoods.com*

Brian C. Riopelle, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Briopelle@mcguirewoods.com*

**BY EMAIL on January 25, 2006:**

Jeffrey B. Bove, Esquire
Kevin M. Baird, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899
*jbove@cblh.com*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
*/s/ Julia Heaney*
Mary B. Graham (#2256)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
*Attorneys for Plaintiff Inline Connection Corporation*

OF COUNSEL:

Michael L. Plimack
Brian D. Kaider
HELLER EHRMAN, LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
(202) 912-2167

January 25, 2006