AUG. 19. 2002 12:27PM                                                                NO. 9186   P. 2/3

# Exhibit A

*8-19-02*
*9:15*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORPORATION, :<br>Plaintiff, :<br>v. :<br>AOL TIME WARNER INCORPORATED, :<br>et al., :<br>Defendants. : | C. A. No. 02-272-### (MPT) |
| INLINE CONNECTION CORPORATION, :<br>Plaintiff, :<br>v. :<br>EARTHLINK, INC., :<br>Defendant. : | C. A. No. 02-477-### (MPT) |
| INLINE CONNECTION CORPORATION, :<br>Plaintiff, :<br>v. :<br>VERIZON COMMUNICATIONS, INC., :<br>Defendant. : | C. A. No. 02-545-### (MPT) |

### ORDER

At Wilmington this 15th day of August, 2002.

IT IS ORDERED that the status/scheduling teleconference has been

AUG 19 '02 13:20                                                                                      PAGE.02

VIS00048492

scheduled for Friday, September 13, 2002 at 9:30 a.m. EST with Magistrate Judge Thynge. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

VIS00048493