# Exhibit C
# (Pt. 1 of 4)

# Morris, Nichols, Arsht & Tunnell

Lewis S. Black, Jr.
William O. LaMotte, III
Douglas E. Whitney
William H. Sudell, Jr.
Martin P. Tully
Thomas R. Hunt, Jr.
A. Gilchrist Sparks, III
Richard D. Allen
David Ley Hamilton
John F. Johnston
Walter C. Tuthill
Donald F. Parsons, Jr.
Jack B. Blumenfeld
Donald Nelson Isken
Donald E. Reid
Thomas C. Grimm
Kenneth J. Nachbar
Andrew M. Johnston
Mary B. Graham
Michael Houghton

Thomas R. Pulsifer
Jon E. Abramczyk
Alan J. Stone
Louis G. Hering
Frederick H. Alexander
R. Judson Scaggs, Jr.
William M. Lafferty
Karen Jacobs Louden
Donna L. Culver
Julia Heaney
Jonathan I. Lessner
Robert J. Denney
Jeffrey R. Wolters
Maryellen Noreika
David J. Teklits
S. Mark Hurd
Rodger D. Smith
Eric D. Schwartz
Stanford L. Stevenson, III
Derek C. Abbott

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

July 15, 2003

Rachel A. Dwares
Special Counsel

Jessica Zeldin
David A. Harris
Patricia O. Vella
Gregory W. Werkheiser
Wendy L. Walter
Michael Busenkell
Megan E. Ward
Bradley W. Voss
Donna L. Harris
Susan D. Wood*
Todd A. Flubacher
Theresa A. Takeuchi**
Kristen M. Healey***
Yvette C. Fitzgerald
James G. McMillan, III
Patricia R. Uhlenbrock
Sean C. Day
Brian J. McTear
Gilbert R. Saydah, Jr.
Philip H. Bangle
Thomas W. Briggs, Jr.
Melissa A. DiVincenzo
Sean P. Haney

Jason W. Harbour
Katherine H. Betterly
Joy Mulholland
Christopher M. Winter
Jack C. Schecter
Andrew H. Lippstone
Charles D. Reed
Daniel B. Butz
James C. Carignan
Jason A. Cincilla
Gregory T. Donilon
Tiffany Fonseca
Jerry C. Harris, Jr.
Sean T. O'Kelly
James W. Parrett, Jr.
Leslie A. Polizoti
Julie R. Windmorn

Of Counsel
Andrew B. Kirkpatrick, Jr.
Richard L. Sutton
David A. Drexler
Johannes R. Krahmer
O. Francis Biondi
Walter L. Pepperman, I

\* Admitted in il only
\*\* Admitted in tx only
\*\*\* Admitted in dc & ga only

**BY HAND**
The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

Re:     *Inline Connection Corporation v. EarthLink, Inc., C.A. No. 02-477*
        *Inline Connection Corporation v. AOL, Inc., C.A. No. 02-272*

Dear Magistrate Thynge:

        On behalf of all parties, we are filing this afternoon the Joint Submission Regarding Claim Construction. Although the parties worked diligently toward submitting these papers yesterday, we were unable to meet the afternoon filing deadline. We apologize for the delay in submitting this to you and regret any inconvenience our delay may cause.

                                                Respectfully,

                                                *Donald J. Parsons*

                                                Donald F. Parsons, Jr.

Enclosure
cc:     Clerk of the Court (By Hand )
        John L. Reed, Esquire (By Hand)
        Frederick Cottrell, III, Esquire (By Hand)
        C. Celeste Creswell, Esquire (By FedEx)
        Kurt M. Rogers, Esquire (By FedEx)

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2003 JUL 15 PH 2: 55

CLOCK COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INLINE CONNECTION CORPORATION, | ) | |
| Plaintiff, | ) ) ) | C.A. No. 02-477-MPT |
| v. | ) ) | |
| EARTHLINK, INC., | ) ) | |
| Defendant and Counterclaimant. | ) ) | |

----------------------------------------------------

| | | |
|---|---|---|
| INLINE CONNECTION CORPORATION, | ) | |
| Plaintiff and Counterdefendant, | ) ) ) | |
| v. | ) | C.A. No. 02-272-MPT |
| AOL TIME WARNER INCORPORATED | ) ) | |
| Defendant, | ) ) | |
| and | ) | |
| AMERICA ONLINE, INC. | ) ) | |
| Defendant and Counterclaimant. | ) ) | |

