# Exhibit C
# (Pt. 2 of 4)

Case 1:05-cv-00866-JJF   Document 83-5   Filed 02/17/2006   Page 1 of 18

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| electrical devices and conductors that, when interconnected to form a conducting path, fulfill some desired function.' Dictionary of Computing, 75 (4th ed. 1996).... In light of this definition, it is clear that the term 'circuit,' by itself connotes some structure.") | | | | | |
| | '446 Col. 11:57-61<br>'446 Col. 13:32-48<br>'446 Col. 15:35-42<br>'446 Col. 66:34-45 | **Electrical circuitry that** outputs a signal to the telephone wiring network. The signals that communicate information is received from the external information source and is in a frequency band above the telephone voice band. The signal is communicated by the telephone wiring network to the transceiver. | circuitry for transmitting over the telephone wiring network to the transceiver an internal signal in the high frequency band encoding the information stream, and | "Circuitry for transmitting ... information stream" is a M+F claim element.<br><br>The recited functions are (1) processing the external signal encoding the information stream from the external source of information into an internal signal; and (2) transmitting to the transceiver an internal signal encoding the information stream.<br><br>The structures disclosed in the specification for performing these functions are signal separator 413 in conjunction with processor 418, control processor 420 and master | Fig. 2<br>Col. 15, ll. 34 - Col. 16, ln. 12<br>Col. 30, ln. 46 - Col. 33, ln. 29. |

11

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| **Filter:** A device which transmits a select range of energy. An electrical filter transmits a selected range of frequencies, while stopping (attenuating) all others. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 200 (3rd ed. 1990). *See also* Appendix A.  **Low-Pass Filter:** Filter circuit that passes all frequencies below the cutoff frequency and blocks frequencies above it. JOHN DOUGLAS-YOUNG, ILLUSTRATED ENCYCLOPEDIC DICTIONARY OF ELECTRONICS 341 (1st ed. 1981). *See also* Appendix A.  **Exchange:** Switching exchange: an aggregate of traffic-carrying devices, switching stages, controlling and signaling means at a network node that enables subscriber lines and/or other | '446 Col. 48: 65-67  '446 Col. 49:1-7 and 11-13  '446 Col. 54: 64-67  '446 Col. 55:1-2  '446 Fig. 2, 474 | A **low pass filter circuit in the signal interface** that prevents signals with **frequencies above the telephone voice band** from interfering with the telephone exchange and allows signals with frequencies in the telephone voice band to reach the telephone exchange | circuitry for limiting transmission of the internal signal in the high frequency band from the telephone wiring network to the telephone exchange and for passing signals in the telephone frequency band between the telephone wiring network and the telephone exchange; | controller 415.  "Circuitry for limiting … and for passing … telephone exchange" is a M+F claim element.  The recited functions are (1) preventing transmission of the internal high frequency signals back to the telephone exchange and (2) allowing the telephone signals to pass through the signal interface to the telephone exchange.  The structures disclosed in the specification for performing these functions are low pass filters 474.  The "telephone exchange" is a central office. | Fig. 1a  Fig. 2 descriptions of LPF 474 from specification  Col. 48, ln. 65- Col. 49, ln. 13. |

12

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| telecommunication circuits to be interconnected as required by individual callers. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 77 (1st ed. 1982). *See also* Appendix A. | | | | | |
| | '446 Col. 12:52-57<br>'446 Fig. 1a, LPF<br>'446 Col. 9:66 - Col. 10:2<br>'446 Col. 12:41-42<br>'446 Col. 12:52-55 | Filters are not part of the transceiver circuits or signal interface circuits. | wherein each of the plurality of filters is coupled to said conductive path at a location separated from the transceiver and from the signal interface. | The "filters" are not part of the transceivers or signal interface. | |
| Interface: A concept involving the definition of the interconnection between two equipments or systems. The definition includes the type, quantity, and function of the interconnecting circuits and the type and form of signals to be interchanged via those circuits. Mechanical details of plugs, sockets, and pin numbers, etc., may be included within the context of the definition. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 104 (1st ed. 1982). *See also* Appendix A. | '446 Col.3: 67<br>'446 Col. 4:1-4<br>'446 Col. 4:17-33<br>'446 Col. 4:55-57<br>'446 Col. 8:10-26<br>'446 Col. 9:1-8<br>'446 Col. 11:4-36 | Two or more separate conductive paths, including the above first conductive path, that are coupled to the signal interface | 2. The system of claim 1 wherein the telephone wiring network includes a plurality of separate conductive paths that includes the first conductive path, each of the plurality of separate conductive paths being coupled to the signal interface. | Improperly Asserted Claim. | |
| Interface: A concept involving | '446 Col.3: 67, Col. 4:1-4 | The plurality of the | 3. The system of claim 2 | "Circuitry for transmitting | Fig. 2 |

