# Exhibit C
# (Pt. 3 of 4)

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| **Filter**: A device which transmits a select range of energy. An electrical filter transmits a selected range of frequencies, while stopping (attenuating) all others. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 200 (3rd ed. 1990). *See also* Appendix A.<br><br>**Low-Pass Filter**: Filter circuit that passes all frequencies below the cutoff frequency and blocks frequencies above it. JOHN DOUGLAS-YOUNG, ILLUSTRATED ENCYCLOPEDIC DICTIONARY OF ELECTRONICS 341 (1st ed. 1981). *See also* Appendix A. | '585 Col. 11:40-46<br><br>'585 Col. 12: 59-64 | There is an RJ-11 jack between each **low pass filter** that connects to a telephone device and the branch conductive path. | 9. The system of claim 1 further comprising an RJ-11 jack coupled between one of the branch conductive paths and filter connected to said branch. | Improperly Asserted Claim. | |

28

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | '718 Patent | | |
| Signal: An electrical wave used to convey information. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 423 (3rd ed. 1990). See also Appendix A.<br><br>Voiceband: The 300 Hz to 3400 Hz band used on telephone equipment for the transmission of voice and data. JERRY M. ROSENBERG, COMPUTERS, DATA PROCESSING & TELECOMMUNICATIONS 577 (1984). See also Appendix A.<br><br>Frequency band: one of a succession of acoustic, radio, or spectral frequency ranges each beginning where the preceding one leaves off -- compare RADIO FREQUENCY. MERRIAM-WEBSTER UNABRIDGED ENTRIES DICTIONARY. See also Appendix A. | '718 Col. 2:20-35<br>'718 Col. 3:39-42<br>'718 Col. 5:25-28<br>'718 Col. 5:9-12<br>'718 Col. 6:14-19<br>'718 Col. 9:59-65<br>'718 Col. 10:60-67, Col. 1-30<br>'718 Col. 12:45-65<br>'718 Fig. 1, 10 & 11<br>'718 Fig. 2, 25 & 26<br>'718 Fig. 4, 31 | A system that communicates information in two directions in a "high band of frequencies": frequencies above the telephone voice band.<br><br>The information is communicated over a network of telephone wiring that is used for carrying signals in a telephone voice band between two or more telephones or other devices that communicate in the telephone voice band that are connected to the network of telephone wiring. | 22. A system for bi-directional communication of information in a high band of frequencies above a telephone voice band of frequencies over a two-wire telephone network used to carry telephone voice signals in the telephone voice band between a first telephone equipment and a second telephone equipment coupled to the two-wire telephone network comprising: | Needs no construction. | |
| Transceiver: A device capable | '718 Col. 2:20-35 | A first "transceiver": device | a first transceiver coupled to | The "first transceiver" is | '718 Patent Title (cover page |

29

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| of both sending and receiving information. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 478 (3rd ed. 1990). *See also* Appendix A. | '718 Col. 12: 45-65<br>'718 Col.18: 25-67, '718 Col. 20:1-63<br>'718 Fig. 2, 15 | that transmits and receives signals over the telephone network. | the two-wire telephone network including | connected to a television receiver and performs the recited function of the claim via the internal telephone wiring within a residence. | item 54)<br>Abstract (item 57)<br>Fig. 2<br>Col. 1, ll. 21-23<br>Col. 1, ll. 40-66<br>Col. 2, ll. 14-23<br>Col. 2, ln. 58 - Col. 3, ln. 22<br>Col. 4, ll. 43-54<br>Col. 6, ll. 41-51<br>Col. 8, ll. 4-6<br>Col. 9, ll. 59-65<br>Col. 10, ll. 36-45<br>Col. 11, ll. 43-44<br>Col. 12, ll. 29-44<br>Col. 13, ll. 64-65<br>Col. 18, ln. 23 - Col. 23, ln. 14 |
| **Circuitry**: the plan or the components of an electric circuit. THE NEW MERRIAM-WEBSTER DICTIONARY 146 (Frederick C. Mish ed., 1989). *See also* Appendix A.<br><br>**Circuit**: *Apex Inc. v. Raritan Compuer, Inc.* 325 F.3d 1364, 1373 (Fed Cir. 2003) ("The term 'circuit' is defined as 'the combination of a number of | '718 Col. 14:28-31<br>'718 Col. 18:25-57<br>'718 Fig. 2, 17 | "[C]ircuitry": electrical circuitry that receives a first signal. | circuitry for accepting a first signal, and | "Circuitry for accepting … signal" is a M+F claim element.<br><br>The recited function is accepting a first signal.<br><br>The structure disclosed in the specification for performing this function is an infrared sensitive diode that accepts remote control signals (the "first signal") from an infrared | Fig. 2 (IR Sensitive Diode and Control Signal Processing Circuitry 17)<br>Fig. 8<br>Col. 18, ll. 51-64<br>Col. 23, ll. 16-40<br>Col. 29, ln. 65 - Col. 30, ln. 14. |

