IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON INTERNET SERVICES, INC.,<br>ET AL.,<br><br>Defendants. | Civil Action No. 05-866 (JJF) |

## VERIZON DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON INLINE'S MOTION TO STAY

Pursuant to D. Del. LR 7.1.4, the Verizon defendants respectfully request oral argument on Inline's Motion to Stay (D.I. 81) filed on January 27, 2006. Verizon responded to Inline's Motion on February 10, 2006 (D.I. 82) and Inline filed its Reply Brief on February 17, 2006 (D.I. 83). Therefore, the Motion is fully briefed and ready for the Court's consideration.

Respectfully submitted,

By: /s/ Jeffrey B. Bove
    Jeffrey B. Bove (#998)
    CONNOLLY BOVE LODGE & HUTZ LLP
    The Nemours Building
    1007 North Orange Street
    P.O. Box 2207
    Wilmington, Delaware 19801
    Telephone: (302) 658-9141
    jbove@cblh.com

    John B. Wyss
    Kevin P. Anderson
    WILEY REIN & FIELDING LLP
    1776 K Street NW
    Washington, DC 20006
    Telephone: (202) 719-7000

Dated: February 22 2006                         *Attorneys for the Verizon Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2006, a true copy of the foregoing *Verizon Defendants' Request for Oral Argument* was sent to plaintiff's counsel, in the manner indicated, upon:

Julia Heaney, Esq.   (Electronically filed using CM/ECF which will send notification, and served by hand delivery)
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347
jhefiling@mnat.com

Michael K. Plimack, Esq.   (Served electronically and by overnight delivery)
Alexander L. Brainerd, Esq.
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Alexander.Brainerd@hellerehrman.com
Michael.Plimack@hellerehrman.com

C. Joël Van Over, Esq.   (Served electronically and by overnight delivery)
Robert C. Bertin, Esq.
SWIDLER BERLIN LLP
3000 K Street, NW
Suite 300
Washington, DC 20007-5116
cjvanover@swidlaw.com
rcbertin@swidlaw.com

/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
*Attorneys for the Verizon Defendants*