```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE
```

INLINE CONNECTION       :
CORPORATION,            :
                        :
      Plaintiff,      :
                        :
  v.                    :    Civil Action No. 05-866-JJF
                        :
VERIZON INTERNET SERVICES, :
INC., et al.,           :
                        :
      Defendants.     :

## ORDER

WHEREAS, the United States District Court for the District of Virginia severed several defendants from a pending action ("the Virginia action") and transferred the action as it pertained to those Defendants to this Court;

WHEREAS, prior to the transfer, the Operating Telephone Company ("OTC") defendants involved in the Virginia action filed a Motion To Dismiss For Lack Of Personal Jurisdiction;

WHEREAS, two of the OTC Defendants, Verizon Delaware Inc. and GTE Southwest Inc. d/b/a Verizon Southwest, are now before this Court;

WHEREAS, the Motion To Dismiss For Lack Of Personal Jurisdiction remains pending before this Court as to those two Defendants (D.I. 60);

WHEREAS, a court has personal jurisdiction over a defendant if the defendant is domiciled in the state in which the court is located, Pennoyer v. Neff, 95 U.S. 714, 735 (1877);

WHEREAS, Verizon Delaware Inc. and GTE Southwest Inc. d/b/a Verizon Southwest are incorporated in Delaware;

NOW THEREFORE, IT IS HEREBY ORDERED that Certain Defendant Operating Telephone Companies' Motion To Dismiss For Lack Of Personal Jurisdiction (D.I. 60) is **DENIED** as it pertains to Verizon Delaware Inc. and GTE Southwest Inc. d/b/a Verizon Southwest.

March 22, 2006

_____
UNITED STATES DISTRICT JUDGE