

# Wiley Rein & Fielding LLP

1776 K STREET NW
WASHINGTON, DC 20006
PHONE   202.719.7000
FAX     202.719.7049

Virginia Office
7925 JONES BRANCH DRIVE
SUITE 6200
McLEAN, VA 22102
PHONE   703.905.2800
FAX     703.905.2820

www.wrf.com

March 9, 2006

John B. Wyss
202.719.7038
jwyss@wrf.com

*Via Email*

Carl S. Nadler, Esq.
HellerEhrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036-3001

Re:   *Inline Connection Corp. v. Verizon Internet Services, Inc. et al.*
      C.A. No. 05-866-JJF (D. Del.)

Dear Carl:

In response to your March 3 letter to me, we ask that you reconsider your decision to withhold from the Verizon defendants copies of the Mercury Communication/Pi-Squared related documents that I requested in my February 28 letter to Mike Plimack and Joël Van Over (copy attached).

The documents in question go directly to the heart of the "ownership" issue and Inline's standing to bring the present action against the Verizon defendants and/or its ability to continue to maintain that action in its present form. Judge Thynge has ordered Inline to produce all of the non-privileged Mercury Communication/Pi-Squared related documents to AOL and Earthlink in the co-pending *AOL/Earthlink* litigation. There is no legitimate basis for your withholding these same documents from the Verizon defendants in this case.

Unless we receive copies of all of the requested Mercury Communication/Pi-Squared related documents by close of business tomorrow (March 10), we will have no choice but to proceed in good faith reliance on the public record description of those documents during the February 28 hearing in the *AOL/Earthlink* case.

Sincerely yours,

John B. Wyss

Enclosure

cc:   Joël Van Over, Esq. (via mail w/enclosure)
      Julia Heaney, Esq. (via email w/enclosure)
      Jeffrey B. Bove, Esq. (via email w/enclosure)



# Wiley Rein & Fielding LLP

1776 K STREET NW
WASHINGTON, DC 20006
PHONE   202.719.7000
FAX     202.719.7049

Virginia Office
7925 JONES BRANCH DRIVE
SUITE 6200
McLEAN, VA 22102
PHONE   703.905.2800
FAX     703.905.2820

www.wrf.com

February 28, 2006

John B. Wyss
202.719.7038
jwyss@wrf.com

*Via Email*

Michael K. Plimack, Esq.
HellerEhrman LLP
333 Bush Street
San Francisco, California 94104-2878

C. Joël Van Over, Esq.
Swidler Berlin LLP
The Washington Harbour
3000 K Street, NW, Suite 300
Washington, DC 20007-5116

Re:  *Inline Connection Corp. v. Verizon Internet Services, Inc. et al.*
     Case No. 1:05-cv-866-JJF (D. Del.)

Dear Mike and Joël:

During the telephonic hearing this morning before Judge Thynge in the *AOL/Earthlink* litigation, counsel for AOL and Earthlink referred to documents relating to certain entities, "Mercury Communication" and "Pi-Squared," that have recently been produced by Inline to defendants in the *AOL/Earthlink* case. In addition, Judge Thynge ordered Inline to produce all other non-privileged documents that refer or relate to the Mercury Communications and Pi-Squared entities.

We have not received any of the referenced documents previously produced to AOL and Earthlink. We specifically request that:

1. You produce to us by fax or email all of the Mercury Communication/Pi-Squared related documents previously produced to AOL and Earthlink; and

2. You produce to us all additional Mercury Communication/Pi-Squared related documents at the same time that they are produced to AOL and Earthlink in the future.

Wiley Rein & Fielding LLP

Michael K. Plimack, Esq.
C. Joël Van Over, Esq.
February 28, 2006
Page 2

Please confirm that you will produce the Mercury Communication/Pi-Squared related documents as requested above.

Sincerely yours,

John B. Wyss

cc: Carl S. Nadler, Esq., Esq. (via email)
Julia Heaney, Esq. (via email)
Jeffrey B. Bove, Esq. (via email)