# HellerEhrman LLP

March 10, 2006

*Via E-mail*

Carl S. Nadler
Carl.Nadler@hellerehrman.com
Direct +1.202.912.2575
Main +1.202.912.2000
Fax +1.202.912.2020

John B. Wyss, Esq.
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006

Re:   Inline Connection Corp. v. Verizon Internet Services Inc., et al.,
      Case No. 2:05 CV 205 (HCM)

Dear John:

    Thank you for your March 9 letter concerning Mercury Communication/Pi-Squared related documents.

    To be clear, we have not "refused" production of such documents. We simply believe their production can and should be taken up when the parties are proceeding with full-scale bilateral discovery. As you know from Inline's motion to stay, moreover, we believe this should occur *after* the *AOL* and *Earthlink* cases have been resolved. Indeed, it seems likely that any ownership issue will be litigated in *AOL/Earthlink*, which may allow Inline and Verizon to address that issue in a streamlined fashion.

    With regard to the last paragraph of your letter, I do not know what you mean by "proceed in good faith reliance on the public record description of those documents." Heller was not present at the hearing you reference, but I am willing to bet we would disagree on what exactly was said about those documents at that hearing. In any event, the ownership of the patents is what it is, and we do not agree that any statement made at that hearing can alter or change the actual ownership of the patents. Nor do we agree that Verizon can "rely" on some unspecified interpretation of what was said at the hearing.

Heller Ehrman LLP  1717 Rhode Island Avenue, NW,  Washington, D.C.  20036-3001  www.hellerehrman.com

Anchorage    Beijing    Hong Kong    Los Angeles    Madison, WI    New York    San Diego    San Francisco    Seattle
Silicon Valley    Singapore    **Washington, D.C.**

HellerEhrman LLP

John B. Wyss, Esq.
March 10, 2006
Page 2

Sincerely,

*[signature]*

Carl Nadler

cc:   C. Joel Van Over, Esq.

DC 246707 v1
3/10/06 11:38 AM (42102.0001)