# EXHIBIT A

| | |
|---|---|
| **From:** | Nadler, Carl S. [Carl.Nadler@hellerehrman.com] |
| **Sent:** | Friday, March 24, 2006 1:55 PM |
| **To:** | Wyss, John |
| **Cc:** | Plimack, Michael K. |
| **Subject:** | RE: Inline's "Ownership" Discovery Responses |

John,

To facilitate the meet and confer, we ask that you send us a letter explaining why this discovery needs to go forward now in light of the procedural posture of the case and our pending motion to stay.

Thanks, and best regards,

Carl

**Carl S. Nadler** | Attorney | **HellerEhrman**LLP | 1717 Rhode Island Avenue, NW | Washington, DC 20036
tel: +1.202.912.2575 | fax: +1.202.912.2020 | email: carl.nadler@hellerehrman.com | web: www.hellerehrman.com

-----Original Message-----
**From:** Wyss, John [mailto:JWyss@wrf.com]
**Sent:** Friday, March 24, 2006 10:24 AM
**To:** Nadler, Carl S.
**Subject:** Inline's "Ownership" Discovery Responses

Carl — confirming our telephone conversation this morning, I would like to meet and confer with either you or whoever would be most appropriate regarding Inline's responses to the following discovery requests served by the Verizon defendants:

Interrogatory Nos. 8 and 13;   Document Request Nos. 36, 37, 46, and 57-59.

I recognize that Inline's position regarding these responses may well be the same as set forth in your March 10, 2006 letter to me regarding our related request for all Mercury Communications/Pie Squared related documents.

I look forward to hearing back from you or your designee at your early convenience.  I am available all day for a telephonic conference.

Best regards,

John B. Wyss
Wiley Rein & Fielding LLP
1776 K Street, NW
Washington, DC  20006
Phone:  202.719.7038
Fax:      202.719.7049
Email:   jwyss@wrf.com

# EXHIBIT B

| | |
|---|---|
| **From:** | Wyss, John [JWyss@wrf.com] |
| **Sent:** | Friday, March 24, 2006 2:31 PM |
| **To:** | Nadler, Carl S. |
| **Cc:** | Plimack, Michael K. |
| **Subject:** | RE: Inline's "Ownership" Discovery Responses |

Carl and Mike --

I am advised by local Delaware counsel that Inline's pending motion to stay does not relieve Inline of its obligation to respond to defendants' request to meet and confer regarding the outstanding "ownership" discovery. That discovery goes directly to the threshold issues of standing, jurisdiction and indispensable parties.

Again, I am available anytime this afternoon to meet and confer regarding the specific discovery requests identified in my previous email to Carl this morning. I would appreciate a call from one or both of you at your earliest convenience. Alternatively, please tell me whom I should call to conduct the meet and confer conference.

Thank you for your anticipated prompt response.

John B. Wyss
Wiley Rein & Fielding LLP
1776 K Street, NW
Washington, DC  20006
Phone:  202.719.7038
Fax:     202.719.7049
Email:   jwyss@wrf.com

>   -----Original Message-----
>   **From:** Nadler, Carl S. [mailto:Carl.Nadler@hellerehrman.com]
>   **Sent:** Friday, March 24, 2006 1:55 PM
>   **To:** Wyss, John
>   **Cc:** Plimack, Michael K.
>   **Subject:** RE: Inline's "Ownership" Discovery Responses
>
>   John,
>
>   To facilitate the meet and confer, we ask that you send us a letter explaining why this discovery needs to go forward now in light of the procedural posture of the case and our pending motion to stay.
>
>   Thanks, and best regards,
>
>   Carl
>
>   **Carl S. Nadler** | Attorney | **HellerEhrman**LLP | 1717 Rhode Island Avenue, NW | Washington, DC 20036
>   tel: +1.202.912.2575 | fax: +1.202.912.2020 | email: carl.nadler@hellerehrman.com | web: www.hellerehrman.com
>
>   -----Original Message-----
>   **From:** Wyss, John [mailto:JWyss@wrf.com]
>   **Sent:** Friday, March 24, 2006 10:24 AM

**To:** Nadler, Carl S.
**Subject:** Inline's "Ownership" Discovery Responses

Carl -- confirming our telephone conversation this morning, I would like to meet and confer with either you or whoever would be most appropriate regarding Inline's responses to the following discovery requests served by the Verizon defendants:

Interrogatory Nos. 8 and 13;   Document Request Nos. 36, 37, 46, and 57-59.

I recognize that Inline's position regarding these responses may well be the same as set forth in your March 10, 2006 letter to me regarding our related request for all Mercury Communications/Pie Squared related documents.

I look forward to hearing back from you or your designee at your early convenience.  I am available all day for a telephonic conference.

Best regards,

John B. Wyss
Wiley Rein & Fielding LLP
1776 K Street, NW
Washington, DC  20006
Phone:  202.719.7038
Fax:     202.719.7049
Email:   jwyss@wrf.com

NOTICE: This message (including any attachments) from Wiley Rein & Fielding LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by reply email or by calling our Administrative Office at 202.719.7201. Thank You.

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the email and notify us immediately.