IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Inline Connection Corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>Verizon Internet Services, Inc., et al.,<br><br>      Defendants. | Civil Action No. 05-866 (JJF) |
| Verizon Internet Services, Inc. and<br>Verizon Delaware, Inc.,<br><br>      Counterclaim-Plaintiffs,<br><br>      v.<br><br>Inline Connection Corporation;<br>Broadband Technology Innovations, LLC; and<br>Pie Squared LLC,<br><br>      Counterclaim-Defendants. | Civil Action No. 05-866 (JJF) |

## VERIZON DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Verizon Internet Services, Inc. ("VIS"), GTE.Net LLC d/b/a Verizon Internet Solutions ("GTE.Net"), Verizon Services Corp. ("Verizon Services"), Telesector Resources Group, Inc. ("TRG"), Verizon Corporate Services Group Inc. ("Verizon Corporate Services"), Verizon Advanced Data Inc. ("Verizon Advanced Data"), Verizon Avenue Corp. ("Verizon Avenue"), Verizon Delaware, Inc. ("Verizon Delaware") and GTE Southwest, Inc. ("Verizon Southwest") state:[1]

---

[1] This Disclosure Statement is being submitted on behalf of all the Verizon Defendants not severed in connection with the December 5, 2005 transfer to this Court by the District Court for the Eastern District of Virginia, Norfolk Division.

1

1. VIS is a wholly-owned subsidiary of Bell Atlantic Entertainment and Information Services Group, Inc. Verizon Communications Inc. ("VCI"), a publicly held corporation, wholly owns Verizon Investments Inc., which wholly owns Bell Atlantic Investment Development Corporation, which wholly owns Bell Atlantic Entertainment and Information Services Group, Inc.

2. GTE.Net is a wholly-owned subsidiary of Verizon Technology Corp., which is wholly owned by GTE Corporation. VCI is directly the majority shareholder of GTE Corporation and, through its wholly-owned subsidiary, NYNEX Corporation, indirectly owns the balance of the stock of GTE Corporation.

3. Verizon Services is a wholly-owned subsidiary of VCI, a publicly held corporation.

4. TRG (d/b/a Verizon Services Group) is an indirectly wholly owned subsidiary of VCI. TRG is 50% owned by Verizon New York Inc. (a New York corporation) and 50% owned by Verizon New England Inc. (a New York corporation), both of which are wholly owned by NYNEX Corporation which is wholly owned by VCI, a publicly held corporation.

5. Verizon Corporate Services is a wholly owned subsidiary of GTE Corporation. VCI is directly the majority shareholder of GTE Corporation and, through its wholly-owned subsidiary, NYNEX Corporation, indirectly owns the balance of the stock of GTE Corporation.

6. Verizon Advanced Data is a wholly-owned subsidiary of VCI, a publicly held corporation.

7. Verizon Avenue is a wholly-owned subsidiary of Verizon Investments Inc. VCI, a publicly held corporation, wholly owns Verizon Investments Inc.

8. Verizon Delaware is a wholly owned subsidiary of VCI, a publicly held company.

9.     Verizon Southwest is a wholly owned subsidiary of GTE Corporation. VCI is directly the majority shareholder of GTE Corporation and, through its wholly-owned subsidiary, NYNEX Corporation, indirectly owns the balance of the stock of GTE Corporation.

Respectfully submitted,

OF COUNSEL:

John B. Wyss
Kevin P. Anderson
Robert J. Scheffel
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC 20006
Telephone: 202.719.7000
Facsimile: 202.719.7049

Dated: April 7, 2006

By: /s/ Jeffrey B. Bove
    Jeffrey B. Bove (#998)
    jbove@cblh.com
    Kevin M. Baird (#4219)
    CONNOLLY BOVE LODGE & HUTZ LLP
    The Nemours Building
    1007 North Orange Street, Suite 878
    Wilmington, DE 19801
    Telephone: 302.658.9141
    Facsimile: 302.658.5614

*Counsel for Verizon Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of April, 2006 a true copy of the *Verizon Defendants' Disclosure Statement* was sent to plaintiff's counsel, in the manner indicated, upon:

Michael K. Plimack, Esq.       (Served electronically and by overnight delivery)
Alexander L. Brainerd, Esq.
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Alexander.Brainerd@hellerehrman.com
Michael.Plimack@hellerehrman.com


C. Joël Van Over, Esq.         (Served electronically and by overnight delivery)
BINGHAM MCCUTCHEN LLP
3000 K Street, NW, Suite 300
Washington, DC 20007-5116
joel.vanover@bingham.com

Julia Heaney, Esq.             (Served electronically and by hand delivery)
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347
jheaney@mnat.com


                                               By: /s/ Jeffrey B. Bove
                                                     Jeffrey B. Bove (#998)