IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-866-JJF |
| VERIZON INTERNET SERVICES, INC., et al., | : |
| Defendants. | : |

### ORDER

WHEREAS, the instant action was transferred to this Court on December 14, 2005;

WHEREAS, prior to the transfer, Plaintiff filed a Motion To Compel Responses To Inline's First Sets Of Requests For Production And Interrogatories (D.I. 65);

WHEREAS, since the transfer, Notices Of Service have been filed regarding several discovery requests;

WHEREAS, the Court granted in part Plaintiff's Motion To Stay but permitted Defendants to proceed with discovery as to their unenforceability and invalidity defenses (D.I. 92);

WHEREAS, the Motion To Compel may no longer be relevant or necessary;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff Inline Connection Corporation's Motion To Compel Responses To Inline's First Sets Of Requests For Production And Interrogatories (D.I. 65) is **DENIED WITH LEAVE TO RENEW**.

2.  If Plaintiff renews the Motion, Plaintiff shall submit a supplemental brief identifying the relevant issues in light of the Court's Order on the Motion To Stay.

April 24, 2006

                                                    UNITED STATES DISTRICT JUDGE