UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORP.,<br><br>                         Plaintiff,<br><br>v.<br><br>VERIZON INTERNET SERVICES,<br> INC., et al.,<br><br>                         Defendants. | C.A. No. 05-866 (JJF) |

**STIPULATION AND ORDER TO EXTEND TIME**
**FOR RESPONDING TO COUNTERCLAIM**

       IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for Counterclaim-Defendants Inline Connection Corp., Broadband Technology Innovations, LLC., and Pie Squared LLC to reply, move or otherwise respond to the counterclaims of Verizon Internet Services, Inc. and Verizon Delaware Inc. shall be extended to May 4, 2006.

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Kevin M. Baird | /s/ Julia Heaney |
| Jeffrey B. Bove (#998) | Mary B. Graham (#2256) |
| Kevin M. Baird (#4219) | Julia Heaney (#3052) |
| The Nemours Building | 1201 N. Market Street |
| 1007 N. Orange Street | P.O. Box 1347 |
| Wilmington, DE  19899 | Wilmington, DE  19899-1347 |
| (302) 658-9141 | (302) 658-9200 |
| jbove@cblh.com | mgraham@mnat.com |
| kbaird@cblh.com | jheaney@mnat.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff and Counterclaim-Defendants* |

April 25, 2006

                                        SO ORDERED this _____ day of April, 2006.

                                        _____
                                        United States District Court Judge