IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-866-JJF |
| VERIZON INTERNET SERVICES, INC., et al., | : |
| Defendants. | : |

### ERRATA ORDER

WHEREAS, the Court's April 24, 2006 Order on Plaintiff's Motion To Compel Defendant Operating Telephone Companies' Production Of Documents states "Plaintiff's Motion To Dismiss For Lack Of Personal Jurisdiction (D.I. 63) is **DENIED AS MOOT**" (D.I. 96);

WHEREAS, the Order should have stated "Plaintiff's Motion To Compel Defendant Operating Telephone Companies' Production Of Documents (D.I. 63) is **DENIED AS MOOT**";

NOW THEREFORE, IT IS HEREBY ORDERED that the Court's April 24, 2006 Order on Plaintiff's Motion To Compel Defendant Operating Telephone Companies' Production Of Documents (D.I. 96) is amended to read "Plaintiff's Motion To Compel Defendant Operating Telephone Companies' Production Of Documents (D.I. 63) is **DENIED AS MOOT**."

April 28, 2006

_____
UNITED STATES DISTRICT JUDGE