EXHIBIT E

US006970537B2

(12) **United States Patent**  
Goodman

(10) Patent No.:     **US 6,970,537 B2**  
(45) Date of Patent:     *Nov. 29, 2005

(54) **VIDEO TRANSMISSION AND CONTROL SYSTEM UTILIZING INTERNAL TELEPHONE LINES**

(75) Inventor: **David D. Goodman**, Arlington, VA (US)

(73) Assignee: **Inline Connection Corporation**, WA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/863,061**

(22) Filed: **May 22, 2001**

(65) **Prior Publication Data**

US 2002/0071531 A1   Jun. 13, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/292,895, filed on Apr. 16, 1999, now Pat. No. 6,236,718, which is a continuation of application No. 08/819,120, filed on Mar. 17, 1997, now Pat. No. 5,949,473, which is a continuation of application No. 08/431,270, filed on Apr. 28, 1995, now abandoned, which is a continuation of application No. 08/181,562, filed on Jan. 13, 1994, now abandoned, which is a continuation of application No. 08/062,148, filed on May 14, 1993, now abandoned, which is a continuation of application No. 07/688,864, filed on Apr. 19, 1991, now abandoned, which is a continuation of application No. 07/379,751, filed on Jul. 14, 1989, now Pat. No. 5,010,399.

(51) Int. Cl.[7] .............................................. **H04M 11/00**
(52) U.S. Cl. .............................. **379/90.01**; 379/102.03; 379/93.01
(58) **Field of Search** ........................... 379/90.01, 93.01, 379/93.05–93.08, 93.15, 93.26, 93.28, 93.37, 110.01, 102.01–102.03; 348/14.01–14.05, 734; 359/142, 145–148

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,568,342 A | 9/1951 | Koehler et al. |
| 3,406,344 A | 10/1968 | Hopper et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 0 062 442 | 10/1982 |
| GB | 2 166322 | 4/1986 |

(Continued)

OTHER PUBLICATIONS

Craig Valenti, "Study of the Feasibility and Advisibility of Digital Subscriber Lines Operating At Rates Substantially in Excess of the Basic Access Rate", T1E1.4/91–115, Aug. 26, 1991 (4 pages).

(Continued)

*Primary Examiner*—Wing Fu Chan  
(74) *Attorney, Agent, or Firm*—Staas & Halsey LLP

(57) **ABSTRACT**

A video transmission system for facilitating transmission of video and control signals, particularly infrared remote control signals, between different locations in a residence using existing telephone wiring. Simultaneous transmission of signals of both types over active telephone lines is possible without interference with telephone communications. Transmission succeeds without requiring special treatement of the video signals beyond RF conversion, despite signal attenuation inherent in transmission over the telephone line media. Two or more video sources may be tied into the system, and selected as desired. Remote control signals generated in one room may be utilized without requiring a clear line of sight between the remote control device and the receiver.

