## **RULE 7.1.1. CERTIFICATION**

        Counsel for Inline attempted to resolve the foregoing dispute with counsel for Verizon, but Verizon refuses to produce the requested discovery as described in the foregoing motion.

Dated: May 5, 2005    */s/ Mary B. Graham*

                                      Mary B. Graham (#2256)

519220