# EXHIBIT 1

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
LAKE TAHOE

CLAUS MELARTI
DIRECT DIAL: 404.253.6975
E-MAIL: cdmelarti@duanemorris

www.duanemorris.com

May 11, 2006

*VIA ELECTRONIC MAIL –*
*CONFIRMATION VIA U.S. MAIL*

Mr. John B. Wyss
Wiley Rein & Fielding LLP
1776 K Street, NW
Washington, DC 20006

Re:  Inline Connection Corp. v. EarthLink, Inc., Civ. No. 02-477 (D. Del)

Dear Mr. Wyss,

This letter confirms that EarthLink, Inc. ("EarthLink") does not object to the production to your law firm and to the Connolly Bove law firm, on an attorneys-eyes-only basis and as counsel of record for defendants in *Inline Connection Corporation v. Verizon Internet Services, Inc., et al.*, CA No. 05-866 (JJF), of the following categories of materials from *Inline Connection Corporation v. AOL Time Warner, Inc., et al.*, Civil Action No. 02-272-MPT and *Inline Connection Corporation v. Earthlink, Inc., et al.*, Civil Action No. 02-477-MPT, even though such documents may contain confidential EarthLink information:

1.  Expert reports and expert depositions;

2.  Updated discovery responses served by the parties since January 1, 2006; and

3.  Pleadings (including exhibits) filed in connection with previous Markman and summary judgment proceedings that are not available from the public record.

To the extent that documents within these three categories contain third-party confidential information produced to Inline by EarthLink, EarthLink agrees to undertake to redact such third-party confidential information from such documents prior to their production to your law firm and to the Connolly Bove law firm.

Sincerely,

*[signature]*

Claus Melarti

Kurt M. Rogers
Direct Dial: (212) 906-1200
kurt.rogers@lw.com

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: (212) 906-1200  Fax: (212) 751-4864
www.lw.com

FIRM / AFFILIATE OFFICES

| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

May 11, 2006

**VIA EMAIL**

John B. Wyss, Esq.
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC  20006

Dear Mr. Wyss:

    This letter confirms that AOL does not object to the production to your law firm and to the Connolly Bove law firm, on an attorneys-eyes-only basis and as counsel of record for defendants in *Inline Connection Corporation v. Verizon Internet Services, Inc., et al.*, CA No. 05-866 (JJF), of the following categories of materials from *Inline Connection Corporation v. AOL Time Warner, Inc., et al.*, Civil Action No. 02-272-MPT and *Inline Connection Corporation v. Earthlink, Inc., et al.*, Civil Action No. 02-477-MPT, even though such documents may contain confidential AOL information:

1. Expert reports and expert depositions;

2. Updated discovery responses served by the parties since January 1, 2006; and

3. Pleadings (including exhibits) filed in connection with previous Markman and summary judgment proceedings that are not available from the public record.

    To the extent that documents within these three categories contain third-party confidential information produced to Inline by AOL, AOL agrees to undertake to redact such third-party confidential information from such documents prior to their production to your law firm and to the Connolly Bove law firm.

                            Very truly yours,

                            Kurt M. Rogers

NY\1145783.1