**wrf Wiley Rein & Fielding LLP**

Exhibit 1

1776 K STREET NW
WASHINGTON, DC 20006
PHONE   202.719.7000
FAX     202.719.7049

Virginia Office
7925 JONES BRANCH DRIVE
SUITE 6200
McLEAN, VA 22102
PHONE   703.905.2800
FAX     703.905.2820

www.wrf.com

May 5, 2006

John B. Wyss
202.719.7038
jwyss@wrf.com

*Via Email*

Michael K. Plimack, Esq.
HellerEhrman LLP
333 Bush Street
San Francisco, California 94104-2878

C. Joël Van Over, Esq.
Bingham McCutchen
3000 K Street, NW, Suite 300
Washington, DC 20007-5116

Re:   *Inline Connection Corp. v. Verizon Internet Services, Inc. et al.*
      Case No. 1:05-cv-866(JJF)(D.Del.)

Dear Mike and Joël:

We received Inline's partial production of ownership-related documents (ICC/VZ 064787 – 065254) yesterday. We are now reviewing those materials. As a preliminary matter, however, could you please respond promptly to the following questions:

   1. Please confirm whether or not these are the same documents that were produced in the *AOL* case back in February.

   2. In order to understand the interlocking web of financial relations, please provide by return fax a list of the owners and their respective percentage interests in the following entities:

      A.   Pie Squared LLC

      B.   Broadband Technology Innovations, LLC

      C.   Paperboy Ventures, LLC

To the extent any of the owners are corporations (including LLCs), please provide similar information for each such entity.

   3. All of the documents have been marked "Highly Confidential." Please provide an explanation for this designation. We believe that it is imperative that we be able to discuss these documents with Verizon's in-house counsel who are

## Wiley Rein & Fielding LLP

Michael K. Plimack, Esq.
C. Joël Van Over, Esq.
May 5, 2006
Page 2

responsible for this litigation. Please confirm that we may do so subject to the terms of the draft Protective Order.

We look forward to receiving your prompt response to these questions. As we continue our analysis of the documents and identify missing materials and other questions, we will contact you on a rolling basis

Sincerely yours,

John B. Wyss

cc:  Carl S. Nadler (via email)
     Julia Heaney, Esq. (via email)
     Jeffrey B. Bove, Esq. (via email)