Wiley Rein & Fielding LLP

Exhibit 2

1776 K STREET NW
WASHINGTON, DC 20006
PHONE   202.719.7000
FAX     202.719.7049

Virginia Office
7925 JONES BRANCH DRIVE
SUITE 6200
McLEAN, VA 22102
PHONE   703.905.2800
FAX     703.905.2820

www.wrf.com

May 8, 2006

John B. Wyss
202.719.7038
jwyss@wrf.com

*Via Email*

Michael K. Plimack, Esq.
HellerEhrman LLP
333 Bush Street
San Francisco, California 94104-2878

C. Joël Van Over, Esq.
Bingham McCutchen
3000 K Street, NW, Suite 300
Washington, DC 20007-5116

Re:   *Inline Connection Corp. v. Verizon Internet Services, Inc. et al.*
      Case No. 1:05-cv-866(JJF)(D.Del.)

Dear Mike and Joël:

Further to my letter of May 5, we have completed a review of Inline's ownership-related documents (ICC/VZ 064787 – 065254) produced on May 4. Through this review, we identified a number of documents referenced in the production that should be produced. A list of those documents follows below:

- Exhibit A to the March 3, 2004 Inline/Pie Squared Litigation Agreement ("Termination and Release Agreement") (*see* ICC/VZ 064795);

- Exhibit B to the March 3, 2004 Inline/Pie Squared Litigation Agreement (Swidler "Retention Agreement") (*see* ICC/VZ 064795);

- Exhibit C to the March 3, 2004 Inline/Pie Squared Litigation Agreement ("KGRM "Participation Agreement") (*see* ICC/VZ 064795);

- June 30, 2003 Bill of Sale and Assignment between Inline and Pie Squared LLC (to the extent different from ICC/VZ 064787-794) (*see* ICC/VZ 064872, Schedule 13.1(b)); and

- February 27, 2004 Participation Agreement between Inline and KGRM (to the extent different from Exhibit C identified above) (*see* ICC/VZ 064872, Schedule 13.1(b));

- The "separate agreement" identified in Section 7.3 of the March 4, 2004 Inline/Mercury Communications I Agreement (to the extent this

**Wiley Rein & Fielding** LLP
Michael K. Plimack, Esq.
C. Joël Van Over, Esq.
May 8, 2006
Page 2

> Agreement is different from the Mercury Communications I, LLC Limited Liability Company Agreement) (*see* ICC/VZ 064830);

- All documents concerning the "course of the negotiations" referenced in ¶ 2.4 of the March 4, 2004 Litigation Agreement among Inline, David Goodman and Pie Squared (*see* ICC/VZ 064826) and all documents;

- All documents concerning the "monthly statements listing amounts and payees of all amounts paid in connection with the Current Patent Suits [*i.e.*, the AOL and Earthlink actions in Delaware] (*see* ICC/VZ 064802);

- All documents concerning the "annual operating budgets" and "members representing a majority interest" of Mercury Communications I, LLC (now known as BBTI) from March 4, 2004 to present (*see* ICC/VZ 064828-829); and

- Documents sufficient to show the date of execution of, and all documents concerning, the "Amendment to Clarify Exclusive License Agreement," including communications among Inline, Mercury and BBTI (*see* ICC/VZ 064839-840).

Again, we look forward to your prompt response to these requests (as well as a response to my May 4 letter).

Sincerely yours,

John B. Wyss

cc:   Carl S. Nadler (via email)
      Julia Heaney, Esq. (via email)
      Jeffrey B. Bove, Esq. (via email)