# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

May 11, 2006

Mary Graham, Esquire
Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell
P. O. Box 1347
Wilmington, DE  19899

Jeffrey B. Bove, Esquire
Connolly, Bove, Lodge & Hutz
P. O. Box 2207
Wilmington, DE  19899

RE:    Inline Connection Corporation v. Verizon Internet Services Inc., et al.
Broadband Technology and Pie-Squared v. Verizon
Civil Action Nos. 05-866 JJF and 06-291 JJF

Dear Counsel:

The Court has received Plaintiff's May 3, 2006 letter (D.I. 102).  Once the
motions referred to are filed and responded to, the Court will address the status of this matter.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk

cc: Clerk, U.S. District Court