**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblhlaw.com

Jeffrey B. Bove
Partner
TEL (302) 888-6241
FAX (302) 656-9072
EMAIL jbove@cblhlaw.com
REPLY TO Wilmington Office

May 18, 2006

**BY HAND**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

     Re:    Inline Connection Corporation v. Verizon Internet Services
             C.A. No. 05-866 (JJF)

Dear Judge Farnan:

    I enclose a courtesy copy of a filing made on Tuesday by the Verizon defendants in the related Eastern District of Virginia case that was severed and stayed at the time the present Inline v. Verizon lawsuit was transferred to Delaware. This filing is pertinent to issues pending before this Court.

    The Verizon defendants were forced to file the Virginia filing under seal because Inline had designated the ownership documents as "Highly Confidential." The Verizon defendants do not agree with this designation. However, we feel compelled to alert the Court to this filing status so that the Court may appropriately handle this courtesy copy.

                                                  Respectfully submitted,

                                                  Jeffrey B. Bove

JBB/llw

Enclosures

cc:    Julia Heaney, Esquire (by hand)
       Michael K. Plimack, Esquire (letter by electronic mail, enclosures by overnight)
       Alexander L. Brainerd, Esquire (letter by electronic mail, enclosures overnight)
       C. Joel Van Over, Esquire (letter by electronic mail, enclosures by overnight)

465443_1