

**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

Jeffrey B. Bove
Partner
TEL (302) 888-6241
FAX (302) 656-9072
EMAIL jbove@cblh.com
REPLY TO Wilmington Office

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

June 15, 2006

WEB www.cblhlaw.com

**BY E-Filing and Hand Delivery**

Clerk of the Court
United States District Court
 For the District of Delaware
844 King Street
Wilmington, Delaware  19801

    Re:    Inline Connection Corporation v. Verizon Internet Services
             C.A. No. 05-866 (JJF)

Dear Sir or Madam:

        Today I am filing the public version of the attachment to D.I. 113.  It has been redacted by counsel for Inline, BBTI and Pie Squared.

        Respectfully submitted,

        Jeffrey B. Bove

JBB/jjh

Enclosures

cc:    Julia Heaney, Esquire (by hand)
       Michael K. Plimack, Esquire (letter by electronic mail, enclosures by overnight)
       Alexander L. Brainerd, Esquire (letter by electronic mail, enclosures by overnight)
       C. Joel Van Over, Esquire (letter by electronic mail, enclosures by overnight)

470077_1.doc