IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUL 17  AM 10: 34

| | |
|---|---|
| INLINE CONNECTION CORPORATION, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 05-866-JJF |
| VERIZON INTERNET SERVICES, : INC., et al., : | |
| Defendants. : | |

### ORDER

WHEREAS, on April 24, 2006, the Court granted Defendants' Motion To Compel Discovery Regarding Threshold Jurisdictional "Ownership" Issue and ordered Plaintiff to respond to discovery requests relevant to Defendants' ownership defense (D.I. 97);

WHEREAS, Defendants filed a Motion To Enforce Court's Prior Discovery Order, in which Defendants contend that Plaintiff should be compelled to respond to Interrogatory Nos. 8 and 13 and Document Request Nos. 36, 37, 46, and 57-59 because they relate to Defendants' ownership defense (D.I. 99);[1]

WHEREAS, Plaintiff contends that this information is irrelevant to Defendants' ownership defense because it is related to "(a) ownership of Inline itself; and (b) financial interests in the outcome of the litigation" (D.I. 105);

WHEREAS, the Court concludes that the information sought in

---

[1] The Court recognizes that Defendants have also requested an order compelling production of documents identified in a May 8, 2006 letter (D.I. 107, Ex. 2). However, the Court will give the parties the opportunity to resolve the dispute over those documents on their own, given the guidance of this Order.

Interrogatory No. 13 and Document Request Nos. 36, 37, and 57-59 is relevant to Defendants' ownership defense;

WHEREAS, the Court concludes that Interrogatory No. 8 and Document Request No. 46, which ask Plaintiff to identify each person and entity with an actual or potential financial interest and produce any documents evidencing or concerning communications with those entities or persons, are overbroad as they relate to Defendants' ownership defense;

WHEREAS, the Court concludes that the discovery permitted should allow Defendants to determine who owns the patents-in-suit;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' Motion To Enforce Court's Prior Discovery Order (D.I. 99) is **GRANTED IN PART**.

2. Plaintiff shall respond to Interrogatory No. 13 and Document Request Nos. 36, 37, and 57-59 no later than **July 21, 2006.**

July 17, 2006

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE