IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INLINE CONNECTION CORPORATION, :
:
      Plaintiff,             :
:
  v.                        :   Civil Action No. 05-866-JJF
:
VERIZON INTERNET SERVICES,    :
INC., et al.,              :
:
      Defendants.            :

<u>ORDER</u>

WHEREAS, Defendants filed a Motion To Compel Invalidity Discovery (D.I. 101);

WHEREAS, by their Motion, Defendants seek an Order compelling Plaintiff to respond to Interrogatory Nos. 1 and 5;

WHEREAS, Interrogatory No. 1 provides:

For each claim element in each CLAIM, identify with specificity (e.g. by specification column and line number, by individual reference numbers in specified patent figures) the words, structures, figures, diagrams and/or formulas that constitute the alleged Section 112(1) "written description" support for each such claim element.

(D.I. 101, Ex. 3 at 3);

WHEREAS, Interrogatory No. 5 provides:

Describe in detail how the disclosure of the transmissions of video signals at a frequency of 6 MHz or higher in the specification and drawings of U.S. Patent No. 6,236,718 would enable one of skill in the art of [sic] transmit digital signals at lower frequencies between roughly 10 KHz and 1MHz such as those utilized by commercial ADSL systems.

(D.I. 101, Ex. 3 at 6);

WHEREAS, Defendants contend that Interrogatory No. 1 goes to proving invalidity for lack of written description and that Interrogatory No. 5 goes to proving invalidity for lack of enablement;

WHEREAS, Defendants carry the burden of proof on their invalidity affirmative defenses, and thus, it would be Defendants' responsibility to identify the ways in which the patents fail the written description or enablement requirements;

WHEREAS, requiring Plaintiff to prove that the written description and enablement requirements are met is unreasonable and unduly burdensome, particularly when issued patents are presumed to be valid;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion To Compel Invalidity Discovery (D.I. 101) is **DENIED**.

July 17, 2006

_____
UNITED STATES DISTRICT JUDGE