IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORPORATION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-866-JJF |
| VERIZON INTERNET SERVICES, INC., et al., | : |
| Defendants. | : |

### ORDER

WHEREAS, Plaintiff filed a Motion To Compel Verizon To Provide Discovery On Invalidity And Unenforceability (D.I. 104);

WHEREAS, by its Motion, Plaintiff seeks answers to certain interrogatories and requests for documents relating to Defendants' invalidity and unenforceability defenses;

WHEREAS, Defendants contend that Plaintiff's requests are premature and overbroad (D.I. 109);

WHEREAS, the Court concludes that the information sought is relevant to Defendants' invalidity and unenforceability defenses;

WHEREAS, Plaintiff can supplement its responses to Defendants' interrogatories and requests for documents as the case progresses;

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's Motion To Compel Verizon To Provide Discovery On Invalidity And Unenforceability (D.I. 104) is **GRANTED** to the extent that the discovery sought is not privileged.

July 17, 2006

UNITED STATES DISTRICT COURT