IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INLINE CONNECTION CORPORATION,

    Plaintiff,

v.

VERIZON INTERNET SERVICES, INC., et al.,

    Defendants.

Civil Action No. 05-866-JJF

### MEMORANDUM ORDER

The Court understands that the parties have completed discovery on the "ownership" issue as allowed by the Court's April 24, 2006 Order (D.I. 97). As noted by the Court in the April 24 Order, "ownership" is a threshold issue that could deprive the Court of jurisdiction, if, as Defendants contend, Plaintiff assigned all substantial rights to the patents-in-suit to a non-party.

Therefore, the parties shall file by **Friday, August 11, 2006**, any appropriate motions concerning the "ownership" issue raised by Defendants. Briefing shall proceed in accordance with the Federal Rules of Civil Procedure or by a stipulated schedule agreed to by the parties.

July 25, 2006
Date

_____
UNITED STATES DISTRICT JUDGE