IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Inline Connection Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Verizon Internet Services, Inc., et al.,<br><br>    Defendants. | Civil Action No. 05-866 (JJF) |

**MOTION OF THE VERIZON DEFENDANTS
FOR SUMMARY JUDGMENT DISMISSING THIS ACTION
FOR LACK OF SUBJECT MATTER JURISDICTION**

COMES NOW the Verizon defendants,[1] by and through their counsel, and move the Court for entry of summary judgment in defendants' favor in the above-captioned action, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for the reasons stated in the Verizon defendants' Opening Brief in support of this Motion.

WHEREFORE, the Verizon defendants respectfully request the Court to grant their Motion for Summary Judgment, to enter judgment in the Verizon defendants' favor and against the Plaintiff dismissing the above-captioned action with prejudice for lack of

---

[1]    Verizon Internet Services, Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group, Inc., Verizon Corporate Services Group, Inc., Verizon Advanced Data, Inc., Verizon Avenue Corp., Verizon Delaware, Inc., and GTE Southwest, Inc. *d/b/a* Verizon Southwest.

481625-1

subject matter jurisdiction, and to grant the Verizon defendants such other and further relief as is just and proper.

Respectfully submitted,

Dated: August 11, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

OF COUNSEL:
John B. Wyss
Kevin P. Anderson
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC 20006
Telephone: 202.719.7000
Facsimile: 202.719.7049

By: /s/ Jeffrey B. Bove
    Jeffrey B. Bove (#998)
    CONNOLLY BOVE LODGE & HUTZ LLP
    The Nemours Building
    1007 North Orange Street, Suite 878
    Wilmington, DE 19801
    Telephone: 302.658.9141
    Facsimile: 302.658.5614

Counsel for Verizon Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Inline Connection Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>Verizon Internet Services, Inc., et al.,<br><br>        Defendants. | Civil Action No. 05-866 (JJF) |

### ORDER

Whereas the Court, having considered the submissions and arguments of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Verizon defendants' Motion for Summary Judgment Dismissing this Action for Lack of Subject Matter Jurisdiction is GRANTED for the reasons set forth in the Verizon defendants' moving papers.

                                                            _____
                                                            JOSEPH J. FARNAN, JR.
                                                            United States District Court Judge

Date: _____

481625-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2006 a true copy of the *Motion of the Verizon Defendants For Summary Judgment Dismissing This Action For Lack Of Subject Matter Jurisdiction,* was sent to plaintiff's counsel, in the manner indicated, upon:

| | |
|---|---|
| Michael K. Plimack, Esq.<br>Alexander L. Brainerd, Esq.<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, California 94104<br>Alexander.Brainerd@hellerehrman.com<br>Michael.Plimack@hellerehrman.com | (Served electronically & by overnight delivery) |
| C. Joël Van Over, Esq.<br>BINGHAM MCCUTCHEN LLP<br>3000 K Street, NW, Suite 300<br>Washington, DC 20007-5116<br>joel.vanover@bingham.com | (Served electronically & by overnight delivery) |
| Julia Heaney, Esq.<br>MORRIS NICHOLS ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Post Office Box 1347<br>Wilmington, Delaware 19899-1347<br>jhefiling@mnat.com | (Served by hand delivery) |

By: /s/ *Jeffrey B. Bove*
Jeffrey B. Bove (#998)

481625-1