IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON INTERNET SERVICES, INC.; )<br>GTE.NET LLC d/b/a VERIZON INTERNET )<br>SOLUTIONS; VERIZON SERVICES CORP.; )<br>TELESECTOR RESOURCES GROUP, INC. d/b/a )<br>VERIZON SERVICES GROUP; VERIZON )<br>CORPORATE SERVICES GROUP INC. d/b/a )<br>VERIZON SERVICES GROUP; VERIZON )<br>ADVANCED DATA INC.; VERIZON AVENUE )<br>CORP.; GTE SOUTHWEST INC. d/b/a VERIZON )<br>SOUTHWEST; and VERIZON DELAWARE )<br>INC., )<br>)<br>Defendants. ) | C.A. No. 05-866 (JJF) |

**STIPULATION AND ORDER RE APPENDIX TO DEFENDANTS'**
**OPENING BRIEF IN SUPPORT OF MOTION TO DISMISS (D.I. 125)**

    IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the clerk of the Court shall remove Exhibits 12 and 16 from the original and all copies of D.I. 125, the Sealed Appendix to defendants' Opening Brief in Support of Motion To Dismiss for Lack of Jurisdiction Over the Subject Matter, and return those exhibits to plaintiff's counsel. Subject to approval of this Stipulation, plaintiff's counsel will then file replacement documents for Exhibits 12 and 16 with the Clerk.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Jeffrey B. Bove (#998)* | */s/ Julie Heaney (#3052)* |
| Jeffrey B. Bove (#998) | Mary B. Graham (#2256) |
| The Nemours Building | Julia Heaney (#3052) |
| 1007 North Orange Street, Suite 878 | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| 302.658.9141 | Wilmington, DE 19899 |
| *Attorneys for Verizon Defendants* | 302.658.9200 |
| | *Attorneys for Plaintiff Inline Connection Corporation* |
| August 23, 2006 | |

          SO ORDERED this _____ day of _____, 2006.

                _____
533789                   U.S.D.J.