IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORPORATION, )<br>)<br>*Plaintiff,*  )<br>)<br>v.  )<br>)<br>VERIZON INTERNET SERVICES, INC., )<br>GTE.NET LLC D/B/A VERIZON )<br>INTERNET SOLUTIONS, VERIZON )<br>SERVICES CORP., TELESECTOR )<br>RESOURCES GROUP, INC., VERIZON )<br>CORPORATE SERVICES GROUP, INC., )<br>VERIZON ADVANCED DATA INC., )<br>VERIZON AVENUE GROUP, VERIZON )<br>DELAWARE, INC., GTE SOUTHWEST, )<br>INC., D/B/A VERIZON SOUTHWEST, )<br>)<br>)<br>*Defendants.*  ) | C.A. No. 05-866 (JJF) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Alexander L. Brainerd, Heller Ehrman LLP, 333 Bush Street, San Francisco, CA 94101 to represent plaintiff in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
*/s/ Julia Heaney*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   Attorneys for plaintiff Inline Connection Corporation

August 30, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

_____
The Honorable Joseph J. Farnan

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Alexander L. Brainerd
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
(415) 772-6000

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on August 30, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Jeffrey B. Bove, Esquire

and that I caused copies to be served upon the following in the manner indicated:

### BY MAIL

John B. Wyss, Esquire
Wiley Rein & Fielding LLP
1776 K Street, NW
Washington, DC 20006


/s/ Julia Heaney
Julia Heaney (#3052)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
jheaney@mnat.com
　　Attorneys for plaintiff Inline Connection Corporation