EXHIBIT 8



US005844596A

# United States Patent [19]

## Goodman

[11] Patent Number: **5,844,596**

[45] Date of Patent: *Dec. 1, 1998

[54] TWO-WAY RF COMMUNICATION AT POINTS OF CONVERGENCE OF WIRE PAIRS FROM SEPARATE INTERNAL TELEPHONE NETWORKS

[75] Inventor: David D. Goodman, Arlington, Va.

[73] Assignee: Inline Connection Corporation, Arlington, Va.

[*] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,010,399.

[21] Appl. No.: 814,837

[22] Filed: Mar. 11, 1997

### Related U.S. Application Data

[63] Continuation of Ser. No. 673,577, Jul. 1, 1996, abandoned, which is a continuation of Ser. No. 545,957, Oct. 20, 1995, abandoned, which is a continuation of Ser. No. 372,561, Jan. 13, 1995, abandoned, which is a continuation of Ser. No. 245,759, May 18, 1994, abandoned, which is a continuation of Ser. No. 115,930, Aug. 31, 1993, abandoned, which is a continuation of Ser. No. 802,738, Dec. 5, 1991, abandoned, Continuation-in-part of Ser. No. 688,864, Apr. 19, 1991, abandoned, Continuation-in-part of Ser. No. 379,751, Jul. 14, 1989, Pat. No. 5,010,399.

[51] Int. Cl.⁶ ............................. H04N 7/12; H04M 11/00

[52] U.S. Cl. ............................ 348/14; 348/17; 379/90.01; 379/102.03

[58] Field of Search ...................... 379/64, 65, 90.01, 379/102.01, 102.02, 102.03, 93.17, 93.26, 93.28, 93.37, 93.01; 348/14–16, 734, 7; 359/142, 145, 148

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,723,653 | 3/1973 | Tatsuzawa | 348/17 |
| 3,937,889 | 2/1976 | Bell, III et al. | 179/2 DP |
| 3,974,337 | 8/1976 | Tatsuzawa | 179/2 TV |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 062 442 | 10/1982 | European Pat. Off. . |
| 0 408 236 | 1/1991 | European Pat. Off. . |
| 1-27358 | 1/1989 | Japan . |
| 2 166322 | 4/1986 | United Kingdom . |
| 2 166328 | 4/1986 | United Kingdom . |
| WO 88/05979 | 8/1988 | WIPO . |

OTHER PUBLICATIONS

"Commtek Corporation Announces First Commercially Available Transmission of Real-Time Video and Voice on Unshielded Twisted Pair Telephone Lines," News Release, Commtek Corp., 4 pages, 1992.

(List continued on next page.)

*Primary Examiner*—Wing F. Chan
*Attorney, Agent, or Firm*—Fish & Richardson P.C.

[57]    ABSTRACT

A system that provides video signal communication between a source of the video signal and a plurality of units that include destinations of the video signal includes an interface coupled to the source and to telephone lines, each of which serves at least one of the units and carries voice signals to and from one or more telephones coupled to the telephone line at said unit. The interface receives the video signal from the source, and transmits the received video signal onto at least one of the telephone lines in a selected frequency range that is different from frequencies at which the voice signals are carried on that telephone line. This causes the video signal to be coupled to a receiver which is connected to the telephone line at the unit served by that line and is adapted to recover the video signal from the telephone line and apply it to one or more of the destinations at the unit. The source is a cable (e.g., electrical or fibre optic) that is linked to the interface and that carries a plurality of video signals.

The destinations are, e.g., televisions. The units can be residences (such as individual houses or apartments in an apartment building) or offices in an office building.

**61 Claims, 25 Drawing Sheets**



5,844,596
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,992,589 | 11/1976 | Kuegler | 179/15 FS |
| 4,054,910 | 10/1977 | Chou et al. | 358/86 |
| 4,328,579 | 5/1982 | Hashimoto et al. | 370/111 |
| 4,509,211 | 4/1985 | Robbins | 455/603 |
| 4,546,212 | 10/1985 | Crowder, Sr. | 179/2 C |
| 4,608,686 | 8/1986 | Barsellotti | 370/69.1 |
| 4,670,874 | 6/1987 | Sato et al. | 370/110.1 |
| 4,679,227 | 7/1987 | Hughes-Hartogs | 379/98 |
| 4,709,412 | 11/1987 | Seymour et al. | 455/603 |
| 4,766,402 | 8/1988 | Crane | 333/25 |
| 4,785,448 | 11/1988 | Reichert et al. | 370/76 |
| 4,785,472 | 11/1988 | Shapiro | 379/96 |
| 4,829,570 | 5/1989 | Schotz | 381/3 |
| 4,849,811 | 7/1989 | Kleinerman . | |
| 4,882,747 | 11/1989 | Williams | 379/102 |
| 4,885,803 | 12/1989 | Hermann et al. | 455/603 |
| 4,890,316 | 12/1989 | Walsh et al. | 379/98 |
| 4,893,326 | 1/1990 | Duran et al. | 379/53 |
| 4,949,187 | 8/1990 | Cohen | 358/335 |
| 4,953,160 | 8/1990 | Gupta | 370/76 |
| 4,955,048 | 9/1990 | Iwamura et al. | 348/17 |
| 4,985,892 | 1/1991 | Camrata | 370/123 |
| 5,010,399 | 4/1991 | Goodman et al. | 358/85 |
| 5,089,886 | 2/1992 | Grandmougin | 358/86 |
| 5,546,385 | 8/1996 | Caspi et al. | 370/58.2 |
| 5,579,308 | 11/1996 | Humpleman | 370/58.1 |

