IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-866 (JJF) |
| | ) |
| VERIZON INTERNET SERVICES, | ) **PUBLIC VERSION** |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

REDACTED VERSION OF
APPENDIX TO INLINE'S ANSWERING BRIEF IN OPPOSITION
TO VERIZON DEFENDANTS' MOTION TO
DISMISS THIS ACTION FOR LACK OF SUBJECT MATTER JURISDICTION

VOLUME II (B204 – B381)

OF COUNSEL:

Carl S. Nadler
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
202.912.2000

Alexander L. Brainerd
Michael K. Plimack
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
415.772.6000

Robert C. Bertin
C. Joël Van Over
BINGHAM MCCUTCHEN LLP
3000 K Street, NW, Suite 300
Washington, DC 20007-5116
202.424.7581

Original Filing Date: August 25, 2006
Redacted Filing Date: August 31, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Mary B. Graham (#2256)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302.658.9200

*Attorneys for Plaintiff Inline Connection Corporation*

# TABLE OF CONTENTS

| Exhibit | | Page |
|---|---|---|
| **VOLUME I** | | |
| Declaration of Michael P. Wickey | | |
| Ex. 1 | Declaration of David D. Goodman dated August 24, 2006 | B001 |
| Ex. 2 | Plaintiff's Response to Certain Defendant Operating Telephone Companies' Motion to Dismiss for Lack of Personal Jurisdiction, dated June 13, 2005 | B003 |
| Ex. 3 | Opinion and Order dated December 5, 2005 | B025 |
| Ex. 4 | Transcript of Proceedings in Norfolk, Virginia dated July 24, 2006, Civil Action No. 2:05cv205 | B039 |
| Ex. 5 | Complaint for Patent Infringement and Demand for Jury Trial dated May 3, 2006 | B073 |
| Ex. 6 | May 3, 2006 correspondence from Mary B. Graham to The Honorable Joseph J. Farnan, Jr. | B087 |
| Ex. 7 | Stayed Defendants' Memorandum in Support of Their Motion To Lift Stay, Dismiss With Prejudice, Award Defendants Attorneys Fees and Grant Sanctions Against Inline and Its Counsel dated May 16, 2006 | B089 |
| Ex. 8 | United States Patent No. 5,844,596 dated December 1, 1998 | B110 |
| Ex. 9 | United States Patent No. 6,236,718 B1 dated May 22, 2001 | B174 |
| **VOLUME II** | | |
| Ex. 10 | United States Patent No. 6,243,446 B1 dated June 5, 2001 | B204 |
| Ex. 11 | United States Patent No. 6,542,585 B2 dated April 1, 2003 | B266 |
| Ex. 12 | Termination/Nonexclusive License Agreement between Inline, Goodman and CAIS, dated June 1, 2001 | B328 |
| Ex. 13 | Declaration of Michael B. Peisner dated August 24, 2006 | B335 |
| Ex. 14 | Declaration of James Coyne King dated August 24, 2006 | B337 |

| Exhibit | | Page |
|---|---|---|
| Ex. 15 | February 11, 2004 email from James King to David Goodman attaching a draft assignment agreement between Inline Connection Corporation, David Goodman, and Mercury Communications I, LLC | B339 |
| Ex. 16 | February 23, 2004 email from James King to Mike Peisner attaching a draft agreement between Inline Connection Corporation, David Goodman, and Mercury Communications I, LLC | B351 |
| Ex. 17 | Draft Exclusive License Agreement between Inline Connection Corporation, David Goodman, and Mercury Communications I, LLC | B364 |
| Ex. 18 | Agreement between David Goodman, Inline connection Corporation, and Mercury Communications, I, LLC dated December 30, 2004 | B377 |