# EXHIBIT 11

US006542585B2

(12) **United States Patent**
Goodman

(10) Patent No.: **US 6,542,585 B2**
(45) Date of Patent: *Apr. 1, 2003

(54) **DISTRIBUTED SPLITTER FOR DATA TRANSMISSION OVER TWISTED WIRE PAIRS**

(75) Inventor: **David D. Goodman**, Arlington, VA (US)

(73) Assignee: **Inline Connection Corporation**, Arlington, VA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 10/125,266

(22) Filed: **Apr. 18, 2002**

(65) **Prior Publication Data**

US 2002/0110229 A1 Aug. 15, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/874,733, filed on Jun. 5, 2001, which is a continuation of application No. 09/362,180, filed on Jul. 27, 1999, now Pat. No. 6,243,446, which is a continuation of application No. 09/191,168, filed on Nov. 13, 1998, now Pat. No. 6,185,284, which is a continuation of application No. 08/814,837, filed on Mar. 11, 1997, now Pat. No. 5,844,596, which is a continuation of application No. 08/673,577, filed on Jul. 1, 1996, now abandoned, which is a continuation of application No. 08/545,937, filed on Oct. 20, 1995, now abandoned, which is a continuation of application No. 08/372,561, filed on Jan. 13, 1995, now abandoned, which is a continuation of application No. 08/245,759, filed on May 18, 1994, now abandoned, which is a continuation of application No. 08/115,930, filed on Aug. 31, 1993, now abandoned, which is a continuation of application No. 07/802,738, filed on Dec. 5, 1991, now abandoned, which is a continuation-in-part of application No. 07/688,864, filed on Apr. 19, 1991, now abandoned, which is a continuation of application No. 07/379,751, filed on Jul. 14, 1989, now Pat. No. 5,010,399.

(51) Int. Cl.[7] ............................ H04M 11/00

(52) U.S. Cl. ............................ 379/93.01; 379/90.01

(58) Field of Search .......... 379/90.01, 102.01–102.03, 379/93.17, 93.26, 93.28, 93.37, 93.01; 348/14.01, 14.06–14.13, 734

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,723,653 A | 3/1973 | Tatsuzawa | |
| 3,937,889 A | 2/1976 | Bell | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

EP       062442      10/1982

(List continued on next page.)

OTHER PUBLICATIONS

*Waring, David L., The Asymmetrical Digital Subscriber Line (ADSL): A New Transport Technology for Delivery Wideband Capabilities to the Residence), IEEE Globecom 1991.

*Primary Examiner*—Wing Fu Chan
(74) *Attorney, Agent, or Firm*—Hale & Dorr LLP

(57) **ABSTRACT**

A system that provides video signal communication between a source of the video signal and a plurality of units that include destinations of the video signal includes an interface coupled to the source and to telephone lines, each of which serves at least one of the units and carries voice signals to and from one or more telephones coupled to the telephone line at said unit. The interface receives the video signal from the source, and transmits the received video signal onto at least one of the telephone lines in a selected frequency range that is different from frequencies at which the voice signals are carried on that telephone line. This causes the video signal to be coupled to a receiver which is connected to the telephone line at the unit served by that line and is adapted to recover the video signal from the telephone line and apply it to one or more of the destinations at the unit. The source is a cable (e.g., electrical or fibre optic) that is linked to the interface and that carries a plurality of video signals. The destinations are, e.g., televisions. The units can be residences (such as individual houses or apartments in an apartment building) or offices in an office building.

**9 Claims, 25 Drawing Sheets**



**US 6,542,585 B2**
Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,974,337 A | 8/1976 | Tatsuzawa |
| 3,992,589 A | 11/1976 | Kuegler |
| 4,054,910 A | 10/1977 | Chou |
| 4,302,629 A | 11/1981 | Foulkes |
| 4,328,579 A | 5/1982 | Hashimoto |
| 4,509,211 A | 4/1985 | Robbins |
| 4,546,212 A | 10/1985 | Crowder |
| 4,608,686 A | 8/1986 | Barsellotti |
| 4,670,870 A | 6/1987 | Sato |
| 4,679,227 A | 7/1987 | Hughes |
| 4,709,412 A | 11/1987 | Seymour |
| 4,757,495 A | 7/1988 | Decker |
| 4,757,497 A | 7/1988 | Beierle |
| 4,766,402 A | 8/1988 | Crane |
| 4,776,006 A | 10/1988 | Comerford |
| 4,785,448 A | 11/1988 | Riechart |
| 4,785,472 A | 11/1988 | Shapiro |
| 4,799,213 A | 1/1989 | Fitzgerald |
| 4,807,225 A | 2/1989 | Fitch |
| 4,825,435 A | 4/1989 | Amundsen |
| 4,829,570 A | 5/1989 | Schotz |
| 4,849,811 A | 7/1989 | Kleinerman |
| 4,882,747 A | 11/1989 | Williams |
| 4,885,803 A | 12/1989 | Hermann |
| 4,890,316 A | 12/1989 | Walsh |
| 4,893,326 A | 1/1990 | Duran |

