# EXHIBIT 12

# REDACTED

# EXHIBIT 13

# REDACTED

# EXHIBIT 14

REDACTED

# EXHIBIT 15

REDACTED

# EXHIBIT 16

# REDACTED

EXHIBIT 17

# REDACTED

# EXHIBIT 18

# REDACTED

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Jeffrey B. Bove
>Patricia S. Rogowski
>Connolly Bove Lodge & Hutz LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Jeffrey B. Bove
>Patricia S. Rogowski
>Connolly Bove Lodge & Hutz LLP
>1007 N. Orange Street
>Wilmington, DE 19801

### BY FEDERAL EXPRESS

>John B. Wyss
>Kevin Anderson
>Wiley Rein & Fielding LLP
>1776 K Street, N.W.
>Washington, DC 20006
>jwyss@wrf.com
>kanderson@wrf.com

>/s/ Julia Heaney (#3052)
>Julia Heaney (#3052)