# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

JULIA HEANEY
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

September 1, 2006

**VIA E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
Federal Building
844 North King Street
Wilmington, DE 19801

      Re:   *Inline Connection v. Verizon*, C.A. No. 05-866-JJF

Dear Judge Farnan:

      Pursuant to D. Del. L.R. 7.1.4, plaintiff Inline Connection Corp. requests oral argument on the Verizon Defendants' Motion to Dismiss For Lack Of Subject Matter Jurisdiction (D.I. 123).

      Respectfully,

      */s/ Julia Heaney (#3052)*

      Julia Heaney

JH/bls

cc:   Clerk of the Court
       Jeffrey B. Bove, Esquire (By Email)
       John B. Wyss, Esquire (By Email)