IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Inline Connection Corporation,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>Verizon Internet Services, Inc, et al.,   )<br>  )<br>Defendants.   )   )  | C.A. NO. 05-866 (JJF) |

## REQUEST FOR ORAL ARGUMENT

Verizon Defendants, by counsel and pursuant to Rule 7.1.4 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, hereby requests oral argument on their Motion to Dismiss for Lack of Subject Matter Jurisdiction (DI 123) in the above-captioned matter.

                                                                                  Respectfully submitted,

                                                                                  By:   ___/s/ Jeffrey B. Bove___
                                                                                         Jeffrey B. Bove (# 998)
OF COUNSEL:                                                                James D. Heisman (# 2746)
John B. Wyss                                                                    **CONNOLLY BOVE LODGE & HUTZ LLP**
Kevin P. Anderson                                                         The Nemours Building
**WILEY REIN & FIELDING LLP**                                1007 North Orange Street
1776 K Street NW                                                          P. O. Box 2207
Washington, DC  20006                                              Wilmington, DE  19801
Telephone: 202.719.7000                                          Telephone:  302.658.9141
Facsimile:  202.719.7049                                           Facsimile:   302.658-5614

                                                                                  *Counsel for Verizon Defendants*

Dated: September 5, 2006

## **CERTIFICATE OF SERVICE**

I, James D. Heisman, hereby certify that on this 5th day of September, 2006, I caused a true and correct copy of Verizon Defendants' Request for Oral Argument to be served upon plaintiff's counsel via electronic filing and email as follows:

Michael K. Plimack, Esq.
Alexander L. Brainerd, Esq.
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Alexander.Brainerd@hellerehrman.com
Michael.Plimack@hellerehrman.com

C. Joël Van Over, Esq.
BINGHAM MCCUTCHEN LLP
3000 K Street, NW, Suite 300
Washington, DC 20007-5116
joel.vanover@bingham.com

Julia Heaney, Esq.
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347
jheaney@mnat.com

                                                            */s/ James D. Heisman*
                                                           James D. Heisman (# 2746)

485618