IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Inline Connection Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Verizon Internet Services, Inc., et al.,<br><br>　　　　　Defendants. | Civil Action No. 05-866 (JJF)<br><br>**REDACTED VERSION**<br>**SEPTEMBER 7, 2006** |

**APPENDIX TO VERIZON DEFENDANTS' REPLY BRIEF IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT DISMISSING THIS ACTION FOR
LACK OF SUBJECT MATTER JURISDICTION**

OF COUNSEL:
John B. Wyss
Kevin P. Anderson
WILEY REIN & FIELDING LLP
1776 K Street NW
Washington, DC 20006
Telephone: 202.719.7000
Facsimile: 202.719.7049

Jeffrey B. Bove (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street, Suite 878
Wilmington, DE 19801
Telephone: 302.658.9141
Facsimile: 302.658-5614

Counsel for Verizon Defendants

Dated: September 1, 2006

## Table of Contents

| Exhibit | Page |
|---|---|
| Declaration of John B. Wyss | C001 |
| Exh. 1: A February 15, 2004, Inline Draft "Proposed Mercury Joint Venture Term Sheet" | C003 |
| Exh. 2: A February 23, 2004 "Peisner Mark Up" of a draft "License Agreement By And Among Inline Connection Corporation David Goodman And Mercury Communications I, LLC" | C004 |
| Exh. 3: An April 11, 2005 email from Juan Rios to David Goodman | C015 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Inline Connection Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Verizon Internet Services, Inc., et al.,<br><br>　　　　Defendants. | Civil Action No. 05-866 (JJF) |

### DECLARATION OF JOHN B. WYSS

I, John B. Wyss, do hereby declare as follows:

1.　　I am an attorney with the law firm of Wiley, Rein & Fielding LLP, counsel to Defendants. I have personal knowledge of the facts set forth in this declaration.

2.　　Attached hereto as Exhibit 1 is a true and correct copy of a February 15, 2004, Inline Draft "Proposed Mercury Joint Venture Term Sheet" previously produced by Inline in this litigation as ICC/VZ078429.

3.　　Attached hereto as Exhibit 2 is a true and correct copy of a February 23, 2004 "Peisner Mark Up" of a draft "License Agreement By And Among Inline Connection Corporation David Goodman And Mercury Communications I, LLC" previously produced by Inline in this litigation as ICC/VZ075669 – ICC/VZ075679.

4.　　Attached hereto as Exhibit 3 is a true and correct copy of an email from Juan Rios to David Goodman dated April 11, 2005, previously produced by Inline in this litigation as ICC/VZ076534.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of September, 2006.

_____
John B. Wyss

# EXHIBITS 1, 2, 3 FULLY REDACTED

## **CERTIFICATE OF SERVICE**

I hereby certify that the 1st day of September, 2006, a true copy of the foregoing

*Appendix to Verizon Defendants' Reply Brief In Support Of Motion For Summary Judgment Dismissing This Action For Lack Of Subject Matter Jurisdiction, as FILED UNDER SEAL,*

was sent to plaintiff's counsel, in the manner indicated, upon:

Julia Heaney, Esq.        (Served electronically and by hand delivery)
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347
jhefiling@mnat.com

Michael K. Plimack, Esq.    (Served electronically and by overnight delivery)
Alexander L. Brainerd, Esq.
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Alexander.Brainerd@hellerehrman.com
Michael.Plimack@hellerehrman.com

C. Joël Van Over, Esq.    (Served electronically and by overnight delivery)
Bingham McCutchen LLP
3000 K Street, NW
Suite 300
Washington, DC 20007-5116
joel.vanover@bingham.com

By: /s/ *Jeffrey B. Bove*
Jeffrey B. Bove (#998)

**REDACTED VERSION**
**SEPTEMBER 7, 2006**