IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| Inline Connection Corp., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Verizon Internet Services, Inc., et al., )<br>)<br>Defendants. ) | C.A. No. 05-866-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 19, 2006, a true and correct copy of the following document: **Defendants' Further Supplemental Response to Plaintiff's First Set of Interrogatories (Nos. 9-11)** was served upon the following attorneys of record in the manner indicated below.

**Served electronically and by U.S. Mail:**
Michael K. Plimack, Esq.
Alexander L. Brainerd, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Alexander.Brianerd@hellerehrman.com
Michael.Plimack@hellerehrman.com

**Served electronically and by U.S. Mail:**

C. Joël Van Over, Esq.
Swidler Berlin LLP
3000 K Street, NW
Suite 300
Washington, DC 20007-5116
cjvanover@swidlaw.com

**Served electronically and by U.S. Mail:**

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jheaney@mnat.com


| | |
|---|---|
| Dated: October 19, 2006 | /s/ Jeffrey B. Bove<br>Jeffrey B. Bove, Esquire (#998)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 N. Orange Street |
| OF COUNSEL: | P.O. Box 2207<br>Wilmington, DE 19899<br>Tel: (302) 658-9141 |
| WILEY REIN & FIELDING LLP<br>John B. Wyss, Esq.<br>1776 K Street, NW<br>Washington, DC 20006<br>Phone: (202) 719-7038 | Fax: (302) 658-5614<br>jbove@cblh.com<br>*Attorneys for the Verizon Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, a true copy of the foregoing **Notice of Service of Defendants' Further Supplemental Response to Plaintiff's First Set of Interrogatories (Nos. 9-11)** was sent to plaintiff's counsel, in the manner indicated, upon:

Julia Heaney, Esq.          (Served electronically and by hand delivery)
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347
jhefiling@mnat.com

Michael K. Plimack, Esq.    (Served electronically and by overnight delivery)
Alexander L. Brainerd, Esq.
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Alexander.Brainerd@hellerehrman.com
Michael.Plimack@hellerehrman.com

C. Joël Van Over, Esq.      (Served electronically and by overnight delivery)
Bingham McCutchen LLP
3000 K Street, NW
Suite 300
Washington, DC 20007-5116
joel.vanover@bingham.com


/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
*Attorney for the Defendants*