IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| Inline Connection Corp., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Verizon Internet Services, Inc., et al., )<br>)<br>Defendants. ) | C.A. No. 05-866-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 19, 2006, a true and correct copy of the following document: **Defendants' Supplemental Response to Plaintiff's First Set of Requests for the Production of Documents and Things (Nos. 1, 6, 10, 11, 18-20, 23 and 26)** was served upon the following attorneys of record in the manner indicated below.

**Served electronically and by U.S. Mail:**
Michael K. Plimack, Esq.
Alexander L. Brainerd, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104-2878
Alexander.Brainerd@hellerehrman.com
Michael.Plimack@hellerehrman.com

**Served electronically and by U.S. Mail:**
C. Joël Van Over, Esq.
Swidler Berlin LLP
3000 K Street, NW
Suite 300
Washington, DC 20007-5116
cjvanover@swidlaw.com

**Served electronically and by U.S. Mail:**

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
jheaney@mnat.com


Dated: October 19, 2006

OF COUNSEL:

WILEY REIN & FIELDING LLP
John B. Wyss, Esq.
1776 K Street, NW
Washington, DC 20006
Phone: (202) 719-7038

/s/ Jeffrey B. Bove
Jeffrey B. Bove, Esquire (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 658-9141
Fax: (302) 658-5614
jbove@cblh.com
*Attorneys for the Verizon Defendants*

2

491741_1.doc

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2006, a true copy of the foregoing **Notice of Service of Defendants' Supplemental Response to Plaintiff's First Set Requests for the Production of Documents and Things (Nos. 1, 6, 10, 11, 18-20, 23 and 26)** was sent to plaintiff's counsel, in the manner indicated, upon:

Julia Heaney, Esq.        (Served electronically and by hand delivery)
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Post Office Box 1347
Wilmington, Delaware 19899-1347
jhefiling@mnat.com

Michael K. Plimack, Esq.    (Served electronically and by overnight delivery)
Alexander L. Brainerd, Esq.
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Alexander.Brainerd@hellerehrman.com
Michael.Plimack@hellerehrman.com

C. Joël Van Over, Esq.     (Served electronically and by overnight delivery)
Bingham McCutchen LLP
3000 K Street, NW
Suite 300
Washington, DC 20007-5116
joel.vanover@bingham.com

/s/ Jeffrey B. Bove
Jeffrey B. Bove (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207
(302) 658-9141
*Attorney for the Defendants*

3

491741_1.doc