IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORPORATION, )<br>)<br>*Plaintiff,*  )<br>)<br>v.  )<br>)<br>VERIZON INTERNET SERVICES, INC.;  )<br>GTE.NET LLC d/b/a VERIZON INTERNET  )<br>SOLUTIONS; VERIZON SERVICES CORP.;  )<br>TELESECTOR RESOURCES GROUP, INC.  )<br>d/b/a VERIZON SERVICES GROUP; VERIZON  )<br>CORPORATE SERVICES GROUP INC. d/b/a  )<br>VERIZON SERVICES GROUP; VERIZON  )<br>ADVANCED DATA INC.; VERIZON AVENUE  )<br>CORP.; GTE SOUTHWEST INC. d/b/a  )<br>VERIZON SOUTHWEST; and VERIZON  )<br>DELAWARE INC.,  )<br>)<br>*Defendants.*  | C.A. No. 05-866 (JJF) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Donn Pickett, Bingham McCutchen LLP, Three Embarcadero Center, San Francisco, CA 94111-4067, to represent plaintiff in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*
Mary B. Graham (#2256)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   Attorneys for Plaintiff Inline Connection Corporation

October 23, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

_____
The Honorable Joseph J. Farnan

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

*/s/ Donn P. Pickett*

Donn P. Pickett
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
(415) 392-2082

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 23, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Jeffrey B. Bove
>Connolly Bove Lodge & Hutz LLP

and I further certify that I caused copies to be served upon the following in the manner indicated:

**BY HAND AND ELECTRONIC MAIL**

Jeffrey B. Bove
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

John B. Wyss
Kevin Anderson
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, DC 20006
jwyss@wrf.com
kanderson@wrf.com

*/s/ Julia Heaney*
Julia Heaney (#3052)