# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 351 9221
302 425 3004 Fax
jheaney@mnat.com

December 5, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
Federal Building
844 North King Street
Wilmington, DE 19801

      Re: *Inline Connection Corporation v. Verizon Internet Services, Inc., et al.*
           C.A. No. 05-866-JJF

Dear Judge Farnan:

      On behalf of all parties, enclosed is a proposed Stipulated Protective Order that the parties have agreed upon, subject to approval by the Court.

                Respectfully,

                */s/ Julia Heaney*

                Julia Heaney (#3052)

JH:ncf
Enclosure

cc:   Clerk of the Court
       Jeffrey B. Bove, Esquire (By Email)
       John B. Wyss, Esquire (By Email)

548193