# EXHIBIT A

Case 1:05-cv-00866-JJF    Document 149-2    Filed 12/07/2006    Page 1 of 3

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORPORATION, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>VERIZON INTERNET SERVICES, INC.; )<br>GTE.NET LLC d/b/a VERIZON INTERNET )<br>SOLUTIONS; VERIZON SERVICES CORP.; )<br>TELESECTOR RESOURCES GROUP, INC. d/b/a )<br>VERIZON SERVICES GROUP; VERIZON )<br>CORPORATE SERVICES GROUP INC. d/b/a )<br>VERIZON SERVICES GROUP; VERIZON )<br>ADVANCED DATA INC.; VERIZON AVENUE )<br>CORP.; GTE SOUTHWEST INC. d/b/a VERIZON )<br>SOUTHWEST; and VERIZON DELAWARE INC., )<br>)<br>Defendants. )<br>) | C.A. No. 05-866 |

## CONSENT TO BE BOUND BY PROTECTIVE ORDER

I hereby certify that I have read the Protective Order entered in the above-captioned action. I agree to be bound by its terms. I also agree that any information I receive pursuant to the Protective Order shall not be used other than as provided in the Protective Order.

I agree that while any CONFIDENTIAL or HIGHLY CONFIDENTIAL Material is in my possession, I will be personally responsible for preserving the confidentiality of such Materials in accordance with the terms of the Protective Order. I agree to use any such Materials and the information contained therein solely in connection with my participation in this litigation and not to disclose the same to any third party.

2

I understand and agree that if I am involved in any violation or breach of the Protective Order that I may be held personally responsible and liable. I have full knowledge and understanding of the fact that I may be subject to the sanction of contempt of the Court for violation of the Protective Order.

I also hereby consent to be subject to the personal jurisdiction of the United States District Court for the District of Delaware for any proceedings relating to the enforcement of the Protective Order.

Dated: _____

_____
[Signature]

Name: _____

Affiliation: _____

Address: _____

_____

Phone: _____

Sworn to before me this \_\_\_\_ day of _____, 2006.

_____
Notary Public

My Commission Expires: _____

2