## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| Inline Connection Corp., | ) ) ) ) |
| Plaintiff, | ) ) C.A. No. 05-866-JJF |
| v. | ) ) |
| Verizon Internet Services, Inc., et al., | ) ) ) |
| Defendants. | ) ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 15, 2006, a true and correct copy of the following document: **GTE.NET LLC AND VERIZON INTERNET SERVICES, INC.'S THIRD SET OF INTERROGATORIES (NOS. 15-16)** was served upon the following attorneys of record in the manner indicated below.

**Served by Hand Delivery:**
Carl S. Nadler
Heller Ehrman White & McAuliffe LLP
1717 Rhode Island Avenue, NW
Washington, DC  20036
carl.nadler@hellerehrman.com

**Served electronically and by U.S. Mail:**
Michael K. Plimack, Esq.
Alexander L. Brainerd, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA  94104-2878
Alexander.Brainerd@hellerehrman.com
Michael.Plimack@hellerehrman.com

**Served electronically and by U.S. Mail:**

C. Joël Van Over, Esq.
Bingham McCutchen LLP
3000 K Street, NW
Suite 300
Washington, DC 20007-5116
joel.vanover@bingham.com


**Served electronically and by U.S. Mail:**

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
jheaney@mnat.com


Dated: December 15, 2006

OF COUNSEL:

WILEY REIN & FIELDING LLP
John B. Wyss, Esq.
1776 K Street, NW
Washington, DC 20006
Phone: (202) 719-7038

*/s/ Jeffrey B. Bove*
Jeffrey B. Bove, Esquire (#998)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel:  (302) 658-9141
Fax: (302) 658-5614
jbove@cblh.com
*Attorneys for the Verizon Defendants*

510512_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2006, a true copy of the foregoing **Notice of Service of GTE.NET LLC AND VERIZON INTERNET SERVICES, INC.'S THIRD SET OF INTERROGATORIES (NOS. 15-16)** was sent to plaintiff's counsel, in the manner indicated, upon:

Julia Heaney, Esq.            (Served electronically and by hand delivery)
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, Delaware 19899-1347
jhefiling@mnat.com

Carl S. Nadler, Esq.          (Served electronically and by mail)
Heller Ehrman White & McAuliffe LLP
1717 Rhode Island Avenue, NW
Washington, DC  20036
carl.nadler@hellerehrman.com

Michael K. Plimack, Esq.      (Served electronically and by mail)
Alexander L. Brainerd, Esq.
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Alexander.Brainerd@hellerehrman.com
Michael.Plimack@hellerehrman.com

C. Joël Van Over, Esq.        (Served electronically and by mail)
Bingham McCutchen LLP
3000 K Street, NW, Suite 300
Washington, DC 20007-5116
joel.vanover@bingham.com

                              */s/ Jeffrey B. Bove*
                              Jeffrey B. Bove (#998)
                              CONNOLLY BOVE LODGE & HUTZ LLP
                              The Nemours Building
                              1007 North Orange Street
                              P.O. Box 2207
                              Wilmington, DE  19899-2207
                              (302) 658-9141
                              *Attorney for the Defendants*