IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Inline Connection Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-866 (JJF) |
| v. | ) ) ) | |
| Verizon Internet Services, Inc., et al., | ) ) | |
| Defendants. | ) ) | |

**NOTICE OF SERVICE**

I, James D. Heisman, hereby certify that on the 5th day of February 2007 counsel for Verizon Internet Services, Inc. served a true and correct copy of the attached *Subpoena Duces Tecum* directed to Alcatel Lucent upon the following counsel of record electronically and by mail:

Carl S. Nadler, Esq.
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036-3001
Carl.Nadler@hellerehrman.com

Julia Heaney, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-=1347
jheaney@mnat.com

C. Joel Van Over, Esq.
Bingham McCutchen LLP
3000 K Street, NW, Suite 300
Washington, DC 20007-5116
joel.vanover@bingham.com

Michael K. Plimack, Esq.
Alexander L. Brainerd, Esq.
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Michael.Plimack@hellerehrman.com
Alexander.Brainerd@hellerehrman.com

## CERTIFICATE OF SERVICE

I, James D. Heisman, hereby certify that on this 8th day of February 2007, I caused a true and correct copy of the foregoing **Notice of Service** to be served upon the following individuals in the manner indicated below:

*Via Email*
Carl S. Nadler, Esq.
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036-3001
Carl.Nadler@hellerehrman.com

*Via CM/ECF*
Julia Heaney, Esq.
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-=1347
jheaney@mnat.com

*Via Email*
C. Joel Van Over, Esq.
BINGHAM MCCUTCHEN LLP
3000 K Street, NW, Suite 300
Washington, DC 20007-5116
joel.vanover@bingham.com

*Via Email*
Michael K. Plimack, Esq.
Alexander L. Brainerd, Esq.
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104
Michael.Plimack@hellerehrman.com
Alexander.Brainerd@hellerehrman.com

            */s/ James D. Heisman*
James D. Heisman (# 2746)
**Connolly Bove Lodge & Hutz LLP**
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
Tel: (302) 658-9141
Fax: (302) 252-4208
jheisman@cblh.com