IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON INTERNET SERVICES, INC., et al.,<br><br>    Defendants. | C.A. No. 05-866 (JJF)<br>CONSOLIDATED |
| BROADBAND TECHNOLOGY INNOVATIONS, LLC, and PIE SQUARED LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>VERIZON INTERNET SERVICES, INC., et al.,<br><br>    Defendants. | C.A. No. 06-291 (JJF) |

**[PROPOSED] ORDER**

WHEREAS, on April 2, 2007 the Court held a conference at which the parties discussed the status of *Inline Connection Corp. et al. v. Earthlink, Inc.,* C.A. No. 02-272-MPT and various matters pending before the Court;

NOW THEREFORE, IT IS HEREBY ORDERED that the stay issued on April 13, 2006 (D.I. 92) shall be extended until Magistrate Judge Thynge has ruled on the post-trial motions filed by Plaintiffs in C.A. No. 02-272-MPT. At that time, the Verizon Defendants shall contact the Court in order to schedule a teleconference.

So Ordered this ____ day of _____, 2007.

_____
U.S.D.J.

549301

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 9, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Jeffrey B. Bove
>Connolly Bove Lodge & Hutz LLP

and I further certify that I caused copies to be served upon the following in the manner indicated:

### ELECTRONIC MAIL

>Jeffrey B. Bove
>Connolly Bove Lodge & Hutz LLP
>1007 N. Orange Street
>Wilmington, DE 19801
>jbove@cblh.com

>John B. Wyss
>Kevin Anderson
>Wiley Rein LLP
>1776 K Street, N.W.
>Washington, DC 20006
>jwyss@wileyrein.com
>kanderson@wileyrein.com

>/s/ Julia Heaney
>Julia Heaney (#3052)