CLOSED,PaperDocuments,LEAD

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:05−cv−00866−JJF
*Internal Use Only*

| | |
|---|---|
| Inline Connection Corporation v. Verizon Internet Services Inc. et al | Date Filed: 12/14/2005 |
| Assigned to: Judge Joseph J. Farnan, Jr. | Date Terminated: 08/06/2009 |
| Member case: | Jury Demand: Plaintiff |
|   1:06−cv−00291−JJF | Nature of Suit: 830 Patent |
| Related Cases: 1:02−cv−00272−MPT | Jurisdiction: Federal Question |
|                    1:02−cv−00477−MPT | |
|                    1:06−cv−00291−JJF | |
| Case in other court: USDC/ED/Virginia, 2:05cv00205 | |
| Cause: 35:271 Patent Infringement | |

**Plaintiff**

**Inline Connection Corporation**      represented by   **Julia Heaney**
Morris, Nichols, Arsht &Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658−9200
Email: jhefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary B. Graham**
Morris, Nichols, Arsht &Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658−9200
Email: mbgefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Verizon Internet Services Inc.**      represented by   **Jeffrey B. Bove**
Novak Druce Connolly Bove + Quigg LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302)658−9141
Email: jbove@cblh.com
*ATTORNEY TO BE NOTICED*

**John B. Wyss**
Pro Hac Vice
Email: jwyss@wrf.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**GTE.Net LLC**      represented by   **Jeffrey B. Bove**
*doing business as*                                       (See above for address)

| | |
|---|---|
| Verizon Internet Solutions | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Verizon Services Corp.** | represented by | **Jeffrey B. Bove** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Telesector Resources Group Inc.** | represented by | **Jeffrey B. Bove** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Verizon Corporate Services Group Inc.** | represented by | **Jeffrey B. Bove** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Verizon Advanced Data Inc.** | represented by | **Jeffrey B. Bove** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Verizon Avenue Corp.** | represented by | **Jeffrey B. Bove** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Verizon Delaware Inc.** | represented by | **Jeffrey B. Bove** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **GTE Southwest Inc.** <br> *doing business as* <br> Verizon Southwest | represented by | **Jeffrey B. Bove** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**Verizon Delaware Inc.**

**Counter Claimant**

**GTE Southwest Inc.**

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Inline Connection Corporation** | represented by | **Julia Heaney** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**Verizon Delaware Inc**

**Counter Claimant**

**Verizon Internet Services Inc.**

**Counter Claimant**

**GTE.Net LLC**

**Counter Claimant**

**Verizon Services Corp.**

**Counter Claimant**

**Telesector Resources Group Inc.**

**Counter Claimant**

**Verizon Corporate Services Group Inc.**

**Counter Claimant**

**Verizon Advanced Data Inc.**

**Counter Claimant**

**Verizon Avenue Corp.**

V.

**Counter Defendant**

**Broadband Technology Innovations LLC**

**Counter Defendant**

**Pie Squared LLC**

**Counter Defendant**

**Inline Connection Corporation**    represented by **Julia Heaney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Inline Connection Corporation**    represented by **Julia Heaney**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Verizon Internet Services Inc.**

