# Exhibit F

| From: | Jeff Bove |
| --- | --- |
| To: | Daniel Olejko |
| Cc: | Jennifer Rynell; "Wyss, John" |
| Subject: | RE: Inline Connection Corporation, et al. v. Verizon Internet Services, Inc., C.A. No. 05-866 (JJF) |
| Date: | Wednesday, February 20, 2013 1:33:20 PM |

Dan,
Lead counsel is John Wyss at Wiley Rein. I am copying John on this so you can connect with him directly.
Jeff


Jeffrey B. Bove
Partner | Novak Druce Connolly Bove + Quigg LLP
1007 N. Orange Street | Ninth Floor | Wilmington, DE 19801
t: 302.888.6241 | f: 302.656.9072 | e: jeff.bove@novakdruce.com | w: www.novakdruce.com

Ready to Engage(r)


-----Original Message-----
From: Daniel Olejko [mailto:dolejko@ShoreChan.com]
Sent: Wednesday, February 20, 2013 2:07 PM
To: Jeff Bove
Cc: Jennifer Rynell
Subject: Inline Connection Corporation, et al. v. Verizon Internet Services, Inc., C.A. No. 05-866 (JJF)

Mr. Bove,


I write as a follow-up to our call earlier today. We represent United Access Technologies, LLC, which currently owns the patents-in-suit in the case styled Inline Connection Corporation et al. v. Verizon Internet Services, Inc., et al., C.A. No. 05-866 (JJF) (D. Del.). That case was stayed pending the outcome of C.A. No. 02-272-MPT (the "EarthLink case"). Since the EarthLink case has finally resolved, we would like to discuss entering a stipulation to substitute United Access Technologies, LLC as the sole plaintiff in this case while keeping in place the current stay. To that end, could you please forward me the contact information for Verizon's outside counsel in this matter?


Thank you,

Dan




SCBD LOGO




Daniel F. Olejko

Associate

Bank of America Plaza

901 Main Street, Suite 3300

Dallas, Texas 75202

214-593-9146 (Direct)

214-593-9110 (Firm)

214-593-9111 (Fax)

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail may be subject to the Attorney-Client and Attorney Work Product privileges, and is Confidential. It is intended only for the individuals or entities designated as recipients above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.



Confidentiality Notice: This email and any attachments contain information from
the law firm of Novak Druce Connolly Bove + Quigg LLP, which may be confidential
or privileged.  The information is intended to be for the use of the individual
or entity named on this email.  If you are not the intended recipient, be aware
that any disclosure, copying, distribution or use of the contents of this email
is prohibited.  If you receive this email in error, please notify us by reply
email immediately so that we can arrange for the retrieval of the original
documents at no cost to you.