# Exhibit G

| | |
|---|---|
| **From:** | Daniel Olejko |
| **To:** | jwyss@wileyrein.com |
| **Cc:** | Jennifer Rynell |
| **Subject:** | Inline Connection Corporation, et al. v. Verizon Internet Services, Inc., C.A. No. 05-866 (JJF) |
| **Date:** | Wednesday, February 20, 2013 3:27:16 PM |
| **Attachments:** | CENTURYLINK (Dkt 60) Joint Interim Status Report.pdf |
| | FRONTIER (Dkt 57) Joint Interim Status Report.pdf |
| | INLINE_Verizon Stipulation to Substitute UAT 2-20-2013.docx |

John,

Pursuant to our discussion on today's call, I have attached copies of the Joint Interim Status Reports filed in the CenturyLink and Frontier cases for your review. I have also attached a stipulation to substitute our client, United Access Technologies, LLC, as the sole plaintiff in the Inline-Verizon case for your consideration.

Please let me know if you have any questions or concerns.

Regards,
Dan


SCBD LOGO




Daniel F. Olejko

Associate

Bank of America Plaza

901 Main Street, Suite 3300

Dallas, Texas 75202

214-593-9146 (Direct)

214-593-9110 (Firm)

214-593-9111 (Fax)

**NOTICE OF CONFIDENTIALITY:**

The information contained in and transmitted with this e-mail may be subject to the Attorney-Client and Attorney Work Product privileges, and is Confidential. It is intended only for the individuals or entities designated as recipients above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED ACCESS TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CENTURYTEL BROADBAND SERVICES, LLC and QWEST CORPORATION, <br><br> Defendants. | Civil Action No. 11-339-LPS <br><br> DEMAND FOR JURY TRIAL |

## JOINT INTERIM STATUS REPORT

TO THE HONORABLE JUDGE LEONARD P. STARK:

Pursuant to the Court's Scheduling Order (D.I. 36), Plaintiff United Access Technologies LLC ("United Access") and Defendants CenturyTel Broadband Services, LLC and Qwest Corporation (collectively "CenturyLink") file this Joint Interim Status Report.

The parties hereby inform the Court that discovery is ongoing and in its initial stages. On August 10, 2012, Plaintiff served its Preliminary Identification of Asserted Claims and Accused Products pursuant to Section 3(b) of the Court's Scheduling Order. On October 8, 2012, CenturyLink produced its core technical documents. On December 10, 2012, Plaintiff served its preliminary infringement contentions. On December 20, 2012, the parties exchanged their initial disclosures. On January 15, 2013, CenturyLink provided responses to United Access' first sets of interrogatories and requests for production. On February 8, 2013, CenturyLink provided United Access with invalidity contentions and a production of alleged prior art. No other written or deposition discovery has taken place.

In addition, on October 31, 2012, CenturyLink filed a Motion for Judgment on the Pleadings Based on Collateral Estoppel (D.I. 41) ("Motion for JOP"). CenturyLink's Motion for JOP is fully briefed (*see* D.I. 42, 46, 52) and remains pending on the Court's docket.[1] The parties are amenable to participating in oral argument on CenturyLink's Motion for JOP, if the Court believes that it would assist in the resolution of the issues raised therein. The parties are proceeding according to the deadlines set forth in the Scheduling Order (D.I. 36) entered by the Court in this matter.

The parties have also participated in several teleconferences with Magistrate Judge Burke regarding the status of settlement negotiations.

Dated: February 11, 2013                                  Respectfully submitted,

STAMOULIS & WEINBLATT LLC                                 DUANE MORRIS LLP


By: */s/ Richard C. Weinblatt*                            By: */s/ Matt Neiderman*
    Stamatios Stamoulis (#4606)                              Matt Neiderman (#4018)
    Richard C. Weinblatt (#5080)                             222 Delaware Avenue
    Two Fox Point Centre                                     Suite 1600
    6 Denny Road, Suite 307                                  Wilmington, DE 19801-1659
    Wilmington, DE 19809                                     MNeiderman@duanemorris.com
    (302) 999-1540
    Stamoulis@swdelaw.com                                *Attorneys for Defendants*
    Weinblatt@swdelaw.com

*Attorneys for Plaintiff*

---

[1] There are also pending motions in the related cases styled *United Access Technologies, LLC v. Frontier Communications Corporation*, Case No. 1:11-cv-00341-LPS (D. Del.), and *United Access Technologies, LLC v. AT&T Inc.*, et al., C.A. No. 1:11-cv-00338-LPS (D. Del.), in which Frontier filed a Motion for Leave to Move for Judgment on the Pleadings and AT&T filed a Motion to Dismiss.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED ACCESS TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER COMMUNICATIONS CORPORATION, <br><br> Defendant. | Civil Action No. 11-341-LPS |

## JOINT INTERIM STATUS REPORT

TO THE HONORABLE JUDGE LEONARD P. STARK:

Pursuant to the Court's Scheduling Order (D.I. 23), Plaintiff United Access Technologies LLC ("United Access") and Defendant Frontier Communications Corporation ("Frontier") (collectively the "parties") file this Joint Interim Status Report.