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
'03 JUL 15 PM 2: 55

## JOINT SUBMISSION REGARDING CLAIM CONSTRUCTION

Pursuant to the Scheduling Order, and the parties conference with the Court on June 26,

2003, Inline Connection Corp. ("Inline"), American Online, Inc., AOL Time Warner

Incorporated (together "AOL"), and Earthlink, Inc. ("Earthlink") hereby submit their respective

claim constructions of the patent claims asserted by Inline, and the terms of such claims in

dispute.  Three of the Inline patents, U.S. Patent nos. 5,844,596 ('596); 6,243,446 ('446); and

6,542,585 ('585) share a substantially identical written disclosure.  U.S. Patent no. 6,236,718

('718) has a separate written disclosure.  The Joint Claim Construction Chart is attached hereto

as Exhibit 1; the patents are attached hereto as Exhibit 2; and Inline's proposed glossary of relevant dictionary definitions and treatise citations is attached hereto as Exhibit 3.

## Preliminary Statement Concerning The Identity of the Claim Terms at Issue

The disputed claim terms fall into three categories. First, the parties agree that certain terms or phrases require construction by the court. These claim terms are listed below with citations to the claims in which these terms appear:

1.    Telephone exchange:

   ' 596 Patent:  Claim 61:

   '446 Patent:  Claim 1;

   '585 Patent:  Claims 1 and 8.

2.    Signal interface

   '596 Patent:  Claim 61;

   '446 Patent:  Claims 1, 2, 3, and 6;

   '585 Patent:  Claims 1, 2, and 4.

3.    High frequency band, frequencies above the telephone voice band:

   '596 Patent:  Claim 61;

   '446 Patent:  Claims 1, 3, and 6;

   '585 Patent:  Claims 1 and 4;

   '718 Patent:  Claims 22 and 24.

4.    First transceiver:

   '718 Patent:  Claim 22.

5.    Second transceiver:

   '718 Patent:  Claim 22.

2

6.    Control signal:

       '446 Patent: Claim 6.

7.    Control information:

       '718 Patent:  Claim 22.

8.    First transmitted signal:

       '718 Patent:  Claim 22.

9.    Second transmitted signal:

       '718 Patent: Claim 22.

The second category of claim terms or phrases in dispute are claim limitations that AOL

and EarthLink contend are written in means-plus-function format and should be construed in

accordance with 35 U.S.C. § 112, ¶ 6.  Each of these claim limitations includes the phrase

"circuitry for" or "circuitry coupled,", e.g., "circuitry for accepting…", "circuitry for

receiving…", "circuitry for transmitting…", "circuitry coupled to said conductive path for

accepting…."  These claim limitations appear in certain elements in each of the asserted claims

of the Patents-in-Suit.  Inline contends that such claim limitations do not invoke means-plus-

function construction.

The final category of claim terms in dispute are those claim terms that Inline believes are

in need of construction by the Court and for which Inline has provided definitions it contends are

the ordinary meanings of such claim terms.   In support of its proposed ordinary meanings, Inline

has presented in its portion of the Joint Claim Chart dictionary definitions, and in a very few

instances, treatises.  Inline has included additional definitions in its proposed glossary, at

attachment 3. The phrase "an external source of information" is in this category.

3

**AOL's and EarthLink's Explanatory Statement**

AOL and EarthLink disagree with Inline with respect to three matters relating to the Joint Claim Construction Submission: (1) Inline's assertion on July 9 of six new patent claims and inclusion of those patent claims in the Joint Submission; (2) Inline's inclusion of evidence other than citations to the intrinsic record, i.e., the patent specification and prosecution history, in the Joint Submission; and (3) Inline's position that the Court should construe every limitation in the patent claims. By agreement of the parties, AOL and EarthLink and Inline each will submit a letter to the Court limited to three pages in length addressing these issues.