13

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| the definition of the interconnection between two equipments or systems. The definition includes the type, quantity, and function of the interconnecting circuits and the type and form of signals to be interchanged via those circuits. Mechanical details of plugs, sockets, and pin numbers, etc., may be included within the context of the definition. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 104 (1st ed. 1982). *See also* Appendix A.<br><br>**Signal:** An electrical wave used to convey information. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 423 (3rd ed. 1990). *See also* Appendix A. | '446 Col. 4:17-33<br>'446 Col. 4:55-57<br>'446 Col. 8:10-26<br>'446 Col. 9:1-8 | transceiver(s) described in claim 1 corresponding to different destinations of information and separate conductive paths.<br><br>The signal interface also includes electrical circuitry that transmits an internal signal with a frequency above the telephone voice band to the additional transceivers | further comprising additional transceivers, each coupled between a different one of the separate conductive paths and a different one of a plurality of destinations of information, wherein the signal interface further includes circuitry for transmitting over the telephone wiring network to each of the additional transceiver an internal signal in the high frequency band. | "... high frequency band" is a M+F claim element.<br><br>The recited functions are (1) processing the external signal encoding the information stream from the external source of information into an internal signal; and (2) transmitting to the transceiver an internal signal encoding the information stream.<br><br>The structures disclosed in the specification for performing these functions are signal separator 413 in conjunction with processor 418, control processor 420 and master controller 415. | Col. 15, ll. 34 - Col. 16, ln. 36.<br>Col. 30, ln. 46 - Col. 33, ln. 36. |
| **Signal:** An electrical wave used to convey information. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 423 (3rd ed. 1990). *See also* Appendix A. | '446 Col. 23:49-60<br>'446 Col. 66:27-44 | The signals from the external information source communicate information and the signal communicated over the telephone wiring network also carries the same information. | 4. The system of claim 1 wherein the external signal includes an external data signal encoding a data stream and the internal signal includes an | Improperly Asserted Claim. | |

14

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | internal data signal encoding the data stream. | | |
| Signal: An electrical wave used to convey information. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 423 (3rd ed. 1990) | '446 Col. 13:23-28<br>'446 Col. 15:46-49<br>'446 Col. 16:57-62<br>'446 Col. 30:59-62<br>'446 Col. 31:31-33<br>'446 Col. 36:1-67<br>'446 Col. 37:1-38<br><br>'896 Col. 13:14-22<br>'896 Col. 25:25-30 | Electrical circuitry in the transceiver that receives the signals that communicate information over the telephone wiring network from the signal interface and presents the information to the destination of information. | 5. The system of claim 4 wherein the transceiver further includes circuitry for receiving the internal data signal and presenting the data stream to the destination of information. | | |
| Signal: An electrical wave used to convey information. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 423 (3rd ed. 1990). See also Appendix A.<br><br>Interface: A concept involving the definition of the interconnection between two equipments or systems. The definition includes the type, quantity, and function of the interconnecting circuits and the type and form of signals to be interchanged via those circuits. | '446 Col.3: 67<br>'446 Col. 4:1-4<br>'446 Col. 4:17-33<br>'446 Col. 4:55-57<br>'446 Col. 8:10-26<br>'446 Col. 9:1-8<br>'446 Col. 13:14-31<br>'446 Col. 13:52-60<br>'446 Col. 67:38-50 | Electrical circuitry in the transceiver that transmits a "control signal": signal that prompts the signal interface to perform a function transmitted in frequencies above the telephone voice band. | 6. The system of claim 1 wherein the transceiver further includes circuitry for transmitting a control signal in the high frequency band to the signal interface. | "Circuitry for transmitting … signal interface" is a M+F claim element.<br><br>The "control signal" is a signal that prompts the signal interface to select an information stream to be transmitted back to the transceiver.<br><br>The recited function is transmitting a high frequency control signal to the signal interface. | Fig. 15<br>Col. 13, ll. 61-67<br>Col. 25, ll. 31-42<br>Col. 48, ll. 21-31<br>Col. 66, ln. 64 - Col. 67, ln. 6 |