30

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| electrical devices and conductors that, when interconnected to form a conducting path, fulfill some desired function.' Dictionary of Computing, 75 (4th ed. 1996).... In light of this definition, it is clear that the term 'circuit,' by itself connotes some structure.") | | | | control signal transmitter (e.g., a handheld remote control) and passes the signals to control signal processing circuitry. | |
| Circuitry: the plan or the components of an electric circuit. THE NEW MERRIAM-WEBSTER DICTIONARY 146 (Frederick C. Mish ed., 1989). *See also* Appendix A.

*Circuit: Apex Inc. v. Raritan Computer, Inc.* 325 F.3d 1364, 1373 (Fed Cir. 2003) ("The term 'circuit' is defined as 'the combination of a number of electrical devices and conductors that, when interconnected to form a conducting path, fulfill some desired function.' Dictionary of Computing, 75 (4th ed. 1996).... In light of this | '718 Fig. 2, 17

'718 Col. 7:5-9

'718 Col. 7:17-26

'718 Col. 13:10-20

'718 Col. 14:14-18

'718 Col. 17:13-17

'718 Col. 19:49-51 | Electrical circuitry that transmits a "first transmitted signal" over the telephone network. The first transmitted signal is the signal that encodes the control information from the first signal and is within a **high** frequency band above the telephone voice band.

The "control information" is information that prompts the source for information to perform a function | circuitry for transmitting onto the two-wire telephone network in the high frequency band a first transmitted signal that encodes control information in the first signal; | "Circuitry for transmitting ... that encodes ... signal" is a M+F claim element.

The "control information" is information derived from the infrared signal and encoded in a signal which is used to select video signals.

The recited function is transmitting onto the two-wire telephone network in the high frequency band a first transmitted signal that encodes control information.

The structure disclosed in the specification for performing this function is control signal | Col. 13, ll. 10-21; ll. 39-57
Col. 16, ll. 54-58
Col. 18, ll. 31-34
Col. 25, ll. 4-10; ll. 18-35.
Fig. 2 (blocks 17 and 18)
Fig. 4 (blocks 34 and 35)
Fig. 8
Col. 18, ll. 51-64
Col. 19, ll. 40-42
Col. 23, ll. 48-51
Col. 28, ll. 60 - Col. 30, ln. 4. |