**41 Claims, 8 Drawing Sheets**



U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor |
|---|---|---|---|
| 3,511,936 | A | 5/1970 | Saltzberg |
| 3,512,160 | A | 5/1970 | Meeker |
| 3,529,088 | A | 9/1970 | Hauer |
| 3,651,471 | A | 3/1972 | Haselwood et al. |
| 3,699,443 | A | 10/1972 | Weger |
| 3,723,653 | A | 3/1973 | Tatsuzawa |
| 3,757,225 | A | 9/1973 | Ulicki |
| 3,774,114 | A | 11/1973 | Dahlgren |
| 3,800,090 | A | 3/1974 | Matena |
| 3,838,444 | A | 9/1974 | Loughlin et al. |
| 3,872,253 | A | 3/1975 | Jurschak |
| 3,873,771 | A | 3/1975 | Kleinerman et al. |
| 3,894,190 | A | 7/1975 | Gassmann |
| 3,911,204 | A | 10/1975 | Spinelli |
| 3,922,490 | A | 11/1975 | Pettis |
| 3,922,492 | A | 11/1975 | Lumsden |
| 3,937,889 | A | 2/1976 | Bell, III et al. |
| 3,968,327 | A | 7/1976 | Gregg, III |
| 3,974,337 | A | 8/1976 | Tatsuzawa |
| 3,992,589 | A | 11/1976 | Kuegler |
| 4,008,369 | A | 2/1977 | Theurer et al. |
| 4,019,142 | A | 4/1977 | Wycoff |
| 4,025,851 | A | 5/1977 | Hasselwood et al. |
| 4,035,838 | A | 7/1977 | Bassani et al. |
| 4,040,088 | A | 8/1977 | Hannan |
| 4,054,910 | A | 10/1977 | Chou et al. |
| 4,055,729 | A | 10/1977 | Vandling |
| 4,122,304 | A | 10/1978 | Mallien, II |
| 4,123,710 | A | 10/1978 | Stuart et al. |
| 4,130,840 | A | 12/1978 | Vandling |
| 4,163,254 | A | 7/1979 | Block et al. |
| 4,171,467 | A | 10/1979 | Evenchik |
| 4,197,497 | A | 4/1980 | Phelps |
| 4,206,320 | A | 6/1980 | Keasler et al. |
| 4,238,849 | A | 12/1980 | Gassmann |
| 4,302,629 | A | 11/1981 | Foulkes et al. |
| 4,306,116 | A | 12/1981 | McClure et al. |
| 4,328,579 | A | 5/1982 | Hashimoto et al. |
| 4,332,980 | A | 6/1982 | Reynolds et al. |
| 4,337,376 | A | 6/1982 | Gruenberg |
| 4,338,492 | A | 7/1982 | Snopko |
| 4,349,701 | A | 9/1982 | Snopko |
| 4,354,263 | A | 10/1982 | Bordry et al. |
| 4,356,509 | A | 10/1982 | Skerlos et al. |
| 4,367,557 | A | 1/1983 | Stern et al. |
| 4,378,470 | A | 3/1983 | Murto et al. |
| 4,388,489 | A | 6/1983 | Wigan et al. |
| 4,393,277 | A | 7/1983 | Besen et al. |
| 4,393,508 | A | 7/1983 | Boudault |
| 4,396,801 | A | 8/1983 | Edson et al. |
| 4,411,007 | A | 10/1983 | Rodman et al. |
| 4,418,249 | A | 11/1983 | Birth |
| 4,425,578 | A | 1/1984 | Haselwood et al. |
| 4,425,642 | A | 1/1984 | Moses et al. |
| 4,427,974 | A | 1/1984 | Sheahan |
| 4,433,212 | A | 2/1984 | Moses et al. |
| 4,441,180 | A | 4/1984 | Schussler |
| 4,442,320 | A | 4/1984 | James et al. |
| 4,443,662 | A | 4/1984 | Nakhla |
| 4,445,213 | A | 4/1984 | Baugh et al. |
| 4,446,458 | A | 5/1984 | Cook |
| 4,449,218 | A | 5/1984 | Strehl |
| 4,456,925 | A | 6/1984 | Skerios et al. |
| 4,456,985 | A | 6/1984 | Carsten et al. |
| 4,456,986 | A | 6/1984 | Carsten et al. |
| 4,467,355 | A | 8/1984 | Matsuda |
| 4,484,218 | A | 11/1984 | Boland et al. |
| 4,485,400 | A | 11/1984 | Lemelson et al. |
| 4,493,948 | A | 1/1985 | Sues et al. |
| 4,500,751 | A | 2/1985 | Darland et al. |
| 4,506,387 | A | 3/1985 | Walter |
| 4,509,211 | A | 4/1985 | Robbins |
| 4,521,881 | A | 6/1985 | Stapleford et al. |
| 4,528,422 | A | 7/1985 | Cupani |
| 4,528,423 | A | 7/1985 | James et al. |
| 4,546,212 | A | 10/1985 | Crowder, Sr. |
| 4,561,020 | A | 12/1985 | Matsuda |
| 4,564,940 | A | 1/1986 | Yahata |
| 4,577,311 | A | 3/1986 | Duquesne et al. |
| 4,577,314 | A | 3/1986 | Chu et al. |
| 4,578,535 | A | 3/1986 | Simmons |
| 4,578,540 | A | 3/1986 | Borg et al. |
| 4,580,291 | A | 4/1986 | ab der Halden |
| 4,597,077 | A | 6/1986 | Nelson et al. |
| 4,604,741 | A | 8/1986 | Barsellotti |
| 4,608,686 | A | 8/1986 | Barsellotti |
| 4,644,526 | A | 2/1987 | Wu |
| 4,646,289 | A | 2/1987 | Tsiakas et al. |
| 4,646,296 | A | 2/1987 | Bartholet et al. |
| 4,649,551 | A | 3/1987 | Sander et al. |
| 4,665,516 | A | 5/1987 | Middleton et al. |
| 4,670,870 | A | 6/1987 | Hewinson |
| 4,670,874 | A | 6/1987 | Sato et al. |
| 4,672,602 | A | 6/1987 | Hargrave et al. |
| 4,672,605 | A | 6/1987 | Hustig et al. |
| 4,675,863 | A | 6/1987 | Paneth et al. |
| 4,679,227 | A | 7/1987 | Hughes-Hartogs |
| 4,709,412 | A | 11/1987 | Seymour et al. |
| 4,731,816 | A | 3/1988 | Hughes-Hartogs |
| 4,754,326 | A | 6/1988 | Kram et al. |
| 4,757,495 | A | 7/1988 | Decker |
| 4,757,497 | A | 7/1988 | Beierle |
| 4,764,922 | A | 8/1988 | Dieter et al. |
| 4,766,402 | A | 8/1988 | Crane |
| 4,768,110 | A | 8/1988 | Dunlap et al. |
| 4,768,206 | A | 8/1988 | Van Gerwen |
| 4,772,870 | A | 9/1988 | Reyes |
| 4,776,006 | A | 10/1988 | Comerford et al. |
| 4,780,757 | A | 10/1988 | Bryer et al. |
| 4,780,758 | A | 10/1988 | Lin et al. |
| 4,785,448 | A | 11/1988 | Reichert et al. |
| 4,785,472 | A | 11/1988 | Shapiro |
| 4,789,895 | A | 12/1988 | Mustafa et al. |
| 4,789,994 | A | 12/1988 | Randall et al. |
| 4,799,213 | A | 1/1989 | Fitzgerald |
| 4,807,225 | A | 2/1989 | Fitch |
| 4,817,089 | A | 3/1989 | Paneth et al. |
| 4,825,435 | A | 4/1989 | Amundsen |
| 4,829,570 | A | 5/1989 | Schotz |
| 4,833,706 | A | 5/1989 | Hughes-Hartogs |
| 4,837,799 | A | 6/1989 | Prohs et al. |
| 4,839,743 | A | 6/1989 | Best et al. |
| 4,849,811 | A | 7/1989 | Kleinerman |
| 4,882,747 | A | 11/1989 | Williams |
| 4,885,747 | A | 12/1989 | Foglia |
| 4,885,766 | A | 12/1989 | Yasuoka et al. |
| 4,885,803 | A | 12/1989 | Hermann et al. |
| 4,888,795 | A | 12/1989 | Ando et al. |
| 4,890,316 | A | 12/1989 | Walsh et al. |
| 4,893,326 | A | 1/1990 | Duran et al. |
| 4,901,342 | A | 2/1990 | Jones |
| 4,907,260 | A | 3/1990 | Prohs et al. |
| 4,912,705 | A | 3/1990 | Paneth et al. |
| 4,918,688 | A | 4/1990 | Krause et al. |
| 4,924,492 | A | 5/1990 | Gitlin |
| 4,932,022 | A | 6/1990 | Keeney et al. |
| 4,932,047 | A | 6/1990 | Emmons et al. |
| 4,945,404 | A | 7/1990 | Miller |
| 4,947,483 | A | 8/1990 | Dirr |
| 4,949,187 | A | 8/1990 | Cohen |
| 4,953,160 | A | 8/1990 | Gupta |