## OTHER PUBLICATIONS

Hofmann, "Cable, Television, and the Consumer Electronic Bus," The Int'l T.V. Symposium–Montreux, Switzerland, pp. 165–173, 1987.

Johnson, "Videohub Cuts Costs, Opens Options," Data Communications, *Data Communications*, pp. 109–110, 1992.

Nichols, "Build A Pair of Line–Carrier Modems," pp. 87–91, 1988.

Olshanksky, "A full service network for the copper plant," *Telephony*, pp. 52–60, 1985.

Propp et al., "The AC Powerline As A Communications Medium for DAC Applications," *IDAC*, pp. 17–25, 1990.

Schwartz, "Commtek Intro Video Over UTP," *Communications Week*, p. 5, 1992.

Sheets and Graf, "Build This Carrier Current Audio Transmitter," Radio Electronics, pp. 55–64, 1989.

Sheets and Graf, "Build This Carrier Current Receiver," Radio Electronics, pp. 55–94, 1989.

"TeleConcepts . . . Introduces the 'Just Plug It In' Intercom System," TeleConcepts brochure, Newington, CT, 2 pages undated.

"Remote Extender Owner's Manual," Windmaster Manufacturing brochure, DeFuniak Springs, FL, 7 pages, undated.

"Model 4000 Series," Lightwave Systems, Inc. brochure, 6 pages, undated.

"IBM races to the desktop," 1 page, undated.

"Video Transmission System—Send video over ordinary wire—no coax required," Javelin brochure, 2 pages undated.

Tele Video brochure, 2 pages, undated.

Advertisement for a MasterMind universal remote control device, 1989.

"Instant Network Rides on Phones Lines," Electronic Design, 1987.

Design and Engineering Exhibition listing.



FIG. 1a



FIG. 1b



**U.S. Patent**      Dec. 1, 1998      Sheet 4 of 25      **5,844,596**



FIG. 3a

SPECTRUM OF AN AMPLITUDE MODULATED
NTSC SIGNAL NEAR VOICEBAND



FIG. 3b

SPECTRUM OF AN NTSC SIGNAL
TRANSMITTING AT BASEBAND



FIG. 3c

SPECTRUM OF AN FM NTSC
SIGNAL NEAR VOICEBAND



FIG. 4



FIG. 4a



FIG. 5a



FIG. 5b



FIG. 5c

B120



FIG. 6a



FIG. 6b



FIG. 7

## FIG. 8

| | ORIGIN/DEST | FREQUENCY DURING TRANSMISSION OVER EXTENDED PAIRS (MHz) | | | FREQUENCY DURING TRANSMISSION OVER LOCAL NETWORKS (MHz) | | |
|---|---|---|---|---|---|---|---|
| | | 405a | 405b | 405c | 411a | 411b | 411c |
| CONTROL A | 493a/415 | 22.75-23.25 | | | 22.75-23.25 | | |
| B | 493b/415 | | 22.75-23.25 | | | 22.75-23.25 | |
| C | 493c/415 | | | 22.75-23.25 | | | 22.75-23.25 |
| VIDEO U | 402/492a | 1-6(AM) | | | 12-18(AM) | | |
| V | 402/492b 492c 498a | 7-22(FM) | 1-6(AM) | 1-6(AM) | 24-30(AM) | 54-60(AM) | 12-18(AM) |
| W | 494b/402 | | 24-54(FM) | | | 6-12(AM) | 6-12(AM) |
| X | 494c/402 | | | 24-54(FM) | | | |
| DIGITAL Y | 402/495c | | | 6-18 | | | 18-40 |
| Z | 495c/402 | | | 54-100 | | | 1-6 |

B124



FIG. 9a

FIG. 9b



FIG. 10



FIG. 11a



FIG. 11b

FIG. 11c

FIG. 12



FIG. 13a



FIG. 13b

FIG. 14

B134



FIG. 15



FIG. 16