| | | | |
|---|---|---|---|
| 4,918,688 A | 4/1990 | Krause | |
| 4,924,492 A | 5/1990 | Gitlin | |
| 4,949,187 A | 8/1990 | Cohen | |
| 4,953,160 A | 8/1990 | Gupta | |
| 4,955,048 A | 9/1990 | Iwamura | |
| 4,985,892 A | 1/1991 | Camarata | |
| 5,010,399 A | 4/1991 | Goodman | |
| 5,025,443 A | 6/1991 | Gupta | |
| 5,036,513 A | 7/1991 | Greenblatt | |
| 5,089,886 A | 2/1992 | Grandmougin | |
| 5,095,497 A | 3/1992 | Aznas | |
| 5,247,347 A | 9/1993 | Litteral | |
| 5,283,637 A | 2/1994 | Goolcharan | |
| 5,844,596 A | 12/1998 | Goodman | |
| 5,929,896 A | 7/1999 | Goodman | |
| 5,949,476 A | 9/1999 | Goodman | |
| 6,185,284 B1 * | 2/2001 | Goodman | 379/93.01 |
| 6,243,446 B1 * | 6/2001 | Goodman | 379/93.01 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2166322 | 4/1986 |
| GB | 2166328 | 4/1986 |
| JP | 127358 | 1/1989 |
| WO | WO8805979 | 8/1988 |
| WO | WO9107018 | 5/1991 |

* cited by examiner



FIG. 1a



FIG. 1b



FIG. 2



FIG. 3a

SPECTRUM OF AN AMPLITUDE MODULATED
NTSC SIGNAL NEAR VOICEBAND



FIG. 3b

SPECTRUM OF AN NTSC SIGNAL
TRANSMITTING AT BASEBAND



FIG. 3c

SPECTRUM OF AN FM NTSC
SIGNAL NEAR VOICEBAND



FIG. 4

U.S. Patent          Apr. 1, 2003          Sheet 6 of 25          US 6,542,585 B2



FIG. 4a



FIG. 5a



FIG. 5b



FIG. 5c



FIG. 6a

Case 1:05-cv-00866-JJF    Document 138-5    Filed 08/31/2006    Page 14 of 28



FIG. 6b

B278



FIG. 7

U.S. Patent     Apr. 1, 2003     Sheet 13 of 25     US 6,542,585 B2

FIG. 8

| | ORIGIN/DEST | FREQUENCY DURING TRANSMISSION OVER EXTENDED PAIRS (MHz) | | | FREQUENCY DURING TRANSMISSION OVER LOCAL NETWORKS (MHz) | | |
| | | 405a | 405b | 405c | 411a | 411b | 411c |
|---|---|---|---|---|---|---|---|
| CONTROL A | 493a/415 | 22.75-23.25 | | | 22.75-23.25 | | |
| B | 493b/415 | | 22.75-23.25 | | | 22.75-23.25 | |
| C | 493c/415 | | | 22.75-23.25 | | | 22.75-23.25 |
| VIDEO U | 402/492a | 1-6(AM) | | | 12-18(AM) | | |
| V | 402/492b 492c 495a | 7-22(FM) | 1-6(AM) | 1-6(AM) | 24-30(AM) | 54-60(AM) | 12-18(AM) |
| W | 494b/402 | | 24-54(FM) | | | 6-12(AM) | 6-12(AM) |
| X | 494c/402 | | | 24-54(FM) | | | |
| DIGITAL Y | 402/495c | | | 8-18 | | | 18-40 |
| Z | 495c/402 | | | 54-100 | | | 1-6 |



FIG. 9a

FIG. 9b



FIG. 10

U.S. Patent    Apr. 1, 2003    Sheet 17 of 25    US 6,542,585 B2



FIG. 11a



FIG. 11b



FIG. 11c



FIG. 12

FIG. 13a

FIG. 13b



FIG. 14



FIG. 15

U.S. Patent    Apr. 1, 2003    Sheet 25 of 25    US 6,542,585 B2



FIG. 16