**Counter Defendant**

**GTE.Net LLC**

**Counter Defendant**

**Verizon Services Corp.**

**Counter Defendant**

**Telesector Resources Group Inc.**

**Counter Defendant**

**Verizon Corporate Services Group Inc.**

**Counter Defendant**

**Verizon Advanced Data Inc.**

**Counter Defendant**

**Verizon Avenue Corp.**

**Counter Defendant**

**Verizon Delaware Inc.**

**Counter Defendant**

**GTE Southwest Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2005 | 55 | Record of case transferred in from District of Virginia (Eastern); Case Number in Other District: 2:05–cv–205–HCM–TEM. Copy of Docket Sheet and original file with documents numbered 1–4, 9–13, 15–20 of 55 attached. (DI #'s 5–8, 14,19 not received from USDC/ED/VA) (Attachments: # 1 DI #1# 2 Exhibit A DI #1 Part 1# 3 Exhibit A DI #1 Part 2# 4 Exhibit B DI #1# 5 Exhibit C DI #1 Part 1# 6 Exhibit C DI #1 Part 2# 7 Exhibit D DI #1 Part 1# 8 Exhibit D DI #1 Part 2# 9 DI #2# 10 DI #3# 11 DI #4# 12 DI #9# 13 DI #10# 14 DI #11# 15 DI #12# 16 DI #13# 17 DI #15# 18 DI #16# 19 DI #17# 20 DI #18# 21 DI #20)(mwm, ) (Entered: 12/15/2005) |
| 12/14/2005 | 56 | Continued record of case transferred in from District of Virginia (Eastern); Case Number in Other District: 2:05–cv–205–HCM–TEM. Copy of Docket Sheet and original file with documents numbered 22,23, 26–28, 31–42, 44–47 of 55 attached. (DI #'s 24 &29 were not received from USDC/ED/VA) DI #'s 25,30 &43 are on file in the Clerk's office as paper filings) (Attachments: # 1 DI #22 Part 1# 2 DI #22 Part 2# 3 DI #23# 4 DI #26# 5 DI #27# 6 DI #28# 7 DI #31# 8 DI #32# 9 DI #33# 10 DI #34# 11 DI #35# 12 DI #36# 13 DI #37# 14 DI #38# 15 DI #39# 16 DI #40# 17 DI #41# 18 DI #42# 19 DI #44# 20 DI #45# 21 DI #46# 22 DI #47)(mwm, ) (Entered: 12/15/2005) |
| 12/14/2005 | 57 | Continued Record of case transferred in from District of Virginia (Eastern); Case Number in Other District: 2:05–cv–205–HCM–TEM. Copy of Docket Sheet and original file with documents numbered 48, 50–53, 55 attached. (DI #49 was not received from USDC/ED/VA; DI #54 is a transcript on file in the clerk's office) (Attachments: # 1 DI #48# 2 Exhibit 1 DI #48# 3 Exhibit 2 DI #48# 4 Exhibit 3 DI #48# 5 Exhibit 4 DI #48# 6 Exhibit 5 DI #48# 7 Exhibit 6 DI #48# 8 Exhibit 7 DI #48# 9 Exhibit 8 DI #48# 10 DI #50# 11 DI #51# 12 DI #52# 13 DI #53# 14 DI #55# 15 Transmittal Receipt) (mwm, ) (Entered: 12/15/2005) |
| 12/14/2005 |  | Opinion and Order granting Motion To Transfer matter to U.S. District Court for the District of Delaware, signed by Judge Henry Coke Morgan, Jr. on 11/10/05 in U.S.D.C., Virginia (Eastern) – DI # in other district: 55. (mwm, ) (Entered: 12/15/2005) |
| 12/14/2005 | 58 | COMPLAINT filed with Jury Demand against all defendants – filed by Inline Connection Corporation. (filed in USDC/ED/VA on 4/6/05 as DI #1) (Attachments: # 1 Exhibit A Part 1# 2 Exhibit A Part 2# 3 Exhibit B# 4 Exhibit C Part 1# 5 Exhibit C Part 2# 6 Exhibit D Part 1# 7 Exhibit D Part 2)(mwm, ) (Entered: 12/15/2005) |
| 12/14/2005 | 59 | ANSWER to Complaint by Verizon South Inc., Verizon Virginia Inc. (filed in USDC/ED/VA on 5/31/05 as DI #17)(mwm, ) (Entered: 12/15/2005) |
| 12/14/2005 | 60 | MOTION to Dismiss for Lack of Jurisdiction Over the Person – filed by Verizon North Inc., Verizon Northwest Inc., Contel of the South Inc., Verizon Maryland Inc., Verizon New England Inc., Verizon New Jersey Inc., Verizon New York Inc., Verizon Pennsylvania Inc., Verizon Washington D.C. Inc., Verizon West Virginia Inc., Verizon California Inc., Verizon Florida Inc., Verizon Hawaii Inc. (filed in USDC/ED/VA on 5/31/05 as DI #18) (mwm, ) (Entered: 12/15/2005) |
| 12/14/2005 | 85 | Memorandum in Support of Motion to Dismiss fild in USDC/ED/VA as DI#19 from USDC/ED/VA (re DI #19 in USDC/ED/VA) (mwm, ) Document received 2/28/06 Additional attachment(s) added on 2/28/2006 (mwm, ). Additional |