The parties hereby inform the Court that discovery is ongoing and in its initial stages. On August 10, 2012, Plaintiff served its preliminary disclosures pursuant to Section 3(b) of the Court's Scheduling Order. On October 9, 2012, Frontier produced its core technical documents. On December 10, 2012, Plaintiff served its preliminary infringement contentions. On December 20, 2012, the parties exchanged their initial disclosures. On January 22, 2013, Frontier provided initial responses to United Access' first sets of interrogatories and requests for production. On February 8, 2013, Frontier provided United Access with Invalidity Contentions and a production of alleged prior art. No other written or deposition discovery has taken place.

In addition, on October 25, 2012, Frontier filed a Motion for Leave to Move for Judgment on the Pleadings (D.I. 40) ("Motion for Leave"). Frontier's Motion for Leave is fully

briefed (*see* D.I. 40, 45, 48) and remains pending on the Court's docket.[1] The parties are amenable to participating in oral argument on Frontier's Motion for Leave, if the Court believes that it would assist in the resolution of the issues raised therein.

The parties have also participated in several teleconferences with Magistrate Judge Burke regarding the status of settlement negotiations. Representatives for the parties met in person for a settlement conference on September 11, 2012. No resolution was reached. The parties have since conferred by telephone and also through counsel regarding settlement.

| | |
|---|---|
| Dated: February 11, 2013 | Respectfully submitted, |
| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
| By: */s/ Richard C. Weinblatt* | By: */s/ Philip A. Rovner* |
|     Stamatios Stamoulis (#4606)<br>    Richard C. Weinblatt (#5080)<br>    Two Fox Point Centre<br>    6 Denny Road, Suite 307<br>    Wilmington, DE 19809<br>    (302) 999-1540<br>    stamoulis@swdelaw.com<br>    weinblatt@swdelaw.com |     Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

---

[1] There are also pending motions in the related cases styled *United Access Technologies, LLC v. CenturyTel Broadband Services LLC, et al.*, Case No. 1:11-cv-00339-LPS (D. Del.) and *United Access Technologies, LLC v. AT&T Inc.*, et al., C.A. No. 1:11-cv-00338-LPS (D. Del.), in which CenturyLink filed a Motion for Judgment on the Pleadings and AT&T filed a Motion to Dismiss.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INLINE CONNECTION CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-866 (JJF) |
| | ) CONSOLDATED |
| VERIZON INTERNET SERVICES, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| BROADBAND TECHNOLOGY INNOVATIONS, LLC and PIE SQUARED LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 06-291 (JJF) |
| v. | ) |
| | ) |
| VERIZON INTERNET SERVICES, INC, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO SUBSTITUTE**
**PLAINTIFF UNITED ACCESS TECHNOLOGIES, LLC**

WHEREAS, on August 6, 2009, the Court stayed this case pending the resolution of Civil Action No. 02-272-MPT (the "EarthLink action") and ordered the parties to notify the Court in writing as to how they wish to proceed upon resolution of the EarthLink action;

WHEREAS, on May 28, 2010, Plaintiffs Inline Connection Corporation, Broadband Technology Innovations LLC, and Pie Squared, LLC (collectively "Inline") and others entered into a sales transaction with United Access Technologies, LLC ("UAT"), a Delaware limited liability company, in which, *inter alia*, they sold and assigned to UAT all of their rights, title, and interest in (1) the patents-in-suit, including the right to sue for past infringement; (2) the cause of action in the EarthLink action; and (3) the cause of action in this case.

WHEREAS the district court entered final judgment in the EarthLink action on September 5, 2012;

IT IS HEREBY STIPULATED, by and between Inline and Defendants Verizon Internet Services, Inc., GTE.net LLC d/b/a Verizon Internet Solutions, Verizon Services Corp., Telesector Resources Group, Inc. d/b/a Verizon Services Group, Verizon Corporate Services Group, Inc. d/b/a Verizon Services Group, Verizon Advanced Data, Inc., Verizon Avenue Corp., Verizon Delaware Inc., and GTE Southwest Inc. d/b/a Verizon Southwest, through their undersigned counsel and subject to the approval of the Court, that:

A.   UAT is substituted as the sole plaintiff in this action pursuant to Rule 25(c) of the Federal Rules of Civil Procedure;

B.   The above-styled caption is revised accordingly to include UAT; and

C.   The stay remain in place.

| MORRIS NICHOLS ARSHT & TUNNELL LLP | NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP |
|---|---|
| Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jheaney@mnat.com<br>*Counsel for Inline Connection Corporation, Broadband Technology Innovations, LLC, and Pie Squared, LLC* | Jeffrey B. Bove (#998)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. BOX 2207<br>Wilmington, DE 19899-2207<br>302.658.9141<br>jbove@novakdruce.com<br>*Counsel for Verizon Defendants* |

February __, 2013

7010233

2