4

RICHARDS, LAYTON & FINGER

_(signature)_

Frederick L. Cottrell (#2555)
One Rodney Square
Wilmington, DE 19801
(302) 651-7509
*Attorneys for Defendant AOL Time Warner*
*Corp., AOL Time Warner Inc., and America*
*Online, Inc.*


OF COUNSEL:

LATHAM & WATKINS
Robert J. Gunther, Jr.
Kurt M. Rogers
885 Third Avenue
New York, NY 10022
(212) 906-1200

LATHAM & WATKINS
David A. Nelson
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
(312) 768-7700

MORRIS NICHOLS ARSHT & TUNNELL

_(signature)_

Donald F. Parsons, Jr. (#437)
Julia Heaney (#3052)
Philip Bangle (#4169)
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiff Inline Connection*
*Corporation*


OF COUNSEL:

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
John R. Ferguson
C. Joël Van Over
The Washington harbour
3000 K Street, NW, Suite 300
Washington, DC 200007
(202) 424-7500

KILE, GOEKJIAN, LERNER & REED PLC
Bradford E. Kile
Charles D. Reed
Robert J. McManus
Metropolitian Square, 475A
655 15th Street, NW
Washington, DC 20005
(202) 639-1260

DUANE MORRIS LLP

*[signature]*

John L. Reed (#3023)
Timothy R. Dudderar (#3890)
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
(302) 657-4900
*Attorneys for Defendant EarthLink, Inc.*

OF COUNSEL:

DUANE MORRIS LLP
L. Norwood Jameson
Matthew C. Gaudet
C. Celeste Creswell
1180 West Peachtree Street, Suite 700
Altanta, GA 30309
(404) 253-6900

DUANE MORRIS LLP
L. Lawton Rogers, III
Mark Comtois
1776 K Street, NW, Suite 700
Washington, DC 20006
(202) 776-7801


July 15, 2003



IT IS SO ORDERED this _____ day of _____, 2003.


_____
United States Magistrate Judge

## JOINT CLAIM CONSTRUCTION CHART
### CLAIM ELEMENTS

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction[1] | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | **'596 Patent** | | |
| **Signal:** An electrical wave used to convey information. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 423 (3rd ed. 1990). *See also* Appendix A. | '596 Col. 1:23-44<br>'596 Col. 3:41-45<br>'596 Col. 3:58-67<br>'596 Col. 4:8-14<br>'596 Col. 4:53-55<br>'596 Col. 6:16-67, Col. 7:1-54<br>'596 Col. 7, 65-67, Col. 8:1 | A system that communicates information between **"external source of information"**: a source of information outside the system and data processing devices connected to the system. | 61. A system for communicating information between an external source of information and a plurality of destinations of information over a telephone wiring network used for passing telephone signals in a telephone voice band between a plurality of telephone devices and a telephone exchange, comprising: | AOL and EarthLink do not believe that any claim language other than the specific terms for which they have provided a construction requires further definition. Therefore, this claim language needs no construction. (Hereinafter, "Needs no construction"). | |
| **Exchange: Switching exchange:** an aggregate of traffic-carrying devices, switching stages, controlling and signaling means at a network node that enables subscriber lines and/or other telecommunication circuits to be interconnected as required by individual callers. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 77 (1st ed. 1982). *See also* Appendix A. | '596 Col. 8:6-8<br>'596 Col. 11:1-67, Col. 12 1-31<br>'596 Col. 12:32-49<br>'596 Col. 13:34-53<br>'596 Col. 16:6-18<br>'596 Col. 21:34-35<br>'596 Figure 3a<br>'596 Figure 3c | The information is communicated over a network of telephone wiring that is used for passing signals in a telephone voice band between two or more telephones or other devices that communicate in the telephone voice band and **"telephone exchange"**: telephone switching devices. | | | |
| | '596 Col. 29:44-47<br>'596 Col. 13:8-16<br>'596 Col. 40:12-19<br>'596 Figure 1a | Two or more transceivers between wiring that is part of or connected to the telephone wiring network and a data | a plurality of transceivers coupled between the telephone wiring network and corresponding destinations of | Needs no construction. | |

1

---

[1] Claim terms appear bolded and in quotes, followed by Inline's proposed claim construction in bold.

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | '596 Figure 15 '596 Col. 12:32-67, '596 Col. 13:1-7 | processing device, to which information communicated by the system is directed. | information, each including | | |
| Circuitry: the plan or the components of an electric circuit. THE NEW MERRIAM-WEBSTER DICTIONARY 146 (Frederick C. Mish ed., 1989). See also Appendix A.