15

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| Mechanical details of plugs, sockets, and pin numbers, etc., may be included within the context of the definition. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 104 (1st ed. 1982). *See also* Appendix A. Control: 1. Authority or ability to manage or direct: *lost control of the skidding car*; the leaders in control of the country. 2a. One that controls; a controlling agent, device, or organization. THE AMERICAN HERITAGE® DICTIONARY OF THE ENGLISH LANGUAGE (4th ed. 2000). *See also* Appendix A. | | | | The structures disclosed in the specification for performing this function are an IR sensitive diode, control signal processing circuitry 514 and coupling network 513. | |

16

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | '585 Patent | | |
| Exchange: Switching exchange: an aggregate of traffic-carrying devices, switching stages, controlling and signaling means at a network node that enables subscriber lines and/or other telecommunication circuits to be interconnected as required by individual callers. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 77 (1st ed. 1982). See also Appendix A. | '585 Col. 1:35-56<br>'585 Col. 1:35-56<br>'585 Col. 3:21-23<br>'585 Col. 3:21-23<br>'585 Col. 2:66-Col. 3:2<br>'585 Col. 4:3-14<br>'585 Col. 4:22-26<br>'585 Col. 4: 65-67,<br>'585 Col. 4: 65-67, Col. 5:1-16<br>'585 Col. 5:1-16<br>'585 Col. 6:29-65<br>'585 Col. 6:29-65, Col. 7:1-65<br>'585 Col. 7:1-65<br>'585 Col. 7:47 - Col. 8:9<br>'585 Col. 8:9-12<br>'585 Col. 8:9-12<br>'585 Col. 9:12-19<br>'585 Col. 11:40-46<br>'585 Col. 11:40-46<br>'585 Col. 11:52-55<br>'585 Col. 12:46-53<br>'585 Col. 13:20-28<br>'585 Col. 14:55 - Col. 15:4<br>'585 Col. 16:17-29<br>'585 Col. 21:48-49<br>'585 Col. 40:25-28<br>'585 Col. 42:15-19<br>'585 Col. 54:42-44 | A system that communicates information between a source of information outside the system and data processing devices connected to the system.<br><br>Each data processing devices is at a different location.<br><br>The information is communicated over a network of telephone wiring that is used for passing signals in a telephone voice band between two or more telephones or other devices that communicate in the telephone voice band, which are at the different locations, and telephone switching devices. | 1. A system for communicating information between an external source of information and destinations of information each at a different one of a plurality of residences over a telephone wiring network used for passing telephone signals in a telephone voice band between telephone devices at the residences and a telephone exchange, comprising: | Needs no construction. | |

17

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | '585 Col. 65 : 21-30<br>'585 Col. 67 : 24-27<br>'585 Fig. 1a phones 414<br>'585 Fig. 1a, Fig. 1a, 492a-c, 495c, and 498a<br>'585 Fig. 1a, trunk lines 476', extended pairs 405, unnumbered telephone wiring<br>'585 Fig. 1b telephone devices 514<br>'585 Fig. 1b, twisted pairs 476, extended pairs 405.<br>'585, Fig. 1a, local exchange 475 | | | | |
| | '585 Fig. 1a, digital transceiver 491c<br>'585 Col. 12:45-67<br>'585 Col. 13:1-2<br>'585 Col. 13:20-28<br>'585 Col. 39:44-46<br>'585 Col. 40:25-31<br>'585 Col. 1:40-44<br>'585 Col. 11:14-25<br>'585 Col. 66:30-67<br>'585 Col. 67:1-10<br>'585 Fig. 1a as 491c, 419a-419c.<br>'585 Fig. 15 | Two or more transceivers that are in different locations and are coupled to data processing devices such as personal computers. | a plurality of transceivers, each located at a different one of the residences and coupled to a destination of information at said residence; | Needs no construction. | |
| Interface: A concept involving | '585 Fig. 1a, portions of | A "signal interface": device | a signal interface located on | The "signal interface" is a |