31

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| definition, it is clear that the term 'circuit,' by itself connotes some structure.") | | | | processing circuitry, which encodes control information consisting of an infrared signal used to select an information stream (e.g., the television channel) by converting an infrared signal to electrical energy. That structure then passes the encoded control information to a coupling network. These structures are depicted as control signal processing circuitry 17 and coupling network 18 in Figure 2 and are detailed in the specification. | |
| Transceiver: A device capable of both sending and receiving information. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 478 (3rd ed. 1990). *See also* Appendix A. | '718 Col. 13:63-67, Col.17:1-33, '718 Fig. 1, 1 | A second "transceiver": device that transmits and receives signals over the telephone network. | a second transceiver coupled to the two-wire telephone network including | The "second transceiver" is connected to a video source (e.g., VCR) and performs the recited function of the claim via the internal telephone wiring within a residence. | Fig. 1 Col. 13, ln. 63 - Col. 18, ln. 22 Col. 18, ln. 60 - Col. 19, ln. 6 Claims 22, 28 and 39. *See also* citations above for "first transceiver." |
| | '718 Col. 17:62-67, Col. 18:1-3 '718 Fig. 1, 6 | Electrical circuitry that receives the signal from the telephone network | circuitry for receiving the first transmitted signal from the two-wire telephone network, | "Circuitry for receiving … signal" is a M+F claim element. The recited function is receiving the first transmitted | Fig. 1 (Coupling Network) Col. 16, ll. 26-34 Col. 17, ll. 13-17 Col. 31, ll. 5-7. |

32

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | signal. | |
| | | | | The structure disclosed in the specification for performing this function is a coupling network. | |
| | | | | The "first transmitted signal" is the signal encoding the control information which is used to select the video signals from the video source. | |
| | '718 Col. 13:10-63<br>'718 Col. 14: 4-14<br>'718 Col. 17:13-30<br>'718 Col. 18:6-18<br>'718 Fig. 1, 6 | Electrical circuitry that converts received signals into a format that can be processed by a device. | circuitry for recovering the control information from the received first transmitted signal, | "Circuitry for recovering … signal" is a M+F claim element.<br><br>The recited function is recovering the control information from the received first transmitted signal.<br><br>The structures disclosed in the specification for performing this function are control signal processing circuitry 6 and an infrared emitting bulb. | Fig. 1 (Control signal processing circuitry 6 and IR emitting bulb 7)<br>Col. 17, ll. 7-12<br>Col. 17, ll. 24-45<br>Col. 30, ll. 65 - Col. 31, ln. 1 |
| | '718 Col. 13:41-45 | Electrical circuitry that | circuitry for providing | "Circuitry for providing … | Fig. 1 (IR emitting bulb 7) |

33

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | '718 Fig. 1, 6 | makes information available to a separate device, which is a source of information that is not part of the system. | the control information to a source for information, | "source for information" is a M+F claim element.<br><br>The recited function is providing the control information to a source of information.<br><br>The structure disclosed in the specification for performing this function is an infrared emitting bulb. | Col. 17, ll. 24-45. |
| | '718 Col. 14:28-32<br>'718 Fig. 1, 3<br>'718 Col. 14:28-32<br>'718 Fig. 1, 2 | Electrical circuitry that receives a second signal from the source of information that is not part of the system. | circuitry for accepting a second signal from the source of information, and | "Circuitry for accepting ... information" is a M+F claim element.<br><br>The recited function is accepting a second signal from the source of information.<br><br>The structure disclosed in the specification for performing this function is an RF converter and RF amplifier designed to accept a video signal from the source of information. | Fig 1 (RF Converter 3 and RF Amplifier 4)<br>Col. 14, ll. 28-32<br>Col. 14, ll. 41-49<br>Col. 15, ll. 1-12<br>Col. 15, ln. 66 - Col. 16, ln. 2<br>Col. 21, ll. 1-6<br>Col. 21, ll. 23-27<br>Col. 21, ll. 51-65<br>Col. 22, ll. 28-35. |
| | '718 Fig. 1, 3 & 4 | Electrical circuitry that | circuitry for | "Circuitry for transmitting | Fig. 1 (Coupling Network 5, |