| | | |
|---|---|---|
| 4,954,886 A | 9/1990 | Elberbaum |
| 4,955,048 A | 9/1990 | Iwamura et al. |
| 4,969,136 A | 11/1990 | Chamberlin et al. |
| 4,975,896 A | 12/1990 | D'Agosto, III, et al. |
| 4,975,906 A | 12/1990 | Takiyasu et al. |
| 4,979,028 A | 12/1990 | Minematsu et al. |
| 4,985,892 A | 1/1991 | Camarata |
| 4,989,081 A | 1/1991 | Miyagawa et al. |
| 5,003,579 A | 3/1991 | Jones |
| 5,010,399 A | 4/1991 | Goodman et al. |
| 5,025,443 A | 6/1991 | Gupta |
| 5,036,513 A | 7/1991 | Greenblatt |
| 5,051,822 A | 9/1991 | Rhoades |
| 5,089,886 A | 2/1992 | Grandmougin |
| 5,095,497 A | 3/1992 | Aman |
| 5,247,347 A | 9/1993 | Litteral |
| 5,283,637 A | 2/1994 | Goolcharan |
| 5,929,896 A | 7/1999 | Goodman |
| 5,930,340 A | 7/1999 | Bell |
| 5,949,476 A | 9/1999 | Goodman |
| 6,069,899 A | 5/2000 | Foley |
| 6,115,755 A | 9/2000 | Krishan |
| 6,185,284 B1 | 2/2001 | Goodman |
| 6,236,718 B1 * | 5/2001 | Goodman ............. 379/90.01 |
| 6,430,199 B1 | 8/2002 | Kerpez |
| 6,678,721 B1 | 1/2004 | Bell |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2 166328 | 4/1986 |
| JP | 1-27358 | 1/1989 |
| WO | WO 88/05979 | 8/1988 |
| WO | WO9107018 | 5/1991 |
| WO | WO9854856 | 12/1998 |
| WO | WO9912330 | 3/1999 |