| | | |
|---|---|---|
| 04/27/2006 | | SO ORDERED, re 98 Joint MOTION for Extension of Time to Respond to Counterclaim by 05/04/06. Signed by Judge Joseph J. Farnan, Jr. on 04/27/06. (afb, ) (Entered: 04/27/2006) |
| 04/27/2006 | | Set/Reset Answer Deadlines: Inline Connection Corporation answer due 5/4/2006; Broadband Technology Innovations, LLC answer due 5/4/2006; Pie Squared LLC answer due 5/4/2006 per D.I. 98. (afb, ) (Entered: 04/29/2006) |
| 04/28/2006 | 99 | MOTION to Enforce Judgment *Court's Prior Discovery Order (D.I. 97)* – filed by Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon Delaware Inc., GTE Southwest Inc.. (Attachments: # 1 Exhibit s 1–4)(Bove, Jeffrey) (Entered: 04/28/2006) |
| 04/28/2006 | 100 | ERRATA ORDER that the Court's April 24, 2006 Order on Pltf.'s Motion To Compel Deft. Operation Telephone Companies' Production Of Documents 96 is amended to read "Pltf.'s Motion To Compel Deft. Operating Telephone Companies' Production Of Documents D.I. 63 is DENIED AS MOOT." Signed by Judge Joseph J. Farnan, Jr. on 04/28/06. (afb, ) (Entered: 04/28/2006) |
| 05/01/2006 | 101 | MOTION to Compel *Invalidity Discovery* – filed by Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon Delaware Inc., GTE Southwest Inc.. (Attachments: # 1 # 2 # 3)(Bove, Jeffrey) (Entered: 05/01/2006) |
| 05/03/2006 | 102 | Letter to The Honorable Joseph J. Farnan from Mary B. Graham regarding consolidation. (Graham, Mary) (Entered: 05/03/2006) |
| 05/04/2006 | 103 | Joint ANSWER to Counterclaim *of Verizon Internet Services, Inc and Verizon Delaware, Inc..*, COUNTERCLAIM against all defendants by Inline Connection Corporation. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12)(Heaney, Julia) (Entered: 05/04/2006) |
| 05/05/2006 | 104 | MOTION to Compel *Verizon To Provide Discovery On Invalidity And Unenforceability* – filed by Inline Connection Corporation. (Attachments: # 1 Exhibit s A–H# 2 Rule 7.1.1. Certification)(Graham, Mary) (Entered: 05/05/2006) |
| 05/05/2006 | 105 | RESPONSE to Motion re 99 MOTION to Enforce Judgment *Court's Prior Discovery Order (D.I. 97) [Inline's Opposition To Verizon's Motion (D.I. 99) To Enforce Court's Prior Discovery Order (D.I. 97)]* filed by Inline Connection Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Graham, Mary) (Entered: 05/05/2006) |
| 05/05/2006 | | Set Briefing Schedule: Reply Brief due 5/12/2006 per D.I. 105. (afb, ) (Entered: 05/08/2006) |
| 05/08/2006 | 106 | RESPONSE to Motion re 101 MOTION to Compel *Invalidity Discovery* filed by Inline Connection Corporation. (Graham, Mary) (Entered: 05/08/2006) |
| 05/11/2006 | 107 | SEALED REPLY BRIEF re 99 MOTION to Enforce Judgment *Court's Prior Discovery Order (D.I. 97)* filed by Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon Delaware Inc., GTE Southwest Inc.. (Bove, Jeffrey) (Entered: 05/11/2006) |
| 05/11/2006 | 111 | Letter to Cnsl. from the Court regarding the Court has received Pltf.'s May 3, 2006 letter (D.I. 102). Once the motions referred to are filed and responded to, the Court will address the status of this matter. (afb, ) (Entered: 05/15/2006) |
| 05/12/2006 | 108 | MOTION to Compel *Production of Specified AOL Case Materials* – filed by Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon Delaware Inc., GTE Southwest Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Bove, Jeffrey) (Entered: 05/12/2006) |