Circuit: Apex Inc. v. Raritan Computer, Inc. 325 F.3d 1364, 1373 (Fed Cir. 2003) ("The term 'circuit' is defined as 'the combination of a number of electrical devices and conductors that, when interconnected to form a conducting path, fulfill some desired function.' Dictionary of Computing, 75 (4th ed. 1996).... In light of this definition, it is clear that the term 'circuit,' by itself connotes some structure.")

Voiceband: The 300 Hz to | '596 Col. 13:8-16 '596 Col. 66:15-62 Fig. 15 | "[C]ircuitry": electrical circuitry that recovers data from signals with "high frequency band": frequencies above the telephone voice band and are not affected by signals with frequencies within the telephone voice band. | circuitry for accepting signals in a high frequency band of frequencies above the highest frequency of the telephone voice band and rejecting signals in the telephone voice band; and | "Circuitry for accepting ... and rejecting ... band" is written in means-plus-function format. Pursuant to 35 U.S.C. § 112(6), the proper construction of this element is limited to the corresponding structure disclosed in the patent specification for performing the claimed function and equivalents thereof. (Hereinafter, means-plus-function claim elements are referred to as M+F claim elements).

The recited function is accepting signals in the band of frequencies above 1 Mhz and rejecting telephone signals.

The structure disclosed in the specification for performing this function is video | Fig. 3a Fig. 3c Fig. 8 Fig. 15 (video processing circuitry 506) Col. 12, ll. 54-56 Col. 12, ln. 65 – Col. 13, ln. 12 Col. 19, ln. 27 – Col. 20, ln. 37 Col. 24, ln. 64 – Col. 29, ln. 60 Col. 38, ln. 53 – Col. 39, ln. 38 Col. 66, ll. 22-27. |

2

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| 3400 Hz band used on telephone equipment for the transmission of voice and data. JERRY M. ROSENBERG, COMPUTERS, DATA PROCESSING & TELECOMMUNICATIONS 577 (1984). See also Appendix A. | | | | processing circuitry 506.<br><br>A "high frequency band of frequencies above the highest frequency of the telephone voice band" is the band of frequencies above 1 MHz. | |
| Interface: A concept involving the definition of the interconnection between two equipments or systems. The definition includes the type, quantity, and function of the interconnecting circuits and the type and form of signals to be interchanged via those circuits. Mechanical details of plugs, sockets, and pin numbers, etc., may be included within the context of the definition. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 104 (1st ed. 1982) See also Appendix A. | '596 Col. 8:37-48<br>'596 Col. 8:53-56<br>'596 Col. 9:1-8<br>'596 Col. 11:34-65<br>'596 Col. 3:65-67<br>'596 Col. 4:1-2<br>'596 Col. 4:53-59<br>'596 Col. 8:9-25<br>'596 Col. 30:35-53<br>'596 Fig. 1a portions of transceiver/switch 400<br>'596 Fig. 1b portions of transceiver/switch 400<br>'596 Fig. 2 | A "signal interface": device that provides an interconnection and adaptation of signals, which is connected between the telephone wiring network and the external source of information. | a signal interface coupled between the external source of information and the telephone wiring network, including | The "signal interface" is a device interposed on the opposite end (i.e., the local side) of the public trunk line (as defined by the inventor in the patent) from the telephone exchange that performs the recited functions of the incorporated circuitry. | Fig. 1a<br>Fig. 1b<br>Fig. 2<br>Col. 1, ll. 35-39<br>Col. 1, ln. 62 – Col. 2, ln. 6<br>Col. 2, ll. 13-36<br>Col. 3, ll. 41-57<br>Col. 5, ll. 10-15<br>Col. 6, ll. 29-45<br>Col. 8, ll. 9-25<br>Col. 9, ll. 1-6<br>Col. 9, ln. 66 - Col. 10, ln.<br>Col. 11, ll. 1-5<br>Col. 12, ll. 18-21<br>Col. 14, ll. 43-58<br>Col. 17, ll. 38-42<br>Col. 29, ll. 25-35<br>Col. 30, ll. 10-14<br>Col. 41, ll. 57-59<br>Col. 48, ll. 37-52<br>Col. 63, ll. 6-13. |

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | | Pat. Appl. No. 08/814,837, Office Action dated Feb. 12, 1998 at 2-5; Pat. Appl. No. 08/814,837; Prelim. Amend. dated Apr. 13, 1998 at 23. |
| Circuitry: the plan or the components of an electric circuit. THE NEW MERRIAM-WEBSTER DICTIONARY 146 (Frederick C. Mish ed., 1989). *See also* Appendix A.