18

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| the definition of the interconnection between two equipments or systems. The definition includes the type, quantity, and function of the interconnecting circuits and the type and form of signals to be interchanged via those circuits. Mechanical details of plugs, sockets, and pin numbers, etc., may be included within the context of the definition. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 104 (1st ed. 1982). See also Appendix A.

Exchange: Switching exchange: an aggregate of traffic-carrying devices, switching stages, controlling and signaling means at a network node that enables subscriber lines and/or other telecommunication circuits to be interconnected as required by individual callers. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 77 (1st ed. | transceiver/switch 400 '585 Fig. 1b, portions of transceiver/switch 400 '585 Fig. 2 '585 Col. 4:10-14 '585 Col. 4:65-67 '585 Col. 8:49-59 '585 Col. 9:12-19 '585 Col. 11:47-58 '585 Col. 12:6-11 '585 Col. 15:40-59 '585 Col. 30:45-65 | that provides an interconnection and adaptation of signals, which connects the external source of information to the telephone wiring network. | the telephone wiring network between the telephone exchange and each of the residences; | device interposed on the opposite end (i.e., the local side) of the public trunk line (as defined by the inventor in the patent) from the telephone exchange that performs the recited functions of the incorporated circuitry.

The "telephone exchange" is a central office. | See citations for signal interface in '596 patent, claim 61. |

19

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| 1982). *See also* Appendix A. | | | | | |
| Exchange: Switching exchange: an aggregate of traffic-carrying devices, switching stages, controlling and signaling means at a network node that enables subscriber lines and/or other telecommunication circuits to be interconnected as required by individual callers. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 77 (1st ed. 1982). *See also* Appendix A. | '585 Col. 1:40-44<br>'585 Col. 4: 65-67, Col. 5:1-16<br>'585 Col. 8:9-12<br>'585 Col. 11:40-61<br>'585 Col. 12:45-67, Col. 13:1-19<br>'585 Col. 21:48-49<br>'585 Col. 65:21-30<br>'585 Col. 67:24-27 | The conductive paths are two or more separate wires or sets of wires that are part of the telephone wiring network and are more than 1000 feet long. The conductive path couples the signal interface and different transceivers and each such conductive path provides at least part of the path for telephone voice band signal between the telephone exchange and one or more telephone devices at the same residence as the transceiver. | a plurality of separate conductive paths, each coupling the signal interface and a different one of the plurality of transceivers and providing at least part of a path for telephone signals in the voice band between the telephone exchange and one or more of the telephone devices at the same residence as said transceiver, wherein each of said separate conductive paths exceeds 1000 feet in length; | Needs no construction. | |
| Exchange: Switching exchange: an aggregate of traffic-carrying devices, switching stages, controlling and signaling means at a network node that enables subscriber lines and/or other telecommunication circuits to be interconnected as required by individual callers. GRAHAM LANGLEY, TELEPHONY'S | '585 Col. 11:40-46<br>'585 Col. 12:59-64<br>'585 Fig. 1a<br>'585 Col. 4: 65-67, Col. 5:1-16<br>'585 Col. 8:9-12<br>'585 Col. 21:48-49 | At each location with a transceiver, a branch that is part of the telephone network. A jack is connected to the telephone network at a location separate from the transceiver. A telephone device can be plugged into the jack and the jack will carry the telephone voice band signal to the telephone network. | at each of the residences at which one of the transceivers is located, a branch conductive path coupled at a location separated from said transceiver to the separate conductive path from the signal interface to said transceiver, said branch conductive path providing at least part of the path for telephone signals in the voice band between the telephone | Needs no construction. | |