34

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | | transmits a "second transmitted signal": a signal that carries encoded information from the source of information onto the telephone network, the signal carrying the information from the second signal and in a high band of frequencies above the telephone voice band. | transmitting onto the two-wire telephone network in the high band of frequencies a second transmitted signal that encodes information in the second signal; and | ... second signal" is a M+F claim element.<br><br>The recited function is transmitting onto the two-wire telephone network in the high band of frequencies a second transmitted signal that encodes information.<br><br>The structure disclosed in the specification for performing this function is a coupling network that transmits a video signal onto the internal telephone wiring. | Col. 16, ll. 26-30<br>Col. 17, ll. 13-17<br>Col. 28, ll. 60 - Col. 29, ll. 63 |
| Filter: A device which transmits a select range of energy. An electrical filter transmits a selected range of frequencies, while stopping (attenuating) all others. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 200 (3rd ed. 1990). *See also* Appendix A.<br><br>Low-Pass Filter: Filter circuit that passes all frequencies | '718 Fig. 1, 9 | A low pass filter circuit that prevents signals with the high frequency band above the telephone voice band from interfering with the telephone device. | circuitry coupled between the second telephone equipment and the two-wire telephone network for preventing transmission of signals in the high frequency band from the two-wire telephone network to telephone equipment coupled to the two-wire telephone network; | "Circuitry coupled ... for preventing transmission ... to the two-wire network" is a M+F claim element.<br><br>The recited function is preventing transmission of signals in the high frequency band from the two-wire telephone network to telephone equipment coupled to the two-wire telephone network. | Fig. 1 (LPF 9)<br>Fig. 2 (LPF 24)<br>Fig. 4 (LPF 32)<br>Col. 17, ll. 47-52<br>Col. 17, ln. 62 - Col. 18, ln. 5<br>Col. 20, ll. 19-25<br>Col. 23, ll. 24-28. |

35

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| below the cutoff frequency and blocks frequencies above it JOHN DOUGLAS-YOUNG, ILLUSTRATED ENCYCLOPEDIC DICTIONARY OF ELECTRONICS 341 (1st ed. 1981). See also Appendix A. | | | | The structure disclosed in the specification for performing this function is a low pass filter. | |
| | | | wherein the first transceiver further includes | | |
| | '718 Col. 18:65-67, Col. 19:1-6<br><br>'718 Fig. 2 19 | Electrical circuitry that receives the second transmitted signal from the telephone network. | circuitry for receiving the second transmitted signal from the two-wire telephone network, | "Circuitry for receiving … network" is a M+F claim element.<br><br>The "second transmitted signal" is a video signal that is transmitted from the "second transceiver" to the "first transceiver."<br><br>The recited function is receiving the second transmitted signal.<br><br>The structure disclosed in the specification for performing this function is a coupling network. | Fig. 2 (Coupling Network 180<br>Col. 18, ll. 61-64<br>Col. 19, ll. 40-42. |

36

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | '718 Col. 18:65-67, Col. 19:1-6<br>'718 Fig. 2, 19 | Electrical circuitry that converts the received signal into a format that can be processed by a device. | circuitry for recovering information in the second signal from the second transmitted signal, and | "Circuitry for recovering … transmitted signal" is a M+F claim element.<br><br>The recited function is recovering information in the second signal from the second transmitted signal.<br><br>The structure disclosed in the specification for performing this function is an RF converter that converts the video signal received from the second transceiver to a channel that can be displayed on an ordinary television. | Fig. 2 (RF Converter 19)<br>Col. 19, ln. 40 - Col. 20, ln. 3<br>Col. 21, ll. 1-6<br>Col. 21, ll. 23-27<br>Col. 21, ll. 51-65<br>Col. 22, ll. 28-35<br>Col. 24, ll. 1-7<br>Col. 26, ll. 16-24. |
| | '718 Col. 19:56-68<br>'718 Fig. 2, 19 | Electrical circuitry that provides the recovered information to the destination of information | circuitry for providing the recovered information to a destination of information; and; | "Circuitry for providing … destination of information" is a M+F claim element.<br><br>The recited function is providing the recovered information to a destination of information.<br><br>The structure disclosed in the specification for performing this function is a switch or | Col. 20, ll. 4-18<br>Col. 20, ll. 31-50. |