OTHER PUBLICATIONS

Hoffman, "Cable, Television, and the Consumer Electronic Bus," The Int'l T.V. Symposium–Montreux, Switzerland, pp. 165–172, 1987.
Nichols, "Build a Pair of Line–Carrier Modems," pp. 87–91, 1988.
Olshanksky, "A full service network for the copper plant," Telephony, pp. 52–60, 1985.
Sheets and Graf, "Build This Carrier Current Audio Transmitter," Radio Electronics, pp. 55–54, 1989.
Sheets and Graf, "Build this Carrier Current Receiver," Radio Electronics, pp. 54–94, 1989.
"TeleConcepts. . . Introduces the 'Just Plug It In' Intercom System," TeleConcepts Brochure, Newington, CT, 2 pp, undated.
"Remote Extender Owner's Manual", Windmaster Manufacturing brochure, DeFuniak Springs, FL, 7 pp., undated.
"Model 4000 Series," Lightwave Systems, Inc., brochure, 6 pp., undated.
"IBM races to the desktop," 1 pp., undated.
"Video Transmission System—Send video over ordinary wire—no coax required," Javelin brochure, 2 pp., undated.
TeleVideo brochure, 2 pp., undated.
Advertisement for a MasterMind universal remote control device, 1989.
"Instant Network Rides on Phone Lines," Electronic Design, 1987.
Design and Engineering Exhibition listing.
Johnson, "Videohub Cuts Costs, Opens Options".
Nichols, "Build a Pair of Line–Carrier Modems".
Propp et al. "The AC Powerline as a Communications Medium for DAC Applications".
Schwartz, "Commtek Intro Video Over UTP".
"Commtek Corporation Announces First Commercially Available Transmission of Real–Time Video and Voice on Unshielded Twisted Pair Telephone Lines," News Release, Commtek Corp., 4 pages, 1992.
Commtek Corporation news release, 1992.
O. Agazzi, et al., "Large–Scale Integration of Hybrid–Method Digital Subscriber Loops," *IEEE Transactions on Communications*, vol. COM–30, No. 9, Sep. 1982, pp. 2095–2108.
S. V. Ahamed, et al., "A Tutorial on Two–Wire Digital Transmission in the Loop Plant, " *IEEE Transactions on Communications*, vol. COM–29, No. 11, Nov. 1991, pp. 1554–1564.
J. Alves, "Data Over Voice—A Low Cost LAN Alternative," *Communications Show and Conference*, MECOM 87, 13–15, Jan.
S. B. Andrews, "The Generic Digital Channel Concept," *IEEE International Conference on Communications*, 1985, Jun. 23–26 1985, Chicago, IL, pp. 7.1.1–7.1.3.
E. Arnon, et al., "Customer Access System Design," *IEEE International Conference on Communications*, Sep. 1982, vol. COM–30, No. 9, pp. 2143–2149.
A. Artom, et al., "The Possible Use of Customer Loop for New Services During the Transition from Analogue to Digital," *CSELT Rapporti Tecnici*, vol. VIII, No. 4, Dec. 1980, pp. 215–220.
A. Artom, et al., "Medium–Term Prospects for New Services to the Telephone Customers," *CSELT Rapporti Tecnici*, vol. IX, Supplemento AI No. 4, Aug. 1981, pp. 345–351.
G.W. Beene, "Design Considerations for A CO–Powered Distributed–Drop PCM Station Carrier," *IEEE Transactions on Communications*, vol. COM–30, No. 9, Sep. 1982, pp. 2022–2028.
L. Bella, et al., "A Medium Term Network Architecture for New Services: Problems and Experimental Results," *CSELT Rapporti Tecnici*, vol. 10, No. 1, Feb. 1982, pp. 25–29.
A. Bienz, "1+1=1—Oder das Telefonnetz als Datennetz," *Sysdata*, vol. 16, No. , Aug. 28, 1985, pp. 41–42.
A. Brosio, et al., "A Comparison of Digital Subscriber Line Transmission Systems Employing Different Line Codes," *IEEE Transactions on Communications*, vol. COM–29, No. 11, Nov. 1981, pp. 1581–1588.
T. P. Byrne, et al., "Positioning the Subscriber Loop Network for Digital Services," *IEEE Transactions on Communications*, vol. COM–30, No. 9, Sep. 1982, pp. 2006–2011.
R. G. Cornell, et al., "Progress Towards Digital Subscriber Line Services and Signaling," *IEEE Transactions on Communications*, vol. COM–29, No. 11, Nov. 1981, pp. 1589–1594.
S. Davis, "Integrating Voice and Data: A Marriage of Convenience," *Today's Office*, vol. 24, No. 9, Feb. 1990, pp. 28, 30.
M. Devault, et al., "Resaux Domestiques et Terminaux Audiovisuels Numeriques," *L'Echo des Recherches*, No. 126, 1986, pp. 37–46.
M. Decina, "Progress Towards User Access Arrangements in Integrated Services Digital Networks," *IEEE Transactions on Communications*, vol. COM–30, No. 9, Sep. 1982, pp. 2117–2130.
H. Fuchs, et al., "Providing Full Duplex Transmission Over Two–Wire Subscriber Loops," *Telephony*, vol. 208, No. 11, Mar. 18 1985, pp. 76, 77, 78 and 84.

H. Fukagawa, et al., "Bus Wiring System for Residences," *Matsushita Electric Works Technical Report*, No. 36, Feb. 1988, pp. 31–35.

D. Glick, et al., "Providing Telco Customers Continuous Data Services," *Telephony*, vol. 205, No. 22, Nov. 1983, pp. 46, 50, 51, 54.

J. M. Griffiths, "ISDN Network Terminating Equipment," *IEEE Transactions on Communications*, vol. COM–30, No. 9, Sep. 1982, pp. 2137–2142.