| | | |
|---|---|---|
| | | Delaware Inc., GTE Southwest Inc.. (Bove, Jeffrey) (Entered: 08/11/2006) |
| 08/11/2006 | 124 | SEALED OPENING BRIEF in Support re 123 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter *and Proposed Form of Order* filed by Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon Delaware Inc., GTE Southwest Inc..Answering Brief/Response due date per Local Rules is 8/25/2006. (Bove, Jeffrey) (Entered: 08/11/2006) |
| 08/11/2006 | 125 | SEALED APPENDIX re 124 Opening Brief in Support, *Volumes 1 and 2* by Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon Delaware Inc., GTE Southwest Inc.. (Bove, Jeffrey) (Entered: 08/11/2006) |
| 08/17/2006 | 126 | MOTION for Pro Hac Vice Appearance of Attorney Joel Van Over of Bingham McCutchen, Michael K. Plimack and Carl S. Nadler of Heller Ehrman – filed by Inline Connection Corporation. (Heaney, Julia) (Entered: 08/17/2006) |
| 08/18/2006 | 127 | REDACTED VERSION of 124 Opening Brief in Support, by Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon Delaware Inc., GTE Southwest Inc.. (Bove, Jeffrey) (Entered: 08/18/2006) |
| 08/18/2006 | 128 | REDACTED VERSION of 125 Appendix, *Volume 1, including Wyss declaration and Exhibit 4* by Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon Delaware Inc., GTE Southwest Inc.. (Bove, Jeffrey) (Entered: 08/18/2006) |
| 08/18/2006 | 129 | REDACTED VERSION of 125 Appendix, *Volume 2, including Exhibits 26 and 49* by Verizon Internet Services Inc., GTE.Net LLC, Verizon Services Corp., Telesector Resources Group Inc., Verizon Corporate Services Group Inc., Verizon Advanced Data Inc., Verizon Avenue Corp., Verizon Delaware Inc., GTE Southwest Inc.. (Bove, Jeffrey) (Entered: 08/18/2006) |
| 08/21/2006 | | SO ORDERED, re 126 MOTION for Pro Hac Vice Appearance of Attorney Joel Van Over of Bingham McCutchen, Michael K. Plimack and Carl S. Nadler of Heller Ehrman filed by Inline Connection Corporation . Signed by Judge Joseph J. Farnan, Jr. on 8/21/06. (maw, ) (Entered: 08/21/2006) |
| 08/23/2006 | 130 | STIPULATION and Order to Remove Exhibits 12 and 16 from the Sealed Appendix re 125 Appendix, by Inline Connection Corporation. (Heaney, Julia) (Entered: 08/23/2006) |
| 08/25/2006 | 131 | SEALED ANSWERING BRIEF in Opposition re 123 MOTION to Dismiss for Lack of Jurisdiction Over the Subject Matter *and Proposed Form of Order* filed by Inline Connection Corporation.Reply Brief due date per Local Rules is 9/1/2006. (Heaney, Julia) (Entered: 08/25/2006) |
| 08/25/2006 | 132 | SEALED APPENDIX re 131 Answering Brief in Opposition, *to Defendants' Motion to Dismiss this Action for Lack of Subject Matter Jurisdiction (Volume I)* by Inline Connection Corporation. (Heaney, Julia) (Entered: 08/25/2006) |
| 08/25/2006 | 133 | SEALED APPENDIX re 131 Answering Brief in Opposition, *to Defendants' Motion to Dismiss this Action for Lack of Subject Matter Jurisdiction (Volume II)* by Inline Connection Corporation. (Heaney, Julia) (Entered: 08/25/2006) |
| 08/28/2006 | | SO ORDERED, re 130 Stipulation to remove Exhibits 12 and 16 from DI #125 filed by Inline Connection Corporation. Replacements to be filed.. Signed by Judge Joseph J. Farnan, Jr. on 8/28/06. (dab, ) (Entered: 08/28/2006) |
| 08/30/2006 | 134 | MOTION for Pro Hac Vice Appearance of Attorney Alexander L. Brainerd – filed by Inline Connection Corporation, Inline Connection Corporation, Inline Connection Corporation, Inline Connection Corporation. (Heaney, Julia) (Entered: 08/30/2006) |