Circuit: *Apex Inc. v. Raritan Computer, Inc.* 325 F.3d 1364, 1373 (Fed. Cir. 2003) ("The term 'circuit' is defined as 'the combination of a number of electrical devices and conductors that, when interconnected to form a conducting path, fulfill some desired function.' Dictionary of Computing, 75 (4th ed. 1996).... In light of this definition, it is clear that the term 'circuit,' by itself | '596 Col. 11:49-65
'596 Col. 13:26-35
'596 Col. 15:10-16
'596 Col. 31:15-18
'596 Col. 37:64-67
'596 Col. 38:1-6
'596 Col. 65:53-58 | Electrical circuitry that receives "information streams"; signals that communicate information from the external source of information | circuitry for receiving a plurality of external signals encoding a plurality of information streams from the external source of information, and | "Circuitry for receiving ... source of information" is a M-F claim element.

The recited function is receiving a plurality of external signals encoding a plurality of information streams from the external source of information.

The structure disclosed in the specification for performing this function is Processor 418. | Fig. 2
Fig. 4
Col. 15, ll. 26-47
Col. 16, ll. 26-38
Col. 31, ln. 32 - Col. 37, ln.27. |

4

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| connotes some structure.") Circuitry: the plan or the components of an electric circuit. THE NEW MERRIAM-WEBSTER DICTIONARY 146 (Frederick C. Mish ed., 1989). *See also* Appendix A.

Circuit: *Apex Inc. v. Raritan Computer, Inc.* 325 F.3d 1364, 1373 (Fed. Cir. 2003) ("The term 'circuit' is defined as 'the combination of a number of electrical devices and conductors that, when interconnected to form a conducting path, fulfill some desired function.' Dictionary of Computing, 75 (4th ed. 1996).... In light of this definition, it is clear that the term 'circuit,' by itself connotes some structure.") | '596 Col. 13:26-42, '596 Col. 8:19-25, '596 Col. 65:56-67, '596 Col. 66:1-2, '596 Col. 11:52-57 | Electrical circuitry that outputs signals to one or more transceivers selected from the plurality of transceivers. The signals communicate information in a high frequency band over the telephone wiring network. | circuitry for transmitting to selected sets of one or more of the plurality of transceivers a corresponding plurality of internal signals in the high frequency band each encoding one of the plurality of information streams over the telephone wiring network; | "Circuitry for transmitting ... streams" is a M+F claim element.

The recited functions are (1) processing the external signals encoding the plurality of information streams from the external source of information into a plurality of internal signals; and (2) selecting and transmitting to any of the plurality of transceivers any of the plurality of information streams.

The structures disclosed in the specification for performing these functions are signal separator 413 in conjunction with processor 418, control processor 420 and master controller 415. | Fig. 2, Fig. 4, Fig. 7, Col. 15, ll. 27-60, Col. 30, ll. 35-48, Col. 30, ln. 58 - Col. 33, ln. 29. |
| | '596 Col. 21:67, Col. 22:1-8, '596 Col. 11:27-33, '596 Col. 12:46-51 | A wire, set of wires, and/or jack (jack, etc,) that connects to the wires that connect the transceiver and the signal interface. The jack couples | wherein the telephone wiring network includes a branch network which couples one of the plurality of telephone devices to the | "Circuitry for preventing transmission ... network" is a M+F claim element.