20

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | exchange and a telephone device at said residence; and | | |
| DICTIONARY 77 (1st ed. 1982). See also Appendix A. | | | | | |
| Filter: A device which transmits a select range of energy. An electrical filter transmits a selected range of frequencies, while stopping (attenuating) all others. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 200 (3rd ed. 1990). See also Appendix A. | '585 Col. 11:40-46 '585 Col. 12: 59-64 | A filter device is connected between each telephone jack or branch and a telephone device. | for each branch conductive path, a filter coupled between the branch conductive path and the corresponding telephone device; | Needs no construction. | |
| Voiceband: The 300 Hz to 3400 Hz band used on telephone equipment for the transmission of voice and data. JERRY M. ROSENBERG, COMPUTERS, DATA PROCESSING & TELECOMMUNICATIONS 577 (1984). See also Appendix A.

Frequency band: one of a succession of acoustic, radio, or spectral frequency ranges each beginning where the preceding one leaves off — compare RADIO FREQUENCY. MERRIAM- | '585 Col. 4: 65-67, Col. 5:1-16 '585 Col. 8:9-12 '585 Col. 8:49-59 '585 Col. 12:45 - Col. 13:28 '585 Col. 48:64 - Col. 49:2 '585 Col. 66:22 - Col. 67:10 '585 Col. 68:6-35 '585 Fig. 15 | Each transceiver includes circuitry that signals at "high frequency band": frequencies above the telephone voice band over the telephone network. | wherein each transceiver includes circuitry for communicating with the signal interface in a high frequency band of frequencies above the highest frequency of the telephone voice band over the separate conductive path coupling said transceiver with the signal interface; | "Circuitry for communicating with ... coupling said transceiver with the signal interface" is a M+F claim element.

The recited function is communicating with the signal interface in a high frequency band of frequencies above the highest frequency of the telephone voice band over the separate conductive path coupling said transceiver with the signal interface.

The structures disclosed in the specification for performing | Fig. 3a Fig. 3c Fig. 8 Fig. 15 (control signal processing circuitry 514 and coupling network 513) Col. 14, ll. 2-14 Col. 19, ln. 41 - Col. 20, ln. 6 Col. 25, ln. 10 - Col. 30, ln. 4 Col. 38, ln. 66 - Col. 40, ln. 4 Col. 66, ll. 30-47. |

21

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| WEBSTER UNABRIDGED ENTRIES DICTIONARY. *See also* Appendix A. | | | | this function are control signal processing circuitry 514 and coupling network 513.<br><br>"A high frequency band of frequencies above the highest frequency of the telephone voice band" is the band of frequencies above 1 MHz. | |
| Filter: A device which transmits a select range of energy. An electrical filter transmits a selected range of frequencies, while stopping (attenuating) all others. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 200 (3rd ed. 1990). *See also* Appendix A.<br><br>Low-Pass Filter: Filter circuit that passes all frequencies below the cutoff frequency and blocks frequencies above it. JOHN DOUGLAS-YOUNG, ILLUSTRATED ENCYCLOPEDIC | '585 Col. 11:40-46<br>'585 Col. 12: 59-64<br>'896 Col. 9:22-24<br>'399 Col. 18:55-66 | The filter device connected between the phone jack and the telephone device is a low pass filter that prevents signals in the high band of frequencies above the telephone voice band from interfering with to the telephone device. | each of the filters that is coupled to a branch conductive path is configured for preventing signals in the high band of frequencies from passing to the telephone device coupled to said branch conductive path; and | "The high band of frequencies" is the band of frequencies above 1 MHz. | Fig. 3a<br>Fig. 3c<br>Fig. 8<br>Fig. 15 (control signal processing circuitry 514 and coupling network 513)<br>Col. 14, ll. 2-14<br>Col. 19, ln. 41 - Col. 20, ln. 20<br>Col. 25, ln. 10 - Col. 30, ln. 9<br>Col. 38, ln. 66 - Col. 40, ln. 4<br>Col. 66, ll. 30-47. |