37

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | other device that is part of or connected to Television Receiver 22. | |
| **Filter**: A device which transmits a select range of energy. An electrical filter transmits a selected range of frequencies, while stopping (attenuating) all others. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 200 (3rd ed. 1990). *See also* Appendix A.<br><br>**Low-Pass Filter**: Filter circuit that passes all frequencies below the cutoff frequency and blocks frequencies above it. JOHN DOUGLAS-YOUNG, ILLUSTRATED ENCYCLOPEDIC DICTIONARY OF ELECTRONICS 341 (1st ed. 1981). *See also* Appendix A. | '718 Col. 2:30-38<br>'718 Col. 6:40-51<br>'718 Col. 9:30-40<br>'718 Col. 17:62-67, Col. 18:1-3<br>'718 Col. 23: 25-29<br>'718 Fig. 1, 9<br>'718 Fig. 2, 24 | Electrical circuitry, such as a RJ-11 telephone jack, that couples a telephone device to a conductive path. The conductive path joins the first transceiver and the second transceiver. The two transceivers are connected to the telephone network at different locations. The circuitry also includes a low pass filter that prevents signals with the high frequency band above the telephone voice band from interfering with the telephone device | wherein the system further comprises circuitry for coupling one or more telephone devices to a conductive path joining the first transceiver and the second transceiver on the two-wire telephone network at locations other than locations of the first transceiver or the second transceiver and for presenting high impedance in the high band of frequencies to said telephone network. | "Circuitry for coupling ... and for presenting ... network" is a M+F claim element.<br><br>The recited function is coupling one or more telephone devices to a conductive path joining the first transceiver and the second transceiver on the two-wire telephone network at locations other than locations of the first transceiver or the second transceiver and for presenting high impedance in the high band of frequencies to said telephone network.<br><br>The structures disclosed in the specification for performing these functions are low pass filters. | Fig. 1 (LPF 9)<br>Fig. 2 (LPF 24)<br>Col. 17, ln. 64 - Col. 18, ln. 5<br>Col. 20, ll. 19-25. |
| **Filter**: A device which transmits a select range of | '718 Col. 17:62-67, Col. 18:1-2 | There are two or more low pass filter circuits coupled | 24. The system of claim 22 | Improperly Asserted Claim. | |

38

| Inline's Citation to Dictionaries and Treatises | Inline's Citation to the Patent Specification | Inline's Claim Construction | Claim Language | AOL's and EarthLink's Claim Construction | AOL's and EarthLink's Citation to Intrinsic Evidence |
|---|---|---|---|---|---|
| energy. An electrical filter transmits a selected range of frequencies, while stopping (attenuating) all others. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 200 (3rd ed. 1990). *See also* Appendix A.<br><br>**Low-Pass Filter**: Filter circuit that passes all frequencies below the cutoff frequency and blocks frequencies above it. JOHN DOUGLAS-YOUNG, ILLUSTRATED ENCYCLOPEDIC DICTIONARY OF ELECTRONICS 341 (1st ed. 1981). *See also* Appendix A.<br><br>**Signal**: An electrical wave used to convey information. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY 423 (3rd ed. 1990). *See also* Appendix A. | '718 Fig. 1, 9<br>'718 Fig. 2, 24 | between the telephone network and a different telephone device. Each **low pass filter** allows signals in the telephone voice band to reach the telephone device and prevents signals with the **high frequency band** telephone voice band from interfering with the telephone device. | wherein the circuitry for coupling the one or more telephone devices to the two-wire telephone network includes a plurality of separate low-pass filters each coupled between the two-wire telephone network and a different one of the one or more telephone devices such that each low-pass filter passes signals in the telephone voice band between the two-wire telephone network and said telephone device and presents a high impedance at frequencies in the high frequency band to the two-wire telephone network. | | |
| **Transceiver**: A device capable of both sending and receiving information. HARRY NEWTON, NEWTON'S TELECOM DICTIONARY | '718 Col. 9:19-41<br>'718 Col. 12:29-65 | The telephone network includes a separate connection of a wire or set of wires to the wires that connect the two transceivers and the second | 38. The system of claim 24 wherein<br><br>the two-wire telephone network includes a segment | | |

39