M. Hofferber, "The Desktop Options for Integrating Voice and Data," *The Office*, vol. 107, No. 2, Feb. 1988, pp. 71–73.

J. B. Hughes, et al., "A Receiver IC for a 1+1 Digital Subscriber Loop," IEEE Journal of Solid State Circuitry, vol. S.C. 20, No. 3, Jun. 1985 (pp. 671–678).

M. Inoue, et al., "The MELON Home Automation Housekeeping System," *Mitsubishi Denki Giho*, vol. 63, No. 2, 1989, pp. 36–41.

M. Ise, et al., "Sharp Home Bus System," *Sharp Technical Journal*, No. 29, 1984, pp. 49–55.

R. Jelski, "Subscriber Subcarrier System—A New Life," *Communications International*, vol. 4, No. 5, May 1977, pp. 29–30.

A. J. Karia, et al., "A Digital Subscriber Carrier System for the Evolving Subscriber Loop Network," *IEEE Transactions on Communications*, vol. COM–30, No. 9, Sep. 1982, pp. 2012, 2014, 2015.

J. W. Lechleider, "Loop Transmission Aspect of ISDN Basic Access," *IEEE Journal on Selected Areas in Communications*, vol. SAC–4, No. 8, Nov. 1986, pp. 1294–1301.

H. S. Liu, et al., "A Working Research Prototype of an ISDN Central Office," *IEEE Journal of Selected Areas in Communications*, vol. SAC–4, No. 8, Nov. 1986, pp. 1241–1250.

T. Masuda, et al., "2–Wire Video Intercom System with Telephone," *National Technical Report*, vol. 37, No. 6, Dec. 1991, pp. 74–80.

T. Matthews, "Telecomm System is Nerve Center," *Infosystems*, vol. 31, No. 5, May 1984, pp. 68–69.

J. C. McDonald, "A Proactive ISDN Implementation Strategy," *IEEE Journal of Selected Areas in Communications*, vol. SAC–4, No. 8, Nov. 1986, pp. 1218–1221.

F. Melindo, et al., "Network and System Architecture: The Integrated Approach to ISDN in the UT Line," *IEEE Journal on Selected Areas in Communications*, vol. SAC–4, No. 8, Nov. 1986, pp. 1251–1256.

J. K. Merrow, "A New Approach to Integrating Local Area Data and Voice Transmission," *Telephony*, vol. 250, No. 17, Oct. 1983, 2 pages.

H. Morgan, "Two–Wire Full–Duplex Modem Simplifies Voice and Data Networking," *Mini–Micro Systems*, vol. 17, No. 3, Mar. 1984, 4 pages.

R. Murakoshi., "Home Automation," *Journal of the Society of Instrument and Control Engineers*, vol. 23, No. 11, Nov. 1984, pp. 955–958.

R.D. Nash, et al., "Simultaneous Transmission of Speech and Data Over an Analog Telephone Channel," *GLOBECOM '85. IEEE Global Telecommunications Conference. Conference Record. Communication Technology to Provide New Services*, Dec. 25, 1985, New Orleans, Louisiana, pp. 4.2.1–4.2.4.

H. Ogiwara, et al., Design Philosophy and Hardware Implementation for Digital Subscriber Loops, *IEEE Transactions on Communications*, vol. COM–30, No. 9, Spe. 1982, pp. 2057–2065.

J. L. Pernin, "Related Evolution of Subscriber Loop Plant and Residential Data Transmission Needs," *Intelcon 79 Exposition Proceedings*, Feb. 26—Mar. 2, 1979, Dallas, Texas, pp. 596–599.

H. Shimizu, et al., "An Integrated Voice/Data Terminal with Simple Synchronization Circuits Using an 80 kbit/s Ping–Pong Method," *IEEE Transactions on Communications*, vol. COM–30, No. 9, Sep. 1982, pp. 2109–2116.

T. Soejima, et al., "Experimental Bidirectional Subscriber Loop Transmission System," *IEEE Transactions on Communications*, vol. COM–30, No. 9, Sep. 1982, pp. 2066–2073.

R. A. Tatum, "Project Victoria—the 7–in–1 Solution," *Telephone Engineer and Management*, vol. 90, No. 1, Jan. 1, 1986, pp. 47, 50.

A. Teshima, et al., "Still Video Telecommunication Over the Analog Telephone Network," *Journal of the Institute of Television Engineers of Japan*, vol. 42, No. 11, Nov. 1988, pp. 1162–1167.

S.R. Treves, et al., "Text, Image and Data Integration in a Distributed Control Digital Voice Switching System," *International Switching Symposium—ISS '81 CIC*, Sep. 21–25, 1981, Montreal, Quebec, Canada, pp. 1–7.

T. Tsuda, et al., "Experimental In–House Multiservice Communication System," *Fujitsu Scientific and Technical Journal*, vol. 16, No. 3, Sep. 1980, pp. 29–45.