The recited function is | Fig. 1a, Col. 12, ll. 46-51. |

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | '596 Col. 12:46-51. <br><br> '596 Figure 1a, LPF | one of the telephone devices to the telephone network which is connected to the telephone exchange. The jack also includes or is connected to a low pass filter circuit that signals in the high frequency band from interfering with the telephone devices. <br><br> The high frequency band is frequencies above the telephone voice band. | telephone exchange telephone exchange, and the branch network includes circuitry for preventing transmission of signals in the high frequency band to the one of the telephone devices on the branch network. | preventing the transmission of signals above 1 Mhz from reaching one of the telephone devices. <br><br> The structure disclosed in the specification for performing this function is a low pass filter <br><br> The "telephone exchange" is a central office. | |

6

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | '446 Patent | | |
| **Exchange: Switching exchange':** an aggregate of traffic-carrying devices, switching stages, controlling and signaling means at a network node that enables subscriber lines and/or other telecommunication circuits to be interconnected as required by individual callers. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 77 (1st ed. 1982). *See also* Appendix A. | '446 Col. 1:29-46<br>'446 Col. 1:11-55 '446 Col. 3:46-47<br>'446 Col. 3:60-67, Col. 1:1-4<br>'446 Col. 4:10-16<br>'446 Col. 4:55-57<br>'446 Col. 6:18-67 '446 Col. 7: 66-67<br>'446 Col. 8:1-26<br>'446 Col. 9:1-8, 17-20<br>'446 Col. 11:4-37<br>'446 Col. 11:43-46<br>'446 Col. 11:53-56<br>'446 Col. 12:37-45<br>'446 Col. 12:58 - Col. 13:22<br>'446 Col. 16:13-25<br>'446 Col. 21:46-48'446<br>'446 Col. 42:17-21<br>'446 Col. 54:58-60<br>'446 Fig. 1a phones 414, trunk | A system that communicates information between **"external source of information":** a source of information outside the system and data processing devices connected to the system.<br><br>The information is communicated over a network of telephone wiring that is used for passing signals in a telephone voice band between two or more telephones or other devices that communicate in the telephone voice band and **"telephone exchange":** telephone switching devices. | 1. A system for communicating information between an external source of information and destinations of information over a telephone wiring network used for passing telephone signals in a telephone voice band between a plurality of telephone devices and a telephone exchange, comprising: | Needs no construction. | |

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | lines 476, extended pairs 405, unnumbered telephone wiring, local exchange 475, 492a-c, 495c, and 498a<br><br>'446 Fig. 1b telephone devices 514, twisted pairs 476, extended pairs 405<br><br>'446, Fig. 3a, 3c | | | | |
| Voiceband: The 300 Hz to 3400 Hz band used on telephone equipment for the transmission of voice and data. JERRY M. ROSENBERG, COMPUTERS, DATA PROCESSING & TELECOMMUNICATIONS 577 (1984). See also Appendix A. | '446 Col. 12:37-51<br>'446 Col. 13:14-22<br>'446 Col. 39:44-46<br>'446 Col. 40:25-31<br>'446 Fig. 1a as 491c.<br>'446 Col. 1:30-34<br>'446 Col. 11:4-37<br>'399 Col. 19:59 - Col. 20:24<br>'446 Col. 4:38-54<br>'446 Col. 59:26-38<br>'446 Col. 66:57-67<br>'446 Col. 67:1-37<br>'446 Fig. 15 | A transceiver that is coupled between wiring that is part of or connected to the telephone wiring network and a data processing device to which information communicated by the system is directed. The transceiver includes "[C]ircuitry": electrical circuitry that recovers data from signals in the "high frequency band"; frequencies above the telephone voice band and are not effected by signals in the telephone voice band. | a transceivers coupled between a conductive path of the telephone wiring network and a first destinations of information, including circuitry coupled to said conductive path for accepting signals in a high frequency band of frequencies above the highest frequency of the telephone voice band and rejecting signals in the telephone voice band; | "Circuitry coupled . . . accepting . . . and rejecting . . . telephone voice band" is a M+F claim element.<br><br>The recited function is accepting (passing) signals in the band of frequencies above 1 Mhz and rejecting (blocking) telephone signals.<br><br>The structure disclosed in the specification for performing this function is video processing circuitry 506.<br><br>A "high frequency band of | Fig. 3a<br>Fig. 3c<br>Fig. 8<br>Fig. 15 (video processing circuitry 506)<br>Col. 12, ll. 60-62<br>Col. 13, ll. 4-18<br>Col. 19, ln. 38 - Col. 20, ln. 5<br>Col. 25, ln. 9 - Col. 30, ln. 5<br>Col. 38, ln. 66 - Col. 40, ln. 1<br>Col. 66, ln. 64 - Col. 67, ln. 6 |

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | | A high frequency band of frequencies above the highest frequency of the telephone voice band is a band of frequencies above the telephone voice band. | | frequencies above the highest frequency of the telephone voice band" is the band of frequencies above 1 MHz. | |
| **Filter:** A device which transmits a select range of energy. An electrical filter transmits a selected range of frequencies, while stopping (attenuating) all others. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 200 (3rd ed. 1990). *See also* Appendix A.