22

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| DICTIONARY OF ELECTRONICS 341 (1st ed. 1981). *See also* Appendix A. **Interface**: A concept involving the definition of the interconnection between two equipments or systems. The definition includes the type, quantity, and function of the interconnecting circuits and the type and form of signals to be interchanged via those circuits. Mechanical details of plugs, sockets, and pin numbers, etc., may be included within the context of the definition. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 104 (1st ed. 1982). *See also* Appendix A. **Circuitry**: the plan or the components of an electric circuit. THE NEW MERRIAM-WEBSTER DICTIONARY 146 (Frederick C. Mish ed., 1989). *See also* Appendix A. **Circuit**: *Apex Inc. v. Raritan* | '585 Col. 31:59-67, Col. 32:1-34  '585 Col. 33:45-55  '585 Col. 33:11-16  '585 Col. 48:37-67, Col. 49:1-3  '585 Col. 15:39 - Col. 17:41  '585 Fig. 1a - 14, portions thereof | the signal interface includes: **Electrical circuitry** that receives multiple signals from the external source of information. The multiple signals communicate information from the external source of information. **Electrical circuitry** that transmits internal signals communicating the information received from the external information source. The internal signal are transmitted in a **high frequency band** above the telephone voice band. A low pass filter that prevents signals with frequencies above the telephone voice band from interfering with the telephone exchange and allows signals with frequencies in the telephone voice band to pass to | the signal interface includes [a] circuitry for receiving a plurality of external signals encoding information streams from the external source of information, [b] circuitry for transmitting over the telephone wiring network to the transceivers a plurality of internal signals in the high frequency band encoding information streams, and [c] circuitry for limiting transmission of signals in the high frequency band from the telephone wiring network to the telephone exchange and for passing signals in the telephone frequency band between the telephone wiring network and the telephone exchange. | [a] "circuitry for receiving ... information," [b] "circuitry for transmitting ... streams," and [c] "circuitry for limiting ... and for passing ... telephone exchange" are M+F claim elements. The recited function for [a] is receiving a plurality of external signals encoding information streams from the external source of information. The structure disclosed in the specification for performing function [a] is Processor 418. The recited functions for [b] are (1) processing the plurality of external signals encoding the information streams from the external source of information into a plurality of internal signals; and (2) transmitting to the transceivers a plurality of internal signals in | [a] Fig. 2 (Processor 418) Fig. 4 Col. 15, ll. 39-59 Col. 16, ll. 37-49 Col. 31, ln. 45 - Col. 37, ln. 38. [b] Fig. 2 (Signal separator 412, Processor 418, Control Processor 420 and Master Controller 415). Col. 15, ln. 44 - Col. 16, ln. 12 Col. 30, ln. 45 - Col. 33, ln. 40. [c] Fig. 2 (LPFs 474) and corresponding descriptions from specification). Fig. 1a Col. 48, ll. 54-63. |

23

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| *Computer, Inc.* 325 F.3d 1364, 1373 (Fed Cir. 2003) ("The term 'circuit' is defined as 'the combination of a number of electrical devices and conductors that, when interconnected to form a conducting path, fulfill some desired function.' Dictionary of Computing, 75 (4th ed. 1996).... In light of this definition, it is clear that the term 'circuit,' by itself connotes some structure.") **Exchange:** Switching exchange: an aggregate of traffic-carrying devices, switching stages, controlling and signaling means at a network node that enables subscriber lines and/or other telecommunication circuits to be interconnected as required by individual callers. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 77 (1st ed. 1982). *See also* Appendix A. | | the telephone exchange. | | the high frequency band encoding the information streams. The structures disclosed in the specification for performing functions [b] are signal separator 413 in conjunction with processor 418, control processor 420 and master controller 415 The recited function for [c] is preventing transmission of the high frequency signals back to the telephone exchange and allowing the telephone signals to pass through the signal interface to the telephone exchange. The structures disclosed in the specification for performing function [c] are low pass filters 474. The "telephone exchange" is a central office. | |