S. Tsuruta, "Home Media Bus: An Integrated Network for Home Information Systems," *1984 IEEE International Conference on Consumer Electronics. Digest of Technical Papers*, Jun. 6–8, 1984, Rosemont, Illinois, 2 pp.

K. Urui, "Integrated Voice/Data Digital EPBX," *Toshiba Review*, No. 150, winter 1984, pp. 30–33.

R. A. Valenzuela, "The Design of a Full Duplex 88 KBPS Echo–Cancelling Data Over Voice System for the Subscriber Loop," *Digital Signal Process—84. Proceedings of the International Conference*, Sep. 5–8, 1984, Florence, Italy, pp. 565–569.

A. F. van den Berg, et al., "Principles van de Modem: Technieken en Specificaties," *Elektronica*, vol. 32, No. 5, Mar. 9, 1984, pp. 11, 13, 15, 17, 19 and 21.

M. G. Vry, et al., "Digital 1+1 Systems for Local Network enhancement," *Conference on Communications Equipment and Systems*, Apr. 20–22, 1982, Birmingham, United Kingdom, pp. 61–64.

M. G. Vry, et al., "The Design of a 1+1 System for Digital Signal Transmission to the Subscriber," *NTG–Bachberichte*, vol. 73, 1980, pp. 36–40.

K. W. Waber, "Considerations on Customer Access to the ISDN," *IEEE Transactions on Communications*, vol. COM–30, No. 9, Sep. 1982, pp. 2131–2136.

J. A. Webb, "A New Concept in Data–Above–Voice (DAV)", *PTC '86: Evolutions of the Digital Pacific. Telecommunications—Asia, Americas, Pacific: PTC'86 Proceedings*, Jan. 12–15, 1986, Honolulu, Hawaii, pp. 260–265.

K. Yamamoto, "A Home Terminal System Using the Home Area Information Network," *IEEE Transactions on Consumer Electronics*, vol. CE–30, No. 4, Nov., 1984, pp. 608–616.

_, "Centrex LAN Can Provide Advanced Network Capabilities over the Existing Telephone Wires," *Communications News*, vol. 25, No. 6, Jun. 1988, p. 27.

_, "Data Over Voice is Solution for Corporate Network," *Telephone Engineer and Management*, vol. 91, No. 9, May 1, 1987, pp. 67–69.

_, "Data Carrier System Allows Simultaneous Voice/Data Transmission for PABX Telephone Systems," *Computer Design*, vol. 21, No. 5, May 1982, pp. 68, 70.

_, "Computerized Telephone System Integrates Voice and Data Switching," *Computer Design*, vol. 20, No. 4, Apr. 1981, 6 pages.

_, "AT&T's Systemax Premises Distribution System Solves Networking Problems," *Fiber Optics Magazine*, vol. 12, No. 4, Jul.–Aug. 1990, pp. 14–16.

M.M. Anderson, "Video Services on Copper," *Conference: ICC 91, International Conference on Communications Conference Record*, Jun. 2–26, 1991, Denver, CO, pp. 302–306.

M. Bastian, "Voice–Data Integration: An Architecture Perspective," *IEEE Communications Magazine*, vol. 24, No. 7, Jul. 1986, pp. 8–12.

M. Boubekker, "Bandwidth Reduction for the Transmission of Sign Language Over Telephone Lines," *Proceedings of the SPIE–The International Society for Optical Engineering*, vol. 1001, Pt. 1, 1988, pp. 223–230.

S. Bramblett, "Connect Terminals to Your CPU Over PBX Telephone Lines," *EDN*, vol. 31, No. 5, Mar. 6, 1986, pp. 239–243, 245, 246 248.

G. D. Carse, "New and Future Technologies in the Local Telephone Network: The Victoria System," *Conference: IEEE International Conference on Communications '86, ICC '86: Integrating the World Through Communications Conference Record*, Jun. 22–25, 1986, Toronto, Ontario, Canada, pp. 410–412.

C. Dougligeris, et al., "Communications and Control for a Home Automation System," *Conference: IEEE Proceedings of the Southeastcon '91*, vol. 1, pp. 171–175.

D.G.J. Fanshawe, "Architures for Home Systems," *Conference: IEEE Colloquium on Home Systems—Information, Entertainment and Control*, Oct. 1, 1990, London, United Kingdom, pp. 3/1–3/3.

D.G.J. Fanshawe, et al., "IHS Protocols Support New Features on the Home Network," *Conference: IEEE 1989 International Conference on Consumer Electronics, Digest of Technical papers, ICCE*, Jun. 6–9, 1989, Rosemont, IL, 1 p.

N.C. Hightower, "Integrated Voice, Data and Video in the Local Loop," *IEEE 1986*, pp. 915–919.

M. Inoue, et al., "A Home Automation System," *IEEE Transactions on Consumer Electronics*, vol. CE–31, No. 3, Aug. 1985, pp. 516–527.