**Low-Pass Filter:** Filter circuit that passes all frequencies below the cutoff frequency and blocks frequencies above it. JOHN DOUGLAS-YOUNG, ILLUSTRATED ENCYCLOPEDIC DICTIONARY OF ELECTRONICS 341 (1st ed. 1981). *See also* Appendix A. | '446 Col. 12: 52-57
'446 Col. 16: 13-25
'446 Col. 48: 65-67
'446 Col. 49:1-7 and 11-13
'446 Col. 54: 64-67
'446 Col. 55:1-2
'446 Fig. 2, 474 | Two or more low pass filter circuits that are connected between a telephone device and a connection to the telephone wiring network and prevent signals with frequencies above the telephone voice band from interfering with the telephone device.

The high frequency band is the band of frequencies above telephone voice band. | a plurality of filters, each coupled between said conductive path and a corresponding one of the plurality of telephone devices, for preventing transmission of signals in the high frequency band to the telephone devices; and | The "high frequency band" is the band of frequencies above 1 MHz. | Fig. 3a
Fig. 3c
Fig. 8
Fig. 15 (video processing circuitry 506)
Col. 12, ll. 60-62
Col. 13, ll. 4-18
Col. 19, ln. 38 - Col. 20, ln. 8
Col. 25, ln. 9 - Col. 30, ln. 5
Col. 38, ln. 66 - Col. 40, ln. 4
Col. 66, ln. 64 - Col. 67, ln. 1 |

9

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| **Interface:** A concept involving the definition of the interconnection between two equipments or systems. The definition includes the type, quantity, and function of the interconnecting circuits and the type and form of signals to be interchanged via those circuits. Mechanical details of plugs, sockets, and pin numbers, etc., may be included within the context of the definition. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 104 (1st ed. 1982). *See also* Appendix A. | '446 Col. 4:55-57 '446 Col. 8:39-48 '446 Col. 9:1-8 '446 Col. 11:38 - Col. 12:2 '446 Col. 15:34-54 '446 Col. 30:44-64446 Fig. 1a portions of transceiver/switch 400 '446 Fig. 1b portions of transceiver/switch 400 '446 Fig. 2 | A "signal interface": device that provides an interconnection and adaptation of signals, which is connected between the telephone wiring network and the external source of information between the two | a signal interface coupled between the external source of information and said conductive path, including | The "signal interface" is a device interposed on the opposite end (i.e., the local side) of the public trunk line (as defined by the inventor in the patent) from the telephone exchange that performs the recited functions of the incorporated circuitry. | See citations for signal interface in '596 patent, claims 60, 61. |
| **Circuitry:** the plan or the components of an electric circuit. THE NEW MERRIAM-WEBSTER DICTIONARY 146 (Frederick C. Mish ed., 1989). *See also* Appendix A.

**Circuit:** *Apex Inc. v. Raritan Computer, Inc.* 325 F.3d 1364, 1373 (Fed Cir. 2003) ("The term 'circuit' is defined as 'the combination of a number of | '446 Col. 11:53-61 '446 Col. 13:41-49 '446 Col. 15:35-40 '446 Col. 31:27-30 '446 Col. 38:9-18 '446 Col. 66:27-30 | **Electrical circuitry that receives signals that communicate information from the external source of information** | circuitry for receiving an external signal encoding an information stream from the external source of information, | "Circuitry for receiving … source of information)" is a M+F claim element.

The recited function is receiving an external signal encoding an information stream from the external source of information.

The structure disclosed in the specification for performing this function is Processor 418. | Fig. 2 (Processor 418) Fig. 4 Col. 15, ll. 34-54 Col. 16, ll. 34-46 Col. 31, ln. 44 - Col. 37, ln. 21 |

10