24

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| **Filter:** A device which transmits a select range of energy. An electrical filter transmits a selected range of frequencies, while stopping (attenuating) all others. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 200 (3rd ed. 1990). *See also* Appendix A.<br><br>**Low-Pass Filter:** Filter circuit that passes all frequencies below the cutoff frequency and blocks frequencies above it. JOHN DOUGLAS-YOUNG, ILLUSTRATED ENCYCLOPEDIC DICTIONARY OF ELECTRONICS 341 (1st ed. 1981). *See also* Appendix A. | | | | | |
| **Signal:** An electrical wave used to convey information. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 423 (3rd ed. 1990). *See also* Appendix A.<br><br>**Interface:** A concept involving the definition of the | '585 Col. 13:20-28<br>'585 Col. 23:51 - Col. 24:8<br>'585 Col. 33:45-54<br>'585 Col. 4:10-14<br>'585 Col. 4:27-43<br>'585 Col. 4:65-67<br>'585 Col. 8:20-37<br>'585 Col. 9:12-19 | Signals from the external source of information communicate information. Internal signals also carry the information. The transceivers also include electrical circuitry that receives the internal signal and presents the information to the destination of the | 2. The system of claim 1 wherein each external signal includes a corresponding external data signal encoding a data stream and each internal signal includes a corresponding internal data signal encoding said data stream, and wherein the | Needs no construction. | |

25

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| interconnection between two equipments or systems. The definition includes the type, quantity, and function of the interconnecting circuits and the type and form of signals to be interchanged via those circuits. Mechanical details of plugs, sockets, and pin numbers, etc., may be included within the context of the definition. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 104 (1st ed. 1982). *See also* Appendix A. | | information | circuitry at each transceiver for communicating with the signal interface further includes circuitry for receiving the corresponding internal data signal and presenting said data stream to the destination of information. | | |
| **Filter**: A device which transmits a select range of energy. An electrical filter transmits a selected range of frequencies, while stopping (attenuating) all others. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 200 (3rd ed. 1990). *See also* Appendix A.<br><br>**Low-Pass Filter**: Filter circuit that passes all frequencies below the cutoff frequency and blocks frequencies above it. | '585 Col. 4:10-14<br>'585 Col. 4:27-43<br>'585 Col. 4:65-67<br>'585 Col. 8:20-37<br>'585 Col. 9:12-19<br>'585 Col. 11:40-46<br>'585 Col. 12:59-64<br>'585 Col. 54: 11<br>'585 Col. 68: 31-35 | **Low pass filters between phone jacks and telephone devices reflect most of the energy in the signals within the high frequency band.**<br><br>The system also includes electrical circuitry that enables the transceiver to correctly receive the **signals despite reflections.** | 4. The system of claim 1 wherein each of the filters that is coupled to a branch conductive path reflects substantially all of the energy in the high frequency band transmitting from said branch path,<br><br>and the communication system includes circuitry for mitigating the effect of reflections so that said transceivers correctly receive | Improperly Asserted Claim. | |

26

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| JOHN DOUGLAS-YOUNG, ILLUSTRATED ENCYCLOPEDIC DICTIONARY OF ELECTRONICS 341 (1st ed. 1981). *See also* Appendix A.<br><br>**Signal:** An electrical wave used to convey information. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 423 (3rd ed. 1990). *See also* Appendix A. | | | internal signals from the signal interface. | | |
| **Interface:** A concept involving the definition of the interconnection between two equipments or systems. The definition includes the type, quantity, and function of the interconnecting circuits and the type and form of signals to be interchanged via those circuits. Mechanical details of plugs, sockets, and pin numbers, etc., may be included within the context of the definition. GRAHAM LANGLEY, TELEPHONY'S DICTIONARY 104 (1st ed. 1982). *See also* Appendix A. | '585 Col. 4:10-14<br>'585 Col. 4:27-43<br>'585 Col. 4:65-67<br>'585 Col. 8:20-37<br>'585 Col. 9:12-19 | The signal interface also includes electrical circuitry that sends "information streams": signals that communicate information from the external source of information to zero, one, or more transceivers. | 8. The system of claim 1 wherein the signal interface includes circuitry for selecting a subset of zero or more transceivers for receipt of each of the information streams accepted from the external source of information. | Improperly Asserted Claim. | |

27