J. W. Lechleider, "Study of the Feasibility and Advisability of Digital Subscriber Lines Operating at Rates Substantially in Excess of the Basic Access Rate," *T1E1.4 Technical Subcommittee* (T1E1.4/89–070), 1 p.

D. Mandrino, et al., "Equipment for Simultaneous Transmission of Speech and Telegraph Signals," *Elektrotehniski Vestnik*, vol. 40, No. 8–10, Aug.—Oct. 1973, pp. 234–239.

S. Motoyama, et al., "A Subscriber Loop Multiplexing System for Integrated Service Digital Newtorks," *Conference: NTC '81, IEEE 1981 National Telecommunications Conference, Innovative Telecommunications—Key to the Future*, Nov. 29—Dec. 3, 1981, New Orleans, Louisiana, pp. D5.1.1–D5.1.5.

G. Neumann, Flexible and Cost–Minimising System Concept (Ericsson Digital PABX MD 110), *NET Nechrichten Elektronik—Telematik*, Special Issue, Mar. 1988, p. 11, 12, 14, 15.

H. Nishi, et al., "Control of a Star/Bus Key Telephone System," *NTT R & D*, vol. 39, No. 8, 1990, pp. 122, 1222, 1224–1228.

A. Pietrasik, et al., "Subscriber Carrier Telephony System 1+1," *Wiadomosci Telekomunikacyjne*, vol. 17, No. 7–8, Jul.–Aug. 1977, pp. 183–198.

V. Punj, "Broadband Applications and Services of Public Switched Networks," *IEEE Transactions on Consumer Electronics*, vol. 35, No. 2, May 1989, pp. 106–112.

T. Sodeyama, et al., "Intelligent House," *Journal of the Institute of Electronics, Information and Communication Engineers*, vol. 72, No. 9, Spe. 1989, pp. 1024–1026.

H. Tanaka, et al., "Telecontrol System VJ–501," *National Technical Report*, vol. 32, No. 6, Dec. 1986, pp. 809–817.

C. Valenti, "Study of the Feasibility and Advisability of Digital Subscriber Lines Operating at Rates Substantially in Excess of the Basic Access Rate," *T1E1.r Technical Subcommitte* (T1E1.4/91–115), pp. 2 and 4.

D. L. Waring, "The Asymmetrical Digital Subscriber Line (ADSL): A New Transport Technology for Delivering Wideband Capabilities ot the Residence," *Globecom '91, IEEE*, pp. 1979–1986.

K. Yamamoto, et al., "New Home Telephone System Using Japanese Home Bus System Standard," *IEEE Transactions on Consumer Electronics*, vol. 35, No. 3, Aug. 1989, pp. 687–697.

T. Yamazaki, et al., "Home Appliance Technologies," *NEC Research and Development*, No. 96, Mar. 1990, pp. 292–299.

_, "CEBus: US Households are Being Networked," *Funkschau*, No. 9, Apr. 1989, pp. 45–47.

_, "Shared Services (Data/Voice Network)," *Communications News*, vol. 25, No. 11, Nov. 1988, pp. 46–47.

Weinstein et al., "Data Transmission by Frequency–Division Multiplexing Using the Discrete Fourier Transform," IEEE Transactions on Communication Technology, vol. Com–19, No. 5Oct. 1971 (pp. 628–634).

Zimmerman et al., "The AN/GSC–10 (KATHRYN) Variable Rate Data Modem for HF Radio," IEEE Transactions on Communication Technology, vol. Com–15, No. 2, Apr. 1967 (pp. 197–204).

Chang, " Synthesis of Band–Limited Orthogonal Signals for Multichannel Data Transmission," Manuscript, Aug. 1966 (pp. 1775–1796).

Schmid et al., "Frequency–domain Partial Response Signals for Parallel Data Transmission," IEEE Transactions on Communication Technology, vol. Com–17, No. 5, Oct. 1969 (pp. 536–543).

Saltzberg, "Performance of an Efficient Parallel Data Transmission System," IEEE Transactions on Communication Technology, vol. Com–15, No. 6, Dec. 1967 (pp. 805–811).

Hirosaki et al, "Advanced Groupband Data Modem Using Orthogonally Multiplexed QAM Technique," IEEE Transactions on Communication Technology, vol. Com–34, No. 6, Jun. 1986 (pp. 587–592).

Hirosaki, "An Orthogonally Multiplexed QAM System Using the Discrete Fourier Transform," IEEE Transactions on Communication Technology, vol. COM–29, No. 7, Jul. 1981 (pp. 982–989).

Franco et al, "An Orthogonal Coding Technique For Communication," General Dynamic/Electronic Research Division (pp. 126–133).

Cimini, Jr., "Analysis and Simulation of a Digital Mobile Channel Using Orthogonal Frequency Division Multiplexing," IEEE Transactions on Communication Technology, vol. Com–33, No. 7, Jul. 1985 (pp. 665–675).

Freeman, "Telecommunication Transmission Handbook," 2nd Ed., Cover, pp. xi–xxvii, Chapter 3 (pp. 79–127), Chapter 5 (pp. 172–252), Chapter 6 (pp. 253–288), 1981.

U.S. Appl. No. 09/078,556, Brothers, dated May 14, 1998.

Artom, A. et al., "The Possible Use Of Customer Loop For New Services During The Transition From Analogue To Digital," Revue F.I.T.C.E., Mar.–Apr. 1981, vol. 20, No. 2, pp. 50–56.

Artom, A. et al., "Medium–Term Prospects for New Servies to the Telephone Customers," Conference Record, Jun. 14–18, 1981, Int'l Conf. On Communications, pp. 14.4.1–14.4–6, Denver, CO.

Fuchs, H. et al., "Providing Full Duplex Transmission Over Two–wire Subscriber Loops," Telephony, Mar. 18, 1985, pp. 76–84, vol. 208, No. 11.

Glick, D. et al., Providing Telco Customers Continuous Data Services, Telephony, Nov. 21, 1983, vol. 205, No. 22, p. 46, 50–54.

Hoe–Young Noh, "Home Automation," Korea Information Science Society Review, Apr. 1989, vol. 7 No. 2, pp. 40–44, Republic of Korea. (Translation Provided).

Hughes, J.B. et al., "A Receiver IC for a 1+1 Digital Subscriber Loop," IEEE Journal of Solid–State Circuits, Jun. 1985 (pp. 671–678), vol. SC–20, No. 3.

Tatum, R.A., "Project Victoria the 7–in–1 solution," Telephone Engr. And Mgmt, Jan. 1, 1986, vol. 90, No. 1, pp. 47–51, Jan. 1, 1996.

"Computerized Telephone System Integrates Voice And Data Switching," Computer Design, Apr. 1981, (6 pages), vol. 20, No. 4.

Coronaro, M. et al., "Integrated Office Communication System," Electrical Communnication, 1986, pp. 17–22, vol. 60, No. 1, FACE Research Center, Pomezia, Italy.

Chow et al., "A Multi–drop In–House ADSL Distribution Network;" IEEE 1994, pp. 456–460.

English language Abstract for Japanese Patent 1–27358 (64–27358) Jan. 30, 1989.

* cited by examiner



FIG. 1



FIG. 2

| | RF CONVERSION WITHIN THE VIDEO SOURCE TRANSCEIVER | RF CONVERSION WITHIN THE TELEVISION TRANSCEIVER |
|---|---|---|
| SYSTEM 1 | CONVERT ENERGY WITHIN THE 12 MHZ BAND BETWEEN 60 MHZ AND 72 MHZ, WHICH COVERS VHF CHANNELS 3 AND 4, TO A 12 MHZ BAND LOWER IN FREQUENCY. EXAMPLE: A DOWNSHIFT OF 36 MHZ WOULD MAP VHF 3/4 TO THE BAND BETWEEN 24 MHZ AND 36 MHZ. | CONVERT THE ENERGY IN THE RESULTING 12 MHZ BAND UPWARDS BY AN EQUAL AMOUNT, MAPPING THE SIGNAL BACK TO ITS ORIGINAL CHANNEL. |
| SYSTEM 2 | MODULATE THE BASEBANDED SIGNAL TO ONE OF TWO ADJACENT 6 MHZ BANDS BELOW VHF 2, ACCORDING TO A SWITCH SET BY THE USER. EXAMPLE: MODULATE THE SIGNAL TO EITHER THE BAND COVERING 24 MHZ TO 30 MHZ, OR THE BAND COVERING 30 MHZ TO 36 MHZ. | COVERT THE 12 MHZ BAND COVERING BOTH ADJACENT SUB-VHF 2 CHANNELS UPWARDS TO ADJACENT TUNABLE CHANNELS. EXAMPLE: AN UPWARDS CONVERSION OF 150 MHZ WOULD CONVERT SIGNALS TO THE 12 MHZ BAND COVERING 174 MHZ TO 186 MHZ, WHICH CORRESPONDS TO VHF CHANNELS 7 AND 8. THE FREQUENCY OF THE INPUT SIGNAL WOULD DETERMINE THE OUTPUT FREQUENCY. |
| SYSTEM 3 | MODULATE THE BASEBANDED SIGNAL TO A 6 MHZ BAND BELOW VHF 2, THE BAND COVERING 24 MHZ TO 30 MHZ, FOR EXAMPLE. | CONVERT THE 6 MHZ BAND CONTAINING THE SIGNAL UPWARDS TO ONE OF TWO ADJACENT TUNABLE CHANNELS, ACCORDING TO A SWITCH ON THE TELEVISION TRANSCEIVER. EXAMPLE: A CONVERSION OF 150 MHZ OR 156 MHZ UPWARDS WOULD MAP THE SIGNAL TO VHF CHANNEL 7 OR 8. |

FIG. 3



FIG. 4



FIG. 5



FIG. 6

FIG. 7



FIG. 8